UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BACARDI & COMPANY LIMITED, and
BACARDI U.S.A., INC.,

                *Plaintiffs,*

           v.

U.S. DEPARTMENT OF THE TREASURY
and its Office of Foreign Assets Control,

                *Defendants.*

Civil Action No. 17-1828 (CKK)

## PLAINTIFFS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT

By and through its undersigned counsel, Plaintiffs Bacardi & Company Limited and Bacardi U.S.A., Inc. ("Plaintiffs" or "Bacardi") respectfully move for summary judgment in their favor pursuant to Federal Rule of Civil Procedure 56. There exists no genuine issue of material fact that precludes summary judgment in Bacardi's favor as a matter of law in this Freedom of Information Act case. In support of this cross-motion, Bacardi respectfully refers the Court to the accompanying memorandum of points and authorities, statement of undisputed material facts, and the Declaration of Michael C. Lynch and exhibits thereto. A proposed order is also enclosed herewith.

Dated: August 17, 2020

                                        Respectfully submitted,

                                        Cameron R. Argetsinger
                                        D.C. Bar #986152
                                        KELLEY DRYE & WARREN LLP
                                        Washington Harbour, Suite 400

        3050 K. Street, NW
        Washington, DC 20007-5108
        T: (202) 342-8400
        cargetsinger@kelleydrye.com

By: */s/ Michael C. Lynch*
MICHAEL C. LYNCH (*pro hac vice*)
DAMON SUDEN (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
T: (212) 808-7800
mlynch@kelleydrye.com
dsuden@kelleydrye.com

4834-7054-3048