# EXHIBIT 1

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 1 | Screen Shot | Screenshot of License Application from Cubaexport from the Office of Foreign Assets Control (OFAC) records management system (OASIS) | 11/10/2015 | 000001- | (b)(6) | OFAC used (b)(6) to protect 3rd party names, email addresses, personal telephone numbers, and personal fax numbers. | |
| 2 | License Application | Debevoise & Plimpton application on behalf of Cubaexport for a License Under the Cuban Assets Control Regulations (CACR) with Respect to the HAVANA CLUB Trademark Registration | 11/10/2015 | 000002-000011 | (b)(6) | OFAC used exemption (b)(6) to protect 3rd party names, personal telephone numbers, fax numbers, email addresses, and signatures. | |
| 3 | Correspondence | Cover letter for License No. CU-2015-323837-1 | 1/11/2016 | 000012- | (b)(6) | OFAC used exemption (b)(6) to protect name of a 3rd party and a signature of an employee. | |
| 4 | License | License No, CU-2015-323837-1 | 1/11/2006 | 000013-000014 | (b)(6) | OFAC used exemption (b)(6) to protect a name of a 3rd party and a signature of an employee. | |
| 5 | General Correspondence | Debevoise & Plimpton Letter to OFAC requesting meeting or call. | 7/11/2012 | 000015-000016 | (b)(6) | OFAC used exemption (b)(6) to protect 3rd party name, personal telephone number, personal fax number, email address, signature. | |
| 6 | General Correspondence | Debevoise & Plimpton Letter to U.S. Patent Trademark Office (USPTO) in response to USPTO's letter of December 6, 2006 and May 29, 2009. | 6/8/2012 | 000017-000020 | (b)(6) | OFAC used exemption (b)(6) to protect 3rd party names, personal telephone numbers, personal fax number, email addresses, and signatures. | |
| 7 | Email | Email chain relating to November 10, 2015 Cubaexport license application filed by Debevoise. Email contains License application renewal request. | 12/2/2015 | 000021-000022 | (b)(6) | OFAC used exemption (b)(6) to protect employee and 3rd party names, personal telephone numbers, and email addresses. | |
| 8 | Correspondence | Application of Cubaexport for a License under the CACR with respect to the Havana Club Trademark registration | 11/10/2015 | 000023-000032 | (b)(6) | OFAC used exemption (b)(6) to protect 3rd party names, personal telephone numbers, personal fax number, email addresses, and signatures. | |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)
4834-5442-1443                                                                                                      1

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 9 | Email | News Article "Latinopost.com Cuba at Odds with Booze Conglomerates as Diplomatic US Relations Continue to Thaw" | 2/2/2016 | 000033- | (b)(6) | OFAC used exemption (b)(6) to protect Treasury employee name. | |
| 10 | Email | Email Chain "RE: For Victoria/Adam - Washington Post (WaPo) response on Havana Club. Email contains attachment originating from DoS, | 2/1/2016 | 000034-000035 | (b)(5)-DPP, (b)(6) | OFAC used exemption (b)(6) to protect Treasury employee names and telephone numbers; and (b)(5) to protect deliberative discussions and predecisional draft recommendations regarding how to respond to questions from the Washington Post on the Havana Club licensing matter. | |
| 11 | Press Guidance | Press Guidance: Cuba: OFAC License to Havana Club | 1/12/2016 | 000036-000040 | (b)(5)-DPP | Department of State (DoS) used (b)(5) to withhold a predecisional, draft document containing proposed talking points for potential use by DoS employees, as well as hypothetical, anticipated questions and a background section. The document contains brackets for the addition of further information. The clearance page listing offices required to review the document indicates that review was incomplete. | This document is fully withheld. Objection Nos. 1-3. |
| 12 | Email | Email Chain "RE: John/Andrea - WaPo Response re Havana Club." | 2/1/2016 | 000041-000043 | (b)(5)-DPP, (b)(6) | OFAC used exemption (b)(6) to protect Treasury employee names and telephone numbers, and (b)(5) to protect deliberative discussions, edits, and predecisional draft recommendations regarding how to respond to questions from the Washington Post on the Havana Club licensing matter. | |
| 13 | Email | Email chain "John/Andrea - WaPo Response re Havana Club." | 2/1/2016 | 000044-000045 | (b)(5)-DPP, (b)(6) | OFAC used exemption (b)(6) to protect Treasury employee names and a telephone number, and (b)(5) to protect deliberative discussions and predecisional draft recommendations regarding how to respond to questions from the Washington Post on the Havana Club licensing matter. | |
| 14 | Email | Email chain "RE: For John/Andrea, Josh's Review - WaPo Response re Havana Club." | 2/1/2016 | 000046-000047 | (b)(5)-DPP, (b)(6) | OFAC used exemption (b)(6) to protect Treasury employee names and a telephone number, and (b)(5) to protect deliberative discussions and predecisional draft recommendations regarding how to respond to questions from the Washington Post on the Havana Club licensing matter. | |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)
4834-5442-1443                                                                                                    2

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 15 | Email | RE: Davin/ Samantha - WaPo on Havana Club | 2/1/2016 | 000048 | (b)(5)-DPP, (b)(6) | OFAC used exemption (b)(6) to protect employee names, and (b)(5) to protect deliberative discussions, edits, and predecisional draft recommendations regarding how to respond to questions from the Washington Post on Havana Club licensing matter. | |
| 16 | Email | Re: For input - WaPo on Havana Club | 1/31/2016 | 000049-000050 | (b)(5)-DPP, ACP, (b)(6) | OFAC used exemption (b)(6) to protect Treasury employee names, and (b)(5) to protect deliberative discussions, edits, and predecisional draft recommendations , including advice from a Treasury attorney, regarding how to respond to questions from the Washington Post on the Havana Club licensing matter. | |
| 17 | Email | RE: FOR CLEARANCE: JJL Budget Hearing Prep: Cuba and Iran one-pagers | 1/22/2016 | 000051-000052 | (b)(5)-DPP, ACP, (b)(6) | OFAC used exemption (b)(6) to protect Treasury employee names, and (b)(5) to protect internal pre-decisional communications as part of the deliberative process, and confidential advice from attorney to client related to hearing preparation for the Secretary of the Treasury. | |
| 18 | Briefing | Cuba Sanctions FY16 POTUS Budget: Key Points to Make | Undated | 000053-000054 | (b)(5)-DPP | OFAC used exemption (b)(5) to protect predecisional and deliberative draft documents prepared for a budget hearing. | This document is fully withheld. Objection Nos. 1-3. |
| 19 | Briefing | Attachment I: Summary of 2016 Regulatory Amendments | Undated | 000055 - 000056 | (b)(5)-DPP, (b)(6) | OFAC used exemption (b)(5) to protect a predecisional draft document in its entirety. OFAC used (b)(6) to withhold employee names and a telephone number. | This document is fully withheld. Objection Nos. 1-3, 7. |
| 20 | Email | Email chain "Fw: one pagers" | 1/21/2016 | 000057-00058 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect Internal deliberative communications and attorney client privileged communications regarding a briefing paper. | Objection Nos. 6, 7. |
| 21 | Email | FW: FOR CLEARANCE: JJL Budget Hearing Prep: Cuba and Iran one-pagers | 1/20/2016 | 000059-000061 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect Internal opinions/recommendations, predecisional draft documents and predecisional draft recommendations in connection with hearing preparation. | |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)
4834-5442-1443                                                                                          3

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 22 | Briefing | JJL Budget Hearing-Cuba Sanctions Overview_01202016 (OCC+SRS).docx | 1/20/2016 | 000062-000064 | (b)(5)-DPP | OFAC used exemption (b)(5) to protect a predecisional and deliberative draft document. | This document is fully withheld. Objection Nos. 1-3. |
| 23 | Email | RE: Hill engagement on Cubaexport | 1/19/2016 | 000065- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names, an email address, and employee phone number, and (b)(5) to protect internal opinions and recommendations related to a Hill briefing. | Objection No. 7. |
| 24 | Email | RE: Hill briefings re Cubaexport | 1/18/2016 | 000066- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and information about an employee's personal appointment. | |
| 25 | Email | RE: Wall Street Journal (WSJ) on Havana Club | 1/15/2016 | 000067-000070 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect internal opinions and recommendations, and edits to talking points. | Objection No. 3. |
| 26 | Email | RE: WSJ on Havana Club | 1/15/2016 | 000071-000073 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect internal opinions and recommendations, and edits provided as part of Treasury's internal deliberative process regarding whether Treasury wished to correct or comment on anything in a Wall Street Journal article on Havana Club. | |
| 27 | Email | Miami Herald - Cuba prevails in Havana Club rum dispute with Bacardi | 1/15/2016 | 000074-000076 | (b)(6) | OFAC used exemption (b)(6) to protect a Treasury employee name. | |
| 28 | Email | WSJ - Cuban Government Granted a U.S. Trademark for Havana Club Rum | 1/15/2016 | 000077- | (b)(6) | OFAC used exemption (b)(6) to protect a Treasury employee name. | |
| 29 | Email | RE: Cubaexport | 1/13/2016 | 000078- | (b)(6) | OFAC used exemption (b)(6) to protect Treasury employee names. | |
| 30 | Email | RE: Cubaexport | 1/13/2016 | 000079-000080 | (b)(6) | OFAC used exemption (b)(6) to protect Treasury employee names and an employee cell phone number. | |
| 31 | Email | FW: Cubaexport | 1/12/2016 | 000081- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and an employee cell phone number. | |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)
4834-5442-1443                                                                                                    4

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 32 | Press Guidance | 011116 - Havana Club OFAC License - Guidance - CLEAN.docx | 1/11/2016 | 000082-000086 | (b)(5)-DPP | DoS used (b)(5) to protect internal opinions/recommendations and predecisional draft documents. DoS used (b)(5) to protect a predecisional, draft document containing proposed talking points for potential use by DoS employees, as well as hypothetical, anticipated questions and a background section. The document contains brackets for the addition of further information. The clearance page listing offices required to review the document indicates that review was incomplete. | This document is fully withheld. Objection Nos. 1-3. |
| 33 | Press Guidance | 011116 - Havana Club OFAC License - Guidance - REDLINED.docx | 1/11/2016 | 000087-000092 | (b)(5)-DPP | DoS used (b)(5) to protect internal opinions/recommendations and predecisional draft documents. DoS used (b)(5) to protect a predecisional, draft document containing proposed talking points for potential use by DoS employees, as well as hypothetical, anticipated questions and a background section. The document contains redline edits, comments in the margins, and brackets for the addition of further information. The clearance page listing offices required to review the document indicates that review was incomplete. | This document is fully withheld. Objection Nos. 1-3. |
| 34 | Email | Talking Points for Senator Flake Meeting on January 12 | 1/11/2016 | 000093- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and non-public employee phone number. | |
| 35 | Briefing | Talking Points for Meeting with Senator Flake Date: January 12.doc | 1/11/2016 | 000094-000096 | (b)(5)-DPP | OFAC used (b)(5) to protect talking points prepared for OFAC's Director in preparation for a meeting with Senator Flake. | This document is fully withheld. Objection Nos. 1, 3. |
| 36 | Email | Re: For John/Andrea's review shortly - Havana Club Press/Hill Guidance | 1/11/2016 | 000097-000098 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and an employee's cell phone number. OFAC used (b)(5) to protect internal opinions and recommendations made as part of Treasury's deliberative process, and legal edits provided by a Treasury attorney to talking points/Q&A. | |

Bacardi's Objections to Defendants' Combined Vaughn Index

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 37 | Email | RE: For John/Andrea's review shortly - Havana Club Press/Hill Guidance | 1/11/2016 | 000099- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and an employee's cell phone number. OFAC used (b)(5) to protect recommendations made as part of Treasury's deliberative process, including legal edits to Q&A prep materials provided by an OFAC attorney. | |
| 38 | Press Guidance | 011116 - Havana Club OFAC License - Guidance - CLEAN jes.docx | 1/11/2016 | 000100-000104 | (b)(5)-DPP | DoS used (b)(5) to protect a predecisional draft, document containing proposed talking points for potential use by DoS employees, as well as hypothetical, anticipated questions and a background section. The document contains redline edits and brackets for the addition of further information. The clearance page listing offices required to review the document indicates that review was incomplete. | This document is fully withheld. Objection Nos. 1-3. |
| 39 | Email | RE: Talking Points for Meeting with Senator Flake on Cuba | 1/11/2016 | 000105 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 40 | Briefing | John Smith Talking Points for Senator Flake Meeting | 1/11/2016 | 000106-000108 | (b)(5)-DPP, ACP | OFAC used (b)(5) to protect a predecisional and deliberative draft talking points/Q&A which includes edits and comments from one of OFAC's attorneys. NOTE: insert incorrectly states pages 104-108 withheld (b)(5). | |
| 41 | Email | Monday, January 11, 2016 2:03:32 PM | 1/11/2016 | 000109- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names, an email address, and an employee phone number. | |
| 42 | Press Guidance | Press Guidance - OFAC License Havana Club - CLEAN.docx | 1/11/2016 | 000110-000114 | (b)(5)-DPP | DoS used (b)(5) to protect a predecisional, draft document containing proposed talking points for potential use by DoS employees, as well as hypothetical, anticipated questions and a background section. The document contains brackets for the addition of further information. The clearance page listing offices required to review the document indicates that review was incomplete. | |
| 43 | Email | Re: For John/Andrea's review shortly - Havana Club Press/Hill Guidance | 1/11/2016 | 000115- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and an employee cell phone number. | |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)
4834-5442-1443
6

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 44 | Email | Havana Club | 1/6/2016 | 000116- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect a Treasury employee name and (b)(5) to protect an internal deliberation. | Objection Nos. 1, 2, 7. |
| 45 | | Non-Responsive | | 000117-000120 | NR | NON_RESPONSIVE | |
| 46 | Email | FW: contact info | 12/21/2015 | 000121- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and non-public employee phone numbers, and (b)(5) to protect internal opinions/deliberative communications. | Objection Nos. 2, 7. |
| 47 | Email | RE: Draft Referral to State: Cubaexport Application - CU-2015-323837-1 | 11/25/2015 | 000122-000123 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, email addresses, and a non-public employee phone number. Exemption (b)(5) was used to protect confidential attorney-client communications, including edits by OFAC attorneys to a draft referral to State, and pre-decisional & deliberative internal communications. | Objection Nos. 2-3, 6, 7. |
| 48 | Email | RE: Draft Referral to State: Cubaexport Application - CU-2015-323837-1 | 11/25/2015 | 000124-000125 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, email addresses, and a non-public employee phone number. Exemption (b)(5) was used to protect confidential attorney-client communications, including edits by OFAC attorneys to a draft referral to State, and pre-decisional & deliberative internal communications. | Objection Nos. 2-3, 6, 7. |
| 49 | Email | FW: Article on Cuba/Bacardi/Court of Appeals/OFAC | 11/25/2015 | 000126-000128 | (b)(6) | OFAC used (b)(6) to protect employee names. | |
| 50 | Email | RE: Draft Referral to State: CU-2015-323837-1 Havana Club Trademark (re)Registration | 11/23/2015 | 000129- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect a deliberative, predecisional draft email to State. | |
| 51 | Email | RE: House Staff Briefing on New Cuba Regs | 9/29/2015 | 000130-000132 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 52 | Briefing | If Asked Q&As on CACR- | 9/9/2015 | 000133-000141 | (b)(5)-DPP | OFAC used (b)(5) to protect predecisional draft document. | This document is fully withheld. Objection Nos. 1-3. |
| 53 | Briefing | IF Asked Questions: Cuba Amendment Sept 2015 - FINAL.docx | 9/29/2015 | 000160-000164 | (b)(5)-DPP | OFAC used (b)(5) to protect internal, deliberative briefing materials. | This document is fully withheld. Objection Nos. 1-2. |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)

4834-5442-1443

7

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 54 | Email | Reuters - Obama chips away at Cuba embargo, easing business and travel rules | 9/18/2015 | 000165-000167 | (b)(6) | OFAC used (b)(6) to protect a Treasury employee name. | |
| 55 | Email | RE: Talking Points for Andrea | 9/14/2015 | 000168- | (b)(6) | OFAC used (b)(6) to protect employee names. | |
| 56 | Briefing | If Asked Q&As on CACR - 090915 FINAL.docx | 9/9/2015 | 000169-000179 | (b)(5)-DPP | OFAC used (b)(5) to protect internal, deliberative briefing materials. | This document is fully withheld. Objection Nos. 1, 2. |
| 57 | Briefing | Talking Points for National Foreign Trade Council (NFTC) Briefing | 9/2/2015 | 000180-000181 | (b)(5)-DPP | OFAC used (b)(5) to protect internal deliberative briefing materials. | This document is fully withheld. Objection Nos. 1, 2. |
| 58 | Email | RE: If-Asked Questions for John's Testimony | 9/3/2015 | 000198- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and one telephone number. | |
| 59 | Briefing | If Asked Q&A on CACR | 9/10/2015 | 000199-000210 | (b)(5)-DPP | OFAC used (b)(5) to protect a predecisional draft document containing internal edits, comments, and recommendations. | This document is fully withheld. Objection Nos. 1-3. |
| 60 | Email | Meeting on Trading with the Enemy Act (TWEA) | 8/24/2015 | 000211- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and employee email and phone number. | |
| 61 | Briefing | Draft TWEA - Telecomms info.docx | 8/24/2015 | 000212-000215 | (b)(5)-DPP | OFAC used (b)(5) to protect a predecisional draft document. | This document is fully withheld. Objection Nos. 1-3. |
| 62 | Briefing | If Asked Q&A on CACR | 8/24/2015 | 000216-000226 | (b)(5)-DPP | OFAC used (b)(5) to protect internal deliberative briefing materials. | This document is fully withheld. Objection Nos. 1, 2. |
| 63 | Email | RE: Rubio/Coats Letter on Cuba Sanctions Enforcement | 8/6/2015 | 000227-000228 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect internal opinions/ recommendations. | Objection Nos. 1, 2, 7. |
| 64 | Briefing | If Asked Q&A on CACR | 2/2/2015 | 000229-000239 | (b)(5)-DPP | OFAC used (b)(5) to protect internal, deliberative briefing materials. | This document is fully withheld. Objection Nos. 1, 2. |
| 65 | Email | Re: Request by Bacardi re concerns on patent and trademark infringement | 7/8/2015 | 000240-000243 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect internal deliberative discussions, internal opinions/recommendations, and attorney client communications. | Objection Nos. 1, 2, 6, 7. Redacted portions of Row 65 are un-redacted in Rows 114, 115. |
| 66 | Email | RE: Request by Bacardi re concerns on patent and trademark infringement | 7/7/2015 | 000244-000246 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect internal deliberative discussions, internal opinions/recommendations, and attorney client communications. | Objection Nos. 1, 2, 6, 7. Redacted portions of Row 66 are un-redacted in Rows 114, 115. |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)

4834-5442-1443                                                                                                                    8

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 67 | Correspondence | Draft Congressional Letter | 6/17/2015 | 000247-000248 | (b)(5)-DPP | OFAC used (b)(5) to protect a predecisional draft document. | This document is fully withheld. Objection Nos. 1-3. |
| 68 | Email | Fw: Urgent - Connecting on the Cubaexport Filing | 2/1/2016 | 000249-000250 | (b)(6) | Treasury used (b)(6) to protect employee names. PTO used (b)(6) to protect an employee phone number. DoS used (b)(6) to protect a phone conference line access code. | |
| 69 | Email | FW: Clearance Requested: Havana Club OFAC License | 1/15/2016 | 000251-000258 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect names and employee cell phone numbers, and (b)(5) to protect deliberative predecisional draft talking points, and communications with State about the talking points that are part of Treasury's internal review and clearance process. | |
| 70 | Press Guidance | Press Guidance: Cuba: OFAC License to Havana Club | 1/11/2016 | 000259-000263 | (b)(5)-DPP | State used (b)(5) to protect a predecisional draft document containing proposed talking points for potential use by DoS employees, as well as hypothetical, anticipated questions and a background section. The document contains brackets for the addition of further information. The clearance page listing offices required to review the document indicates that review was incomplete. | This document is fully withheld. Objection Nos. 1-3. |
| 71 | Email | Fw: Interagency Briefing (Scheduling) | 1/14/2016 | 000264-000266 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names. DoS used (b)(5) to protect internal deliberative discussions, including a question posed to other agencies and DoS's preliminary position on the subject. | |
| 72 | Email | Re: USPTO Decision on petition - Reg. No. 1031651 - HAVANA CLUB and Design | 1/13/2016 | 000267-000268 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect internal opinions/recommendations and communications regarding legal issues. USPTO used (b)(6) to protect a non-public employee phone number, and (b)(5) to protect internal deliberative discussions. | Objection Nos. 1, 2, 6, 7. |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 73 | Email | Re: USPTO Decision on petition - Reg. No. 1031651 - HAVANA CLUB and Design | 1/13/2016 | 000269-000270 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect internal opinions/recommendations and communications regarding legal issues. USPTO used (b)(6) to protect a non-public employee phone number, and (b)(5) to protect internal deliberative discussions. | Objection Nos. 1, 2, 6, 7. |
| 74 | Email | FW: Urgent - Connecting on the Cubaexport Filing | 1/13/2016 | 000271-000275 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names. USPTO used (b)(6) to protect a non-public employee phone number, and (b)(5) to protect internal deliberative discussion. DoS used (b)(5) to protect internal deliberative discussions, including proposals, recommendations, and questions, regarding potential upcoming action. | Objection Nos. 2, 7. |
| 75 | Email | RE: Clearance Requested: Havana Club OFAC License | 1/12/2016 | 000276-000279 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and employee cell phone numbers, and (b)(5) was used to protect the deliberative process. | |
| 76 | Email | RE: Clearance Requested: Havana Club OFAC License | 1/12/2016 | 000280-000283 | (b)(6) | OFAC used (b)(6) to protect employee names and employee cell phone numbers. | |
| 77 | Press Guidance | 011116 Havana Club OFAC License.docx | 1/12/2016 | 000284-000288 | (b)(5)-DPP | DoS used (b)(5) to protect a predecisional, draft document containing proposed talking points for potential use by DoS employees, as well as hypothetical, anticipated questions and a background section. The document contains redline edits, comments in the margins, and brackets for the addition of further information. The clearance page listing offices required to review the document indicates that review was incomplete. | This document is fully withheld. Objection Nos. 1-3. |
| 78 | Email | FW: Clearance Requested: Havana Club OFAC License | 1/11/2016 | 000290-000291 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and employee cell phone numbers. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 79 | Press Guidance | 011116 - Havana Club OFAC License - Guidance - CLEAN.docx | 1/11/2016 | 000292-000295 | (b)(5)-DPP | DoS used (b)(5) to protect a predecisional, draft document containing proposed talking points for potential use by DoS employees, as well as hypothetical, anticipated questions and a background section. The document contains brackets for the addition of further information. The clearance page listing offices required to review the document indicates that review was incomplete. | This document is fully withheld. Objection Nos. 1-3. |
| 80 | Press Guidance | 011116 - Havana Club OFAC License - Guidance - REDLINED.docx | 1/11/2016 | 000297-000300 | (b)(5)-DPP | DoS used (b)(5) to protect a predecisional, draft document containing proposed talking points for potential use by DoS employees, as well as hypothetical, anticipated questions and a background section. The document contains redline edits and brackets for the addition of further information. The clearance page listing offices required to review the document indicates that review was incomplete. | This document is fully withheld. Objection Nos. 1-3. |
| 81 | Email | RE: Signed guidance: CU-2015-323837-1 Havana Club Trademark (re)Registration | 1/5/2016 | 000302-000304 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names. DoS used (b)(5) to protect pre-decisional discussions, including questions and guidance, regarding an ongoing OFAC decision-making process. | |
| 82 | Email | RE: Signed guidance: CU-2015-323837-1 Havana Club Trademark (re)Registration | 1/5/2016 | 000305 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names. DoS used (b)(5) to protect pre-decisional discussions, including questions and guidance, regarding an ongoing OFAC decision-making process. | |
| 83 | | OFAC Referral to State: CU-2015-323837-1 Havana Club Trademark (re)Registration | 11/27/2015 | 000306 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 84 | Inter-Agency Memorandum | Mydocument.pdf memorandum from DoS to OFAC regarding Cuba Export License | 12/21/2015 | 000308-000311 | (b)(5)-DPP | DoS used (b)(5) to protect an inter-agency memorandum concerning a pre-decisional recommendation by DoS regarding a potential action under consideration by OFAC. | Objection Nos. 1, 2. |
| 85 | Email | RE: OFAC Referral to State: CU-2015-323837-1 Havana Club Trademark (re)Registration | 12/22/2015 | 000312-000313 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---------|-------------|--------------------|---------------|-------------|------------|--------------------------------------------|----------------------------------------------|
| 86 | Email | FW: OFAC Referral to State: CU-2015-323837-1 Havana Club Trademark (re)Registration | 12/21/2015 | 000314-000315 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses. | |
| 87 | Inter-Agency Memorandum | Mydocument.pdf memorandum from DoS to OFAC regarding Cuba Export License | 12/21/2015 | 000317-000320 | (b)(5)-DPP | DoS used (b)(5) to protect an inter-agency memorandum concerning a pre-decisional recommendation by DoS regarding a potential action under consideration by OFAC. | Objection Nos. 1, 2. |
| 88 | Email | RE: OFAC Referral to State: CU-2015-323837-1 Havana Club Trademark (re)Registration | 12/21/2015 | 000321-000322 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses. | |
| 89 | Email | RE: OFAC Referral to State: CU-2015-323837-1 Havana Club Trademark (re)Registration | 12/21/2015 | 000323-000324 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses. | |
| 90 | Inter-Agency Memorandum | Mydocument.pdf memorandum from DoS to OFAC regarding Cuba Export License | 12/21/2015 | 000326-000329 | (b)(5)-DPP | DoS used (b)(5) to protect an inter-agency memorandum concerning a pre-decisional recommendation by DoS regarding a potential action under consideration by OFAC. | Objection Nos. 1, 2. |
| 91 | Email | license application | 11/23/2015 | 000330- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect names and (b)(5) to protect pre-decisional discussions and confidential communications with DOJ attorneys. | Objection Nos. 2, 6, 7. |
| 92 | Correspondence | License Application Letter.pdf | 11/23/2015 | 000331-000340 | (b)(6) | OFAC used (b)(6) to protect 3rd party names, phone numbers, Fax number, email addresses, and signature. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 93 | Email | RE: Havana Club Query | 11/9/2015 | 000341-000345 | (b)(5)-DPP, ACP, AWP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses. DoS used (b)(5) to protect deliberative, attorney/client communications, including questions and requests for legal advice, which were exchanged in the context of anticipated litigation and constitute attorney work product. Department of Justice (DOJ) used (b)(6) to protect employee names, phone numbers, Fax numbers, and email addresses. DOJ used (b)(5) to protect attorney/client communications, including legal advice and analysis in anticipation of litigation that constitutes work product, and deliberative communications. | Objection Nos. 2, 4, 5, 7. |
| 94 | Email | RE: Havana Club Query | 11/5/2015 | 000346-000349 | (b)(5)-DPP, ACP, AWP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and email addresses. DoS used (b)(5) to protect deliberative, attorney/client communications, including questions and requests for legal advice, which were exchanged in the context of anticipated litigation and constitute attorney work product. DOJ used (b)(6) to protect employee names, phone numbers, Fax numbers, email addresses, and (b)(5) to protect attorney/client communications, including legal advice and analysis provided in anticipation of litigation that constitute attorney work product, and deliberative communications. | Objection Nos. 2, 4, 5, 7. |
| 95 | Email | RE: Havana Club Query | 10/26/2015 | 000350-000352 | (b)(5)-DPP, ACP, AWP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names. DOJ used (b)(6) to protect employee names, phone numbers, Fax numbers, email addresses, and (b)(5) to protect attorney/client communications, Attorney Work Product, and deliberative communications. | |
| 96 | Briefing | Legal Assessment | 10/26/2015 | 000353-000366 | (b)(5)-DPP, ACP, AWP | DOJ used (b)(5) to protect attorney/client communications, attorney work product, and deliberative communications. | This document is fully withheld. Objection Nos. 4-6. |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)

4834-5442-1443

13

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 97 | Email | RE: For Review: BCL for Meeting with Pernod Ricard | 10/23/2015 | 000367-000369 | (b)(5)-DPP, ACP, AWP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses, and (b)(5) to protect confidential communications with DOJ regarding legal issues, and predecisional and deliberative communications. DoS used (b)(5) to protect deliberative communications regarding an upcoming meeting, as well as attorney/client communications. DOJ used (b)(6) to protect employee names, email addresses, and (b)(5) to protect Attorney/client communications and attorney work product. USPTO used (b)(5) to protect a deliberative communication. | Objection Nos. 2, 4, 5, 7. |
| 98 | Briefing Paper | Draft briefing paper for use by a Deputy Assistant Secretary of State (DAS) in a meeting with Pernod Ricard | 10/23/2015 | 000370-000374 | (b)(5)-DPP | DoS used (b)(5) to protect a predecisional and deliberative draft document containing redline edits and comments in the margins, as well as proposed key objectives and talking points for potential use in the meeting. The clearance page listing offices required to review the document indicates that review was incomplete. | This document is fully withheld. Objection Nos. 1-3. |
| 99 | Email | RE: For Review: BCL for Meeting with Pernod Ricard | 10/23/2015 | 000375-000377 | (b)(5)-DPP, ACP, AWP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses, and (b)(5) to protect confidential communications with DOJ regarding legal issues, and pre-decisional and deliberative communications. DOJ used (b)(6) to protect names, email addresses, and (b)(5) to protect attorney/client communications, legal analysis in anticipation of litigation that constitutes attorney work product, and deliberative communications. DoS used (b)(5) to protect deliberative communications regarding an upcoming meeting, as well as attorney/client communications. | Objection Nos. 2, 4-7. |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 100 | Email | RE: For Review: BCL for Meeting with Pernod Ricard | 10/23/2015 | 000378-000379 | (b)(5)-DPP, ACP, AWP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses, and (b)(5) to protect confidential communications with DOJ regarding legal issues, and pre-decisional and deliberative communications. DoS used (b)(5) to protect deliberative communications regarding an upcoming meeting, as well as attorney/client communications. DOJ used (b)(6) to protect names, email addresses, and (b)(5) to protect attorney/client communications, legal analysis in anticipation of litigation that constitutes attorney work product, and deliberative communications. | Objection Nos. 2, 4-7. |
| 101 | Briefing Paper | Draft briefing paper for use by a Deputy Assistant Secretary of State (DAS) in a meeting with Pernod Ricard | 10/23/2015 | 000380-000384 | (b)(5)-DPP | DoS used (b)(5) to protect a predecisional and deliberative draft document containing redline edits and comments in the margins, as well as key objective and proposed talking points for potential use in the meeting. The clearance page listing offices required to review the document indicates that review was incomplete. | This document is fully withheld. Objection Nos. 1-3. |
| 102 | Email | RE: For Review: BCL for Meeting with Pernod Ricard | 10/22/2015 | 000385-000387 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses. DoS used (b)(5) to protect deliberative communications regarding an upcoming meeting, as well as attorney/client communications. DOJ used (b)(6) to protect names, email addresses. USPTO used (b)(6) to protect a phone number, and (b)(5) to protect predecisional and deliberative communications. | Objection Nos. 2, 6, 7. |
| 103 | Briefing Paper | Draft briefing paper for use by a Deputy Assistant Secretary of State (DAS) in a meeting with Pernod Ricard | 10/22/2015 | 000388-000392 | (b)(5)-DPP | DoS used (b)(5) to protect a predecisional and deliberative draft document containing redline edits and comments in the margins, as well as proposed key objectives and talking points for potential use in the meeting. The clearance page listing offices required to review the document indicates that review was incomplete. | This document is fully withheld. Objection Nos. 1-3. |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)

4834-5442-1443                                                                                                                    15

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 104 | Email | RE: For Review: BCL for Meeting with Pernod Ricard | 10/22/2015 | 000393-000394 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect names, and email addresses. DoS used (b)(5) to protect deliberative communications regarding an upcoming meeting, as well as attorney/client communications. DOJ used (b)(6) to protect names, email addresses. USPTO used (b)(6) to protect a phone number, and (b)(5) to protect predecisional and deliberative communications. | Objection Nos. 2, 6, 7. |
| 105 | Briefing Paper | Draft briefing paper for use by a Deputy Assistant Secretary of State (DAS) in a meeting with Pernod Ricard | 10/22/2015 | 000395-000399 | (b)(5)-DPP | DoS used (b)(5) to protect a predecisional and deliberative draft document containing redline edits and comments in the margins, as well as proposed key objectives and talking points for potential use in the meeting. The clearance page listing offices required to review the document indicates that review was incomplete. | This document is fully withheld. Objection Nos. 1-3. |
| 106 | Email | RE: Cuba issue | 9/30/2015 | 000400-000403 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses, phone numbers, and (b)(5) to protect deliberative communications. DOJ used (b)(6) to protect employee names, email addresses, conference call information, and (b)(5) to protect attorney/client communications and predecisional and deliberative communications. USPTO used (b)(6) to protect personal calendar details, and (b)(5) to protect predecisional and deliberative communications. | Objection Nos. 2, 6, 7. |
| 107 | Email | RE: Cuba issue | 9/29/2015 | 000404-000405 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses, phone numbers, and (b)(5) to protect deliberative communications. DOJ used (b)(6) to protect employee names, email addresses, conference call information, and (b)(5) to protect predecisional and deliberative communications. USPTO used (b)(6) to protect personal calendar details, direct phone numbers and (b)(5) to protect attorney/client communications and predecisional and deliberative communications. | Objection Nos. 2, 6, 7. |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)
4834-5442-1443                                                                                   16

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 108 | Correspondence | From Treasury to USPTO RE: U.S. Trademark Registration No.1031651 | 11/30/2012 | 000419-000420 | (b)(6) | OFAC used (b)(6) to protect a 3rd party name. | |
| 109 | Correspondence | From Treasury to USPTO RE: U.S. Trademark Registration No.1031651 | 11/30/2012 | 000421-000422 | (b)(6) | OFAC used (b)(6) to protect a 3rd party name. | |
| 110 | Correspondence | RE: Information requested for OFAC's Meeting with Cubaexport U.S. trademark Registration No. 12031651 Mark: Havana Club and design | 9/27/2012 | 000423- | (b)(6) | OFAC used (b)(6) to protect a 3rd party name. | |
| 111 | Correspondence | From Treasury to USPTO RE: U.S. Trademark Registration No.1031651 | 8/31/2012 | 000430- | (b)(6) | OFAC used (b)(6) to protect a 3rd party name and agency personnel signature. | |
| 112 | Email | RE: seeking FedPro assistance | 9/25/2015 | 000431-000440 | (b)(5)-DPP, ACP, AWP, (b)(6) | OFAC used (b)(6) to protect names, email addresses, and phone numbers, and (b)(5) to protect attorney/client discussions with DOJ, and pre-decisional and deliberative communications. DoS used (b)(5) to protect deliberative communications and attorney/client communications that were held in the context of ongoing litigation and constitute attorney work product. DOJ used (b)(6) to protect names, email addresses and (b)(5) to protect attorney/client communications. | Objection Nos. 2, 4-7. |
| 113 | Email | Reuters - Obama chips away at Cuba embargo, easing business and travel rules | 9/18/2015 | 000441-000443 | (b)(6) | OFAC used (b)(6) to protect a Treasury employee name. | |
| 114 | Email | Re: Request by Bacardi re concerns on patent and trademark infringement | 7/8/2015 | 000444-000447 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect internal deliberative discussions, internal opinions/recommendations, and attorney client communications. | Objection Nos. 1, 2, 6, 7. Redacted portions of Row 114 are un-redacted in Rows 65, 66. |
| 115 | Email | RE: Request by Bacardi re concerns on patent and trademark infringement | 7/6/2015 | 000448-000449 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect internal deliberative discussions, internal opinions/recommendations, and attorney client communications. | Objection Nos. 1, 2, 6, 7. Redacted portions of Row 115 are un-redacted in Rows 65, 66. |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 116 | Email | RE: Cuba: Letter from Congress to Treasury re Cigars and $400 personal exemption and meeting next week in DC | 6/19/2015 | 000450-000451 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect internal deliberative discussions, internal opinions/recommendations, and attorney client communications. | Objection Nos. 2, 6, 7. |
| 117 | Correspondence | Draft letter to Representative Reed Larson letter 1 May2015 response_OFAC_17June2015 jt.docx | 6/17/2015 | 000452-000453 | (b)(5)-DPP | OFAC used (b)(5) to withhold a predecisional draft document. | This document is fully withheld. Objection Nos. 1-3. |
| 118 | Email | RE: Cuba: Letter from Congress to Treasury re Cigars and $400 personal exemption and meeting next week in DC | 6/19/2015 | 000454-000455 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect internal deliberative discussions, internal opinions/recommendations, and attorney client communications. | Objection Nos. 2, 6, 7. |
| 119 | Email | RE: Cuba: Letter from Congress to Treasury re Cigars and $400 personal exemption and meeting next week in DC | 6/19/2015 | 000456-000457 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect internal deliberative discussions, internal opinions/recommendations, and attorney client communications. | Objection Nos. 2, 6, 7. |
| 120 | Correspondence | Draft letter to Representative Reed Larson letter 1 May2015 response_OFAC_17June2015 jt.docx | 6/17/2015 | 000458-000459 | (b)(5)-DPP | OFAC used (b)(5) to withhold a predecisional draft document. | This document is fully withheld. Objection Nos. 1-3. |
| 121 | Email | RE: Cuba: Letter from Congress to Treasury re Cigars and $400 personal exemption and meeting next week in DC | 6/19/2015 | 000460-000461 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) was used to protect predecisional and deliberative discussions. | Objection Nos. 2, 7. |
| 122 | Email | RE: Meeting with Bacardi next week | 5/1/2015 | 000462-000463 | (b)(6) | OFAC used (b)(6) to protect employee names, emails, and phone numbers. | |
| 123 | Email | Re: Meeting with Bacardi next week | 4/30/2015 | 000464-000465 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) was used to protect predecisional discussions and recommendations and attorney client communications. | Objection Nos. 2, 6, 7. |
| 124 | Email | Re: Meeting with Bacardi next week | 4/20/2015 | 000466- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) was used to protect predecisional internal discussions about how to respond to a request for a meeting with Bacardi. | Objection Nos. 2, 7. |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)
4834-5442-1443
18

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 125 | Email | Fw: Ways & Means Committee Engagement | 4/8/2015 | 000467-000469 | (b)(5)-DPP, (b)(6), (b)(7)(C) | OFAC used (b)(6) to protect employee names, email addresses, and conference passwords. CBP (DHS) used (b)(6) and (b)(7)(C) to protect employee names, and (b)(5) to protect predecisional discussions. | Objection Nos. 2, 7. |
| 126 | Email | Cuba Legislation Questions &Answers | 1/12/2015 | 000470-000475 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect predecisional opinions and recommendations in connection with draft briefing preparation materials. | Objection Nos. 2, 3, 7. |
| 127 | Email | RE: Havana Club | 8/6/2013 | 000476-000477 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 128 | Email | RE: Havana Club | 8/6/2013 | 000478-000479 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names and (b)(5) to protect internal deliberative process information. | |
| 129 | Email | Interesting article | 6/26/2013 | 000480- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 130 | Email | RE: "SIGNIFICANCE OF RECENT CHANGES IN CUBA" | 3/4/2013 | 000481-000482 | (b)(6) | OFAC used (b)(6) to protect employee name and initials. | |
| 131 | Email | Fw: Cuban Dip Note on Havana Club | 12/26/2012 | 000483-000484 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names. DOJ used (b)(6) to protect employee email addresses, and DoS used (b)(5) to protect predecisional discussions, including an employee's selection of facts relevant to a decision-making process, and attorney/client communications. | Objection Nos. 2, 6, 7. |
| 132 | Diplomatic Note and Translation | Communication from the Government of the Republic of Cuba and translation | 12/20/2012 | 000486-000488 | (b)(1) | DoS used (b)(1) to withhold a communication from the Government of Cuba, which was received in confidence (000486-000487) and its English translation (000488). The withheld information, which was classified in accordance with Executive Order (E.O.) 13526 section 1.7(d), is currently and properly classified as CONFIDENTIAL pursuant to E.O. 13526 sections 1.4(b) and (d). | |
| 133 | Email | RE: OFAC letter to USPTO | 11/30/2012 | 000489- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 134 | Email | FW: OFAC letter to USPTO | 11/30/2012 | 000490- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 135 | Correspondence | OFAC Ltr to USPTO 11-30-2012.pdf | 11/30/2012 | 000491-000492 | (b)(6) | OFAC used (b)(6) to protect 3rd party name. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 136 | Email | FW: OFAC letter to USPTO | 11/29/2012 | 000493- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect deliberative discussions and confidential attorney client communications regarding an OFAC letter to USPTO. | |
| 137 | Email | letter to the USPTO | 11/29/2012 | 000494- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect deliberative discussions and confidential attorney client communications regarding an OFAC letter to USPTO. | |
| 138 | Correspondence | FINAL letter to USPTO re Cubaexport | undated | 000495-000496 | (b)(5)-DPP | OFAC used (b)(5) to protect a predecisional, undated and unsigned draft document. | This document is fully withheld. Objection Nos. 1-3. |
| 139 | Email | RE: draft letter to the USPTO | 11/27/2012 | 000497-00501 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names. OFAC used (b)(5) to protect predecisional and deliberative discussions about the contents of a draft letter, confidential attorney/client communications providing legal advice, and predecisional drafts. | |
| 140 | Email | RE: draft letter to the USPTO | 11/21/2012 | 000502-000506 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names. OFAC used (b)(5) to protect predecisional and deliberative discussions about the contents of a draft letter, confidential attorney/client communications providing legal advice, and predecisional drafts. | |
| 141 | Correspondence | Draft letter to USPTO re Cubaexport (10-12).doc.doc | 10/31/2012 | 000507-000508 | (b)(5)-DPP, ACP | OFAC used (b)(5) to protect a predecisional draft document, that includes recommended legal edits by OFAC counsel. | |
| 142 | Email | RE: Pernod Ricard | 11/2/2012 | 000509- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names and DoS used (b)(5) to protect predecisional discussions, including questions, about an upcoming meeting. | |
| 143 | Email | Re: draft letter to the USPTO | 10/31/2012 | 000510-000514 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names. OFAC used (b)(5) to protect predecisional and deliberative discussions about the contents of a draft letter, confidential attorney/client communications providing legal advice, and predecisional drafts. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 144 | Email | Re: draft letter to the USPTO | 10/31/2012 | 000515-000519 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names. OFAC used (b)(5) to protect predecisional and deliberative discussions about the contents of a draft letter, confidential attorney/client communications providing legal advice, and predecisional drafts. | |
| 145 | Email | Re: draft letter to the USPTO | 10/31/2012 | 000520-000523 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names. OFAC used (b)(5) to protect predecisional and deliberative discussions about the contents of a draft letter, confidential attorney/client communications providing legal advice, and predecisional drafts. | |
| 146 | Correspondence | Draft letter to USPTO re Cubaexport (10-12).doc | 8/29/2012 | 000531- | (b)(5)-DPP | OFAC used (b)(5) to protect a draft document. | This document is fully withheld. Objection Nos. 1, 3. |
| 147 | Email | draft letter to the USPTO | 10/29/2012 | 000532-000533 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names. OFAC used (b)(5) to protect predecisional and deliberative discussions about the contents of a draft letter, confidential attorney/client communications providing legal advice, and a predecisional draft. | |
| 148 | Correspondence | Draft letter to USPTO re Cubaexport (10-12).doc | 10/29/2012 | 000534- | (b)(5)-DPP | OFAC used (b)(5) to protect a draft document. | This document is fully withheld. Objection Nos. 1, 3. |
| 149 | Email | Havana Club rum | 10/19/2012 | 000535- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and (b)(5) to protect internal, deliberative update to OFAC's Director. | |
| 150 | Email | Fw: USPTO response | 9/28/2012 | 000536- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names and (b)(5) to protect the deliberative process. DOJ used (b)(6) to protect email addresses. USPTO used (b)(6) to protect a direct phone number. | |
| 151 | Correspondence | USPTO response to OFAC 09-27-12.pdf | 9/27/2012 | 000537-000543 | (b)(6) | OFAC used (b)(6) to protect a 3rd party name. | |
| 152 | Email | RE: Senator Nelson - Cubaexport | 9/19/2012 | 000544-000545 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 153 | Email | RE: Meeting Request - Bacardi | 9/19/2012 | 000546-000549 | (b)(6) | OFAC used (b)(6) to protect third party names and phone numbers, and Treasury employee names and email addresses. | |
| 154 | Email | RE: Senator Nelson - Cubaexport | 9/19/2012 | 000550- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 155 | Email | Re: Cubaexport -- Legally Privileged/Pre-decisional | 9/19/2012 | 000551-000552 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect pre-decisional communications. | Objection Nos. 1, 2, 7. |
| 156 | Email | RE: Cubaexport meeting | 9/18/2012 | 000553- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect pre-decisional communications. | Objection Nos. 1, 2, 7. |
| 157 | Email | Cubaexport informal settlement offer | 5/3/2010 | 000554-000555 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect attorney/client communications regarding an informal settlement offer. | Objection Nos. 6, 7. |
| 158 | Email | RE: Cubaexport meeting | 9/18/2012 | 000556- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect pre-decisional communications. | |
| 159 | Email | RE: Cubaexport meeting | 9/18/2012 | 000557-000558 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect attorney/client communications and pre-decisional communications. | |
| 160 | Email | Cubaexport informal settlement offer | 5/3/2010 | 000559-000560 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect attorney/client communications regarding an informal settlement offer. | Objection Nos. 6, 7. |
| 161 | Email | RE: Cubaexport - Congressional attention | 9/18/2012 | 000561-000563 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect attorney/client communications and internal deliberative communications. | |
| 162 | Email | Re: Cubaexport issue | 9/18/2012 | 000564- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect pre-decisional internal communications regarding an issue to be briefed. | |
| 163 | Email | FW: OFAC-Cubaexport | 9/17/2012 | 000565- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect names, and (b)(5) to protect pre-decisional and deliberative communications regarding how to respond to an inquiry from a Senate staffer. | |
| 164 | Correspondence | Debevoise & Plimpton LLP letter regarding Cubaexport Havana Club trademark Registration | 7/11/2012 | 000566- | (b)(6) | OFAC used (b)(6) to protect 3rd party name, phone number, Fax number, email address, and signature. | |
| 165 | Correspondence | Debevoise & Plimpton LLP letter regarding Cubaexport Havana Club trademark Registration | 6/8/2012 | 000567-000570 | (b)(6) | OFAC used (b)(6) to protect 3rd party names, phone numbers, Fax number, email addressee, and signature. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 166 | Correspondence | Draft letter to USPTO regarding Havana Club Trademark | 8/29/2012 | 000571- | (b)(5)-DPP | OFAC used (b)(5) to protect a predecisional draft document. | This document is fully withheld. Objection Nos. 1-3. |
| 167 | Email | FW: OFAC letter to USPTO Commissioner | 8/31/2012 | 000572-000573 | (b)(6) | OFAC used (b)(6) to protect names. | |
| 168 | Correspondence | FINAL letter to USPTO re Cubaexport (8-31-12).pdf | 8/31/2012 | 000574- | (b)(6) | OFAC used (b)(6) to protect 3rd party name and employee signature. | |
| 169 | Email | RE: Meeting with Cubaexport - request to USPTO | 8/31/2012 | 000575-000576 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect attorney/client communications and pre-decisional and deliberative communications. | |
| 170 | Correspondence | Draft letter to USPTO re Cubaexport.doc | 8/29/2012 | 000577- | (b)(5)-DPP | OFAC used (b)(5) to protect a draft document. | This document is fully withheld. Objection Nos. 1, 3. |
| 171 | Email | RE: Meeting with Cubaexport - request to USPTO | 8/31/2012 | 000578-000579 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect attorney/client communications and pre-decisional and deliberative communications. | |
| 172 | Email | Meeting with Cubaexport - request to USPTO | 8/31/2012 | 000580- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect attorney/client communications and pre-decisional and deliberative communications. | |
| 173 | Correspondence | Cubaexport meeting request.pdf | 7/11/2012 | 000581- | (b)(6) | OFAC used (b)(6) to protect 3rd party name, phone number, Fax number, email address, and signature | |
| 174 | Correspondence | Draft letter to USPTO re Cubaexport.doc | 6/8/2012 | 000582-000585 | (b)(6) | OFAC used (b)(6) to protect 3rd party names, phone numbers, Fax number, email address, and signature | |
| 175 | Correspondence | Draft letter to USPTO regarding Havana Club Trademark | 8/29/2012 | 000586-000587 | (b)(5)-DPP, ACP | OFAC used (b)(5) to protect a draft document that contains legal edits. | This document is fully withheld. Objection Nos. 1, 3, 6. |
| 176 | Email | RE: Havana Club | 8/24/2012 | 000588- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 177 | Email | RE: Havana Club | 8/24/2012 | 000589- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 178 | Email | Havana Club | 8/27/2012 | 000590- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 179 | Email | RE: RE: Bacardi Letter | 8/23/2012 | 000591- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect attorney/client communications and deliberative communications. | |
| 180 | Email | Accepted: Cubaexport HAVANA CLUB Trademark Registration | 8/7/2012 | 000592- | (b)(6) | OFAC used (b)(6) to protect employee names. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 181 | Email | meeting request | 8/1/2012 | 000593- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect attorney/client communications and deliberative communications. | Objection Nos. 1, 2, 6, 7. |
| 182 | Correspondence | Cubaexport meeting request.pdf | 7/11/2012 | 000594- | (b)(6) | OFAC used (b)(6) to protect 3rd party name, phone number, Fax number, email address, and signature. | |
| 183 | Correspondence | Draft letter to USPTO re Cubaexport.doc | 6/8/2012 | 000595-000598 | (b)(6) | OFAC used (b)(6) to protect 3rd party names, phone number, Fax number, email address, and signature | |
| 184 | Email | Fw: Cuba Export | 7/25/2012 | 000599- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 185 | Correspondence | Cubaexport meeting request.pdf | 7/11/2012 | 000600- | (b)(6) | OFAC used (b)(6) to protect 3rd party name, phone number, Fax number, email address, and a signature | |
| 186 | Correspondence | Re: Trademark Registration of Empresa Cubana Exportadora de Alimentos y Produetos Varios | 6/8/2012 | 000601-000604 | (b)(6) | OFAC used (b)(6) to protect 3rd party names, a phone number, Fax number, email address, and a signature. | |
| 187 | Email | RE: Havana Club - new developments - from the EU | 7/24/2012 | 000605-000608 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect attorney/client communications regarding legal arguments and pre-decisional and deliberative communications regarding how to respond to the arguments. DOJ used (b)(6) to protect employee names. | |
| 188 | Email | Cubaexport meeting request | 7/20/2012 | 000609- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 189 | Correspondence | Cubaexport meeting request | 7/11/2012 | 000610- | (b)(6) | OFAC used (b)(6) to protect a 3rd party name, phone number, Fax number, email address, and a signature. | |
| 190 | Correspondence | Debevoise and Plimpton Trademark Registration of Empresa Cubana Exportadora de Alimentos y Productos Varios | 6/8/2012 | 000611-000614 | (b)(6) | OFAC used (b)(6) to protect 3rd party names, phone number, Fax number, email address, and signature. | |
| 191 | Email | RE: Havana Club new/old issue | 7/10/2012 | 000615-000618 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect confidential communications between attorney and client regarding regulatory interpretations and pre-decisional and deliberative discussions. | Objection Nos. 2, 6, 7. |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 192 | Correspondence | havana club letter.pdf | 6/8/2012 | 000619-000622 | (b)(6) | OFAC used (b)(6) to protect 3rd party names, phone numbers, Fax number, email addresses, and a signature. | |
| 193 | Email | FW: Havana Club new/old issue | 7/10/2012 | 000623-000626 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect confidential communications between attorney and client regarding regulatory interpretations and pre-decisional and deliberative discussions. | Objection Nos. 2, 6, 7. |
| 194 | Correspondence | havana club letter.pdf | 6/8/2012 | 000627-000630 | (b)(6) | OFAC used (b)(6) to protect 3rd party names, phone numbers, Fax number, email address, and signatures | |
| 195 | Email | RE: Havana Club new/old issue | 7/3/2012 | 000631-000634 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect confidential communications between attorney and client regarding regulatory interpretations and pre-decisional and deliberative discussions. | Objection Nos. 2, 6, 7. |
| 196 | Email | RE: Havana Club new/old issue | 7/3/2012 | 000635-000638 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect confidential communications between attorney and client regarding regulatory interpretations and pre-decisional and deliberative discussions. | Objection Nos. 2, 6, 7. |
| 197 | Email | RE: Havana Club new/old issue | 7/3/2012 | 000639-000641 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect confidential communications between attorney and client regarding regulatory interpretations and pre-decisional and deliberative discussions. | Objection Nos. 2, 6, 7. |
| 198 | Email | RE: Havana Club new/old issue | 7/2/2012 | 000642-000644 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect confidential communications between attorney and client regarding regulatory interpretations and pre-decisional and deliberative discussions. | Objection Nos. 2, 6, 7. |
| 199 | Email | Re: Havana Club new/old issue | 6/29/2012 | 000645-000646 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect confidential communications between attorney and client regarding regulatory interpretations and pre-decisional and deliberative discussions. | Objection Nos. 2, 6, 7. |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 200 | Email | Havana Club diplomatic notes | 6/13/2012 | 000647- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect pre-decisional and deliberative internal communications. | Objection Nos. 1, 2, 7. |
| 201 | Email | Havana Club Dip Note from Cubans | 6/12/2012 | 000648- | (b)(6) | OFAC used (b)(6) to protect names. | |
| 202 | Translation of Diplomatic Note | Translation of Communication from the Government of the Republic of Cuba | 5/31/2012 | 000649-000651 | (b)(1) | DoS used (b)(1) to withhold a translation of a communication from the Government of Cuba, which was received in confidence. The withheld information, which was classified in accordance with E.O. 13526 section 1.7(d), is currently and properly classified as CONFIDENTIAL pursuant to E.O. 13526 sections 1.4(b) and (d). | |
| 203 | Diplomatic Note | Communication from the Government of the Republic of Cuba | 5/31/2012 | 000653-000661 | (b)(1) | DoS used (b)(1) to withhold a communication from the Government of Cuba, which was received in confidence (000653-000656). The withheld information, which was classified in accordance with E.O. 13526 section 1.7(d), is currently and properly classified as CONFIDENTIAL pursuant to E.O. 13526 sections 1.4(b) and (d). OFAC determined that pages 000657-000661 are duplicates of pages 000652-000656. Specifically, pages 000658-000661 are duplicates of pages 000653-000656. | |
| 204 | Email | RE: Havana Club Dip Note from Cubans | 6/13/2012 | 000662- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. DOJ used (b)(6) to protect email addresses. | |
| 205 | Email | RE: Havana club | 6/12/2012 | 000666-000668 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect names, phone numbers and an email address. (b)(5) was used to protect attorney/client, and pre-decisional and deliberative communications. | |
| 206 | Email | Rum Wars: The U.S.-Cuba Battle over Havana Club May Be Nearing an End (TIME) | 6/7/2012 | 000669- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)                    26
4834-5442-1443

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 207 | Email | RE: Cuba | 6/5/2012 | 000670-000673 | (b)(5)-DPP, ACP, (b)(6) | Exemption (b)(6) was used to protect names, phone numbers and an email address. OFAC applied exemption (b)(5) to protect attorney/client communications and deliberative communications, including back-and-forth discussions about how to respond to press questions. | |
| 208 | Email | Havana Club article | 5/17/2012 | 000674- | (b)(6) | OFAC used (b)(6) to protect names. | |
| 209 | Email | FW: From Today's Treasury News Update - Supreme Court Turns Down Appeal of Pernod on Havana Club Trademark | 5/15/2012 | 000675-000676 | (b)(6) | OFAC used (b)(6) to protect names. | |
| 210 | Email | FW: From Today's Treasury News Update - Supreme Court Turns Down Appeal of Pernod on Havana Club Trademark | 5/15/2012 | 000677-000678 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 211 | Email | RE: "Havana Club" Supreme Court petition denied | 5/14/2012 | 000679-000680 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names. (b)(5) was used to protect confidential communications by an OFAC attorney to the client and pre-decisional and deliberative communications. | Objection Nos. 2, 6, 7. |
| 212 | Email | FW: Cubaexport/Havana Club Cert. Petition Denied | 5/14/2012 | 000681- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses. (b)(5) was used to protect legal advice from an OFAC attorney to OFAC's Director, and pre-decisional and deliberative communications. DOJ used (b)(6) to protect employee names. | Objection Nos. 2, 7. |
| 213 | Email | FW: Cubaexport/Havana Club Reply in Support of Cert. Attached | 5/14/2012 | 000699- | (b)(6) | OFAC used (b)(6) to protect names and email addresses. DOJ used (b)(6) to protect employee names. | |
| 214 | Email | Cubaexport/Havana Club Cert. Petition Denied | 5/14/2012 | 000717- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect names and email addresses. (b)(5) was used to protect attorney/client communications and pre-decisional and deliberative communications. DOJ used (b)(6) to protect employee names. | Objection Nos. 2, 6, 7. |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)          27
4834-5442-1443

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 215 | Email | RE: Cubaexport/Havana Club Reply in Support of Cert. Attached | 5/14/2012 | 000735- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect names and email addresses. DOJ used (b)(6) to protect employee names and (b)(5) to protect predecisional and deliberative and attorney/client communications. | |
| 216 | Email | FW: Cubaexport/Havana Club Reply in Support of Cert. Attached | 4/12/2012 | 000736- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect names and email addresses. DOJ used (b)(6) to protect employee names and (b)(5) to protect predecisional and deliberative and attorney/client communications. | |
| 217 | Email | RE: Cubaexport/Havana Club Reply in Support of Cert. Attached | 4/12/2012 | 000754- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect names and email addresses. DOJ used (b)(6) to protect employee names and (b)(5) to protect predecisional and deliberative and attorney/client communications. | |
| 218 | Email | FW: Cubaexport/Havana Club Our Draft Brief in Opposition to Cert. Attached | 4/5/2012 | 000755- | (b)(6) | OFAC used (b)(6) to protect names and email addresses. DOJ used (b)(6) to protect employee names, email addresses, and phone numbers. | |
| 219 | Email | FW: Cubaexport/Havana Club Our Draft Brief in Opposition to Cert. Attached | 4/5/2012 | 000785- | (b)(6) | OFAC used (b)(6) to protect names and email addresses. DOJ used (b)(6) to protect employee names, email addresses, and a phone number. | |
| 220 | Email | FW: Cubaexport/Havana Club Our Draft Brief in Opposition to Cert. Attached | 4/5/2012 | 000815- | (b)(6) | OFAC used (b)(6) to protect names and email addresses. DOJ used (b)(6) to protect employee names, email addresses, and phone numbers. | |
| 221 | Email | Cubaexport filing | 4/5/2012 | 000816- | (b)(6) | OFAC used (b)(6) to protect names. | |
| 222 | Email | RE: Cubaexport/Havana Club Our Draft Brief in Opposition to Cert. Attached | 4/2/2012 | 000817-000818 | (b)(5)-DPP, ACP, AWP, (b)(6) | OFAC used (b)(6) to protect names and email addresses, and (b)(5) to protect attorney/client communications with DOJ, pre-decisional and deliberative discussions with DOJ, and attorney work product. DOJ used (b)(6) to protect employee names, phone numbers and email addresses. DOJ used (b)(5) to protect attorney/client communications, predecisional and deliberative discussions, and attorney work product related to a draft brief. | |
| 223 | Email | old trademark regulations case law | 3/30/2012 | 000819-000820 | (b)(5)-DPP, ACP, AWP, (b)(6) | OFAC used (b)(6) to protect names, and (b)(5) to protect attorney work product and attorney/client privilege, including discussions about legal research. | |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)

4834-5442-1443

28

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 224 | Legal Briefs | Westlaw_Document_16_46_59.doc | 3/30/2012 | 000821-000841 | 21 WIF (b)(5)-AWP | OFAC used (b)(5) to protect attorney work product. | |
| 225 | Legal Briefs | Westlaw_Document_16_59_11.doc | 3/30/2012 | 000842-000850 | (b)(5)-AWP | OFAC used (b)(5) to protect attorney work product. | |
| 226 | Email | RE: Cubaexport/Havana Club Our Draft Brief in Opposition to Cert. Attached | 3/30/2012 | 000851-000855 | (b)(5)-DPP, ACP, AWP, (b)(6) | OFAC used (b)(6) to protect names and email addresses, and (b)(5) to protect attorney/client communications, pre-decisional and deliberative communications, and attorney work product. DOJ used (b)(6) to protect employee names and email addresses. DOJ used (b)(5) to protect attorney/client communications and deliberative communications. DOS used (b)(5) to protect deliberative and pre-decisional communications. | |
| 227 | Email | FW: Cubaexport/Havana Club Our Draft Brief in Opposition to Cert. Attached | 3/30/2012 | 000856- | (b)(5)-DPP, ACP, AWP, (b)(6) | OFAC used (b)(6) to protect employee names and email addresses. DOJ used (b)(6) to protect employee names, phone numbers, and email addresses. DOJ used (b)(5) to protect attorney/client | |
| 228 | Court Document | 11-945 Havana Club Opp2.pdf | 3/30/2012 | 000857-000859 | (b)(5)-DPP, AWP | DOJ used (b)(5) to protect deliberative draft briefs, consisting of attorney work product. | |
| 229 | Court Document | 11-945 Havana Club Opp2.wpd | 3/30/2012 | 000860-000884 | (b)(5)-DPP, AWP | DOJ used (b)(5) to protect deliberative draft briefs, consisting of attorney work product. | |
| 230 | Email | Re: Cubaexport/Havana Club Our Draft Brief in Opposition to Cert. Attached | 3/29/2012 | 000885- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect attorney/client privileged and deliberative communications regarding a draft brief. | |
| 231 | Email | Cubaexport/Havana Club Our Draft Brief in Opposition to Cert. Attached | 3/29/2012 | 000886- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect attorney/client privileged and deliberative communications regarding a draft brief. | |
| 232 | Court Document | HavanaClub.Cert.Op.ASG.032712.pdf | 3/29/2012 | 000887-000889 | (b)(5)-DPP, AWP | DOJ used (b)(5) to protect deliberative Draft briefs constituting attorney work product | |
| 233 | Court Document | Cubaexport S Ct. draft comments.pdf | 3/29/2012 | 000890-000914 | (b)(5)-DPP, AWP | DOJ used (b)(5) to protect deliberative, draft briefs constituting attorney work product | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 234 | Document | Draft CACR document | undated | 000915-000925 | (b)(5)-DPP, AWP | OFAC used (b)(5) to withhold a draft brief, including proposed legal edits hand written on the document. | |
| 235 | Email | RE: Cubaexport/Havana Club Our Draft Brief in Opposition to Cert. Attached | 3/29/2012 | 000926- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect names and email addresses. OFAC used (b)(5) to protect deliberative discussions, and confidential communications | |
| 236 | Court Document | Cubaexport S Ct. draft comments.pdf | 3/29/2012 | 000927-000937 | (b)(5)-DPP, AWP | OFAC used (b)(5) to withhold a draft brief, including proposed legal edits hand written on the document. | |
| 237 | Email | FW: Cubaexport/Havana Club Our Draft Brief in Opposition to Cert. Attached | 3/27/2012 | 000938- | (b)(5)-ACP, (b)(6) | OFAC used (b)(6) to protect names and email addresses. DOJ used (b)(6) to protect employee names, phone numbers, and email addresses. DOJ | |
| 238 | Court Document | HavanaClub.Cert.Op.ASG.032712.pdf | 3/27/2012 | 000939-000941 | (b)(5)-DPP, AWP | DOJ used (b)(5) to protect deliberative draft briefs, consisting of attorney work product. | |
| 239 | Court Document | HavanaClub.Cert.Op.ASG.032712.wpd | 3/27/2012 | 000942-000966 | (b)(5)-DPP, AWP | DOJ used (b)(5) to protect deliberative draft briefs, consisting of attorney work product. | |
| 240 | Email | OFAC Referral to State: CU-2015-323837-1 Havana Club Trademark (re)Registration | 11/25/2015 | 00967- | (b)(6) | OFAC used (b)(6) to protect names. | |
| 241 | Correspondence | CU-75835-1 Havana Club license denial 07282006.pdf | 7/28/2006 | 0970- | (b)(6) | OFAC used (b)(6) to protect a signature. | |
| 242 | Email | Draft Referral to State: CU-2015323837-1 Havana Club Trademark (re)Registration | 11/23/2015 | 00971- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names. OFAC used (b)(5) to protect a draft email. | Objection Nos. 1, 3, 7. |
| 243 | Email | Re: Meeting with Bacardi next week | 05/1/215 | 00972-00973 | (b)(6) | OFAC used (b)(6) to protect employee names, phone numbers, and email addresses. | |
| 244 | Email | FW: Cuba: Letter from Congress to Treasury re Cigars and $400 personal exemption and meeting next week in DC | 6/19/2015 | 00974- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names and (b)(5) to protect pre-decisional and deliberative internal communications | Objection Nos. 1, 2, 7. |
| 245 | Email | RE: Havana Club | 8/24/2012 | 00977- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 246 | Email | RE: Bacardi Letter | 8/19/2012 | 00983- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names and (b)(5) to protect pre-decisional and deliberative communications | Objection Nos. 1, 2, 7. Redacted portions of Row 246 are un-redacted in Row 179. |
| 247 | Email | FW: Meeting Request - Bacardi | 9/19/2012 | 00984-00987 | (b)(6) | OFAC used (b)(6) to protect employee and 3rd party names, email addresses, and phone numbers. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 248 | Email | RE: Senator Nelson - Cubaexport | 9/19/2012 | 00989- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 249 | Email | Re: Cubaexport -- Legally Privileged/Pre-decisional | 9/19/2012 | 00990-00991 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee and 3rd party names and (b)(5) to protect pre-decisional, deliberative communications | Objection Nos. 1, 2, 7.  Redacted portions of Row 249 are un-redacted in Row 250. |
| 250 | Email | RE: Cubaexport meeting | 9/18/2012 | 00992- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 251 | Email | RE: Cubaexport meeting | 9/18/2012 | 00993- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and (b)(5) to protect pre-decisional and deliberative communications | |
| 252 | Email | RE: Cubaexport meeting | 9/18/2012 | 00994-00995 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. Attachment duplicate of 559-560. | |
| 253 | Email | RE: Cubaexport - Congressional attention | 9/18/2012 | 00996-00998 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect pre-decisional and deliberative communications and attorney/client communications. | Objection Nos. 1, 2, 6, 7. |
| 254 | Email | RE: regulatory citations | 9/24/2010 | 00999-01005 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses, and (b)(5) to protect attorney/client and deliberative communications. DOJ used (b)(6) to protect employee names and email addresses, and (b)(5) to protect attorney/client communications. | Objection Nos. 1, 2, 6, 7. |
| 255 | Email | RE: Debevoise-Havana Club: Application Nos. CU-2013-303599-1, CU-2013-303598-1, CU-2013-303382-1 | 9/10/2013 | 01006-01007 | (b)(6) | OFAC used (b)(6) to protect employee and 3rd party names, email addresses, phone number, and fax numbers. | |
| 256 | Email | Cubaexport issue | 10/22/2012 | 01008- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 257 | Internal Briefing Memorandum | Privileged - Draft Cubaexport analysis and options.doc | 10/22/2012 | 01009-01017 | (b)(5)-DPP, ACP, AWP | OFAC used (b)(5) to protect a pre-decisional and deliberative, internal draft legal analysis memo prepared by an OFAC attorney for OFAC's Director | |
| 258 | Email | FW: OFAC-Cubaexport | 9/17/2012 | 01018- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, email addresses, and (b)(5) to protect pre-decisional communications regarding how to respond to Hill inquiries. | |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)

4834-5442-1443                                                                                                                                31

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 259 | Email | FW: Meeting with Cubaexport - request to USPTO | 9/17/2012 | 01019-01020 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect predecisional and deliberative communications regarding draft correspondence, and attorney/client communications. | |
| 260 | Email | RE: FYI - a new Ropes & Gray request related to Cubaexport/renewal of license | 10/6/2009 | 01021- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 261 | Email | RE: AP and Chicago Tribune: US judge kills Cuban lawsuit on rum trademark | 3/31/2009 | 01022- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 262 | Memorandum | FAC No. C-156877 | 5/19/1997 | 01025-01027 | (b)(6) | OFAC used (b)(6) to protect employee's initials. | |
| 263 | Correspondence | Notice of Revocation License No. C-18147 | 4/17/1997 | 01028- | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 264 | Inter-Agency Memorandum | DoS Memo concerning CU-18581 | 4/14/1997 | 01029- | (b)(5)-DPP | DoS used (b)(5) to protect an inter-agency memorandum concerning a pre-decisional recommendation by DoS regarding a potential action under consideration by OFAC, as well as a handwritten note on the memorandum. | This document is fully withheld. Objection Nos. 1, 2. |
| 265 | Intra-Agency Memorandum | Memo for Steven I. Pinter pertaining to Havana Rum Trademark | 4/2/1997 | 01030-01031 | (b)(5)-DPP, (b)(6) | OFAC used (b)(5) to protect an internal memorandum concerning pre-decisional recommendations/opinions and deliberations, including internal deliberative discussions between OFAC divisions, and (b)(6) to protect employee and 3rd party names. | This document is fully withheld. Objection Nos. 1-3. This document does not have (b)(6) redactions marked on it. |
| 266 | Correspondence | FAC No. CU-153673, C-18572 | 12/18/1996 | 01043-01044 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 267 | License | License No. C-18572 | 12/18/1996 | 01045- | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 268 | Intra-Agency Memorandum | Draft Intra-agency memorandum | | 01046-01047 | (b)(5)-DPP, (b)(6) | OFAC used(b)(6) to protect names, and (b)(5) to protect a pre-decisional and deliberative Draft Document | This document is fully withheld. Objection Nos. 1-3, 7. |
| 269 | Correspondence | FAC Nos. C-152409, C0152468 | 8/19/1996 | 01048- | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 270 | License | License No. CU-74488 | 3/4/2005 | 01052-01053 | (b)(6) | OFAC used (b)(6) to protect a 3rd party name and an employee signature. | |
| 271 | License | License No. CU-71416 | 3/10/2003 | 01110-01111 | (b)(6) | OFAC used (b)(6) to protect a 3rd party name and an employee signature. | |
| 272 | License | License No. CT-1943 | 2/20/2004 | 01112-01113 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 273 | Correspondence | Ropes and Gray letter to OFAC regarding USPTO Application No. 1,031,651 | 12/13/2005 | 01114-01116 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature, name, phone and fax number, and email address and an employee name. | |
| 274 | License | FAC No. CU-268932 | 4/6/2006 | 01117-01118 | (b)(6) | OFAC used (b)(6) to protect an employee signature and initials. | |
| 275 | Inter-Agency Memorandum | Draft Inter Agency Memorandum | | 01119-01120 | (b)(5)-DPP | OFAC used (b)(5) to protect an inter agency draft memorandum concerning pre-decisional recommendations/opinions, and containing hand written edits. | This document is fully withheld. Objection Nos. 1, 2. |
| 276 | Note | Cover letter for FAC No. CU-156877 Draft | 5/14/1997 | 01121- | (b)(6) | OFAC used (b)(6) to protect initials and names. | |
| 277 | Inter-Agency Memorandum | Draft Memorandum FAC No. CU-156877 | 5/14/1997 | 01122-01125 | (b)(5)-DPP | OFAC used (b)(5) to protect an inter agency draft memorandum concerning pre-decisional recommendations/opinions, and containing hand written edits. | This document is fully withheld. Objection Nos. 1, 2. |
| 278 | Cover Sheet | Clearance sheet for FAC No. CU-156877 Draft | 5/12/1997 | 01126- | (b)(6) | OFAC used (b)(6) to protect an employee initials. | |
| 279 | Correspondence | Correspondence Draft FAC N0. CU-181277 | | 01127- | (b)(5)-DPP | OFAC used (b)(5) to protect draft correspondence containing hand written proposed edits. | This document is fully withheld. Objection Nos. 1, 3. |
| 280 | email | Response to Pernod Ricard's Pres - Jacquillat -Reply | 5/3/2000 | 01128- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect names and email addresses, and (b)(5) to protect pre-decisional and deliberative discussions between OFAC and State regarding an OFAC Licensing matter. | |
| 281 | email | Pernod Ricard Correspondence | 5/18/2000 | 01129- | (b)(6) | OFAC used (b)(6) to protect an employee name, and an email address. | |
| 282 | email | Pernod Ricard Correspondence | 5/18/2000 | 01130- | (b)(6) | OFAC used (b)(6) to protect a employee name, and an email address. | |
| 283 | Correspondence | FAC No. CU-181277 | | 01131- | (b)(5)-DPP | OFAC used (b)(5) to protect a pre-decisional, unsigned draft letter. | This document is fully withheld. Objection Nos. 1-3. |
| 284 | Cover Sheet | Facsimile Cover letter FAC No. CU-181277 | 5/3/2000 | 01132- | (b)(6) | OFAC used (b)(6) to protect names, a signature, and an email address. | |
| 285 | Correspondence | Application for Specific License Retroactively Licensing Assignment of Havana Club | 5/9/1997 | 01135-01143 | (b)(6) | OFAC used (b)(6) to protect 3rd party signatures. | |
| 286 | Cover Sheet | Treasury Facsimile Cover sheet | 4/28/1997 | 01145- | (b)(6) | OFAC used (b)(6) to protect employee names and signatures. | |
| 287 | Intra-Agency Memorandum | Draft Memo from OFAC to Secretary of Treasury | 4/28/1997 | 01146-01147 | (b)(5)-DPP | OFAC used (b)(5) to protect an internal draft briefing memorandum concerning pre-decisional recommendations/opinions, and containing hand written edits. | This document is fully withheld. Objection Nos. 1, 2. |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 288 | Cover Sheet | Treasury Facsimile Cover sheet | 4/25/1997 | 01148- | (b)(6) | OFAC used (b)(6) to protect name. | |
| 289 | Internal Draft | Internal Draft notes | 4/25/1997 | 01149-01151 | (b)(5)-DPP | a pre-decisional and deliberative, draft internal briefing memorandum, including hand written edits. | This document is fully withheld. Objection Nos. 1-3. There is no agency identified as the decision-maker regarding the redactions. |
| 290 | Inter-Agency Memorandum | DoS Memorandum pertaining to CU-18581 | 4/14/1997 | 01156 | (b)(5)-DPP | DoS used (b)(5) to protect an inter-agency memorandum concerning a pre-decisional recommendation by DoS regarding a potential action under consideration by OFAC. | |
| 291 | Inter-Agency Memorandum | Treasury Memorandum pertaining to CU-18581 | 4/10/1997 | 01157-01158 | (b)(5)-DPP | OFAC used (b)(5) to protect an interagency pre-decisional and deliberative memorandum containing recommendations and opinions. Pages are mismarked as Bates pages 1189-1190. | This document is fully withheld. Objection Nos. 1, 2. |
| 292 | License | License No. C-18572 | 12/18/1996 | 01159- | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 293 | Correspondence | CU-151435 OFAC letter addressing assignment of the Havana Club trademark. | 12/19/1996 | 01160-01161 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 294 | Correspondence | Draft Correspondence Letter CU-268932 | | 01168-01169 | (b)(5)-DPP | OFAC used (b)(5) to protect a pre-decisional, unsigned, draft letter. | This document is fully withheld. Objection Nos. 1-3. |
| 295 | Internal Document | Internal Issue Document | | 01170-01173 | (b)(5)-DPP | OFAC used (b)(5) to protect an internal briefing document. | This document is fully withheld. Objection Nos. 1, 2. |
| 296 | Intra-Agency Memorandum | Draft briefing memorandum | | 01174-01176 | (b)(5)-DPP, ACP | OFAC used (b)(5) to protect a draft, internal briefing memorandum prepared by a Treasury lawyer, that includes legal analysis. | This document is fully withheld. Objection Nos. 4, 6. |
| 297 | Internal Document | Havana Club Holding Chronology and Possible Q and A | | 01177-01180 | (b)(5)-DPP, ACP | OFAC used (b)(5) to protect an internal briefing document prepared by Treasury lawyers. | This document is fully withheld. Objection Nos. 4, 6. |
| 298 | License | Draft License No. CU-71416-a | | 01181-01182 | (b)(5)-DPP | OFAC used (b)(5) to protect an unsigned, draft license. | |
| 299 | Internal Draft | License Request Talking Points | | 01183- | (b)(5)-DPP | OFAC used (b)(5) to protect an internal briefing document-talking points. | This document is fully withheld. Objection Nos. 1, 2. |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 300 | Briefing Memorandum | Draft Analysis memo from OCC to Director of OFAC | 10/19/2012 | 01184-01192 | (b)(5)-DPP, ACP, AWP | OFAC used (b)(5) to protect a pre-decisional and deliberative, internal draft legal analysis memo prepared by an OFAC attorney for OFAC's Director | |
| 301 | Internal Briefing Document | Havana Club Holding Chronology | | 01193-01196 | (b)(5)-DPP | OFAC used (b)(5) to protect an internal briefing document. Page numbers mismarked as bates pages 1225-1228, | This document is fully withheld. Objection Nos. 1, 2. |
| 302 | Internal Draft | Cuba Sanctions, FY 2017 POTUS Budget | | 01199-01203 | (b)(5)-DPP | OFAC used (b)(5) to protect an internal draft briefing document, including draft talking points containing edits. | This document is fully withheld. Objection Nos. 1, 3. |
| 303 | Briefing Paper | DoS Q&A: Hearing re: Confiscated Property in Cuba, Havana Club, and Other Property House Judiciary Committee | 2/11/2016 | 01204-01210 | (b)(5)-DPP | DoS used (b)(5) to protect hypothetical, anticipated questions from Congress and proposed answers for potential use by DoS employees engaging with Congress on a sensitive matter. | Objection No. 3. |
| 304 | Internal Document | Cuba Sanctions FY 2017 NAC Briefer | 3/16/2017 | 01211-01215 | (b)(5)-DPP | OFAC used (b)(5) to protect an internal briefing document. | This document is fully withheld. Objection Nos. 1, 2. |
| 305 | Internal Document | Cubaexport Briefer | 9/24/2012 | 01216-01217 | (b)(5)-DPP | OFAC used (b)(5) to protect an internal briefing document. | This document is fully withheld. Objection Nos. 1, 2. |
| 306 | Internal Document | USPTO Background on Havana Club | | 01218-01219 | (b)(5)-DPP | USPTO used (b)(5) to protect an internal briefing document. | This document is fully withheld. Objection Nos. 1, 2. |
| 307 | Internal Document | FOIA ACTION FORM | | 01220- | (b)(6) | OFAC used (b)(6) to protect an employee name. | |
| 308 | Inter-Agency Memorandum | FOIA Referral to OFAC | 5/4/2005 | 01221-01226 | (b)(6) | OFAC used (b)(6) to protect names, signatures, phone numbers, and email addresses. | |
| 309 | Facsimile | FAX to State: Cover sheet and letter from Pernod to Treasury | 3/25/2004 | 01227-01228 | (b)(6) | OFAC used (b)(6) to protect names and telephone numbers and signature of 3rd party. | |
| 310 | Letter | To OFAC from Peter Deutsch, Member of Congress | 6/7/2000 | 01229-01230 | (b)(6) | OFAC used (b)(6) to protect a name. | |
| 311 | License | License No. CU-75745 | 4/10/2006 | 01235-01236 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 312 | License | License No. CU-76234 | 12/22/2006 | 01237-01238 | (b)(6) | OFAC used (b)(6) to protect a name of a 3rd party and an OFAC employee signature. | |
| 313 | Correspondence | Ropes and Gray Letter to OFAC regarding License CU-74488. | 2/27/2006 | 01241-01243 | (b)(6) | OFAC used (b)(6) to protect names and telephone numbers of employees and 3rd parties and 3rd party signature. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 314 | Internal Document | Hand written note | 9/24/2012 | 01244-01262 | (b)(5)-DPP | OFAC used (b)(5) to protect hand written notes taken by an OFAC attorney during deliberative discussions, and meetings. | |
| 315 | Correspondence | Debevoise & Plimpton letter to USPTO regarding Trademark No. 1,031,651 | 6/8/2012 | 01263-01266 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect a third party signature and (b)(5) to protect hand written deliberative notes taken by a Treasury attorney. | |
| 316 | Email | RE: Cuba Export | 7/26/2012 | 01267-01268 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect deliberative communications and attorney/client privileged communications. | |
| 317 | Correspondence | Letter from OFAC to USPTO on the behalf of CUBA EXPORT | 8/31/2012 | 01274- | (b)(6) | OFAC used (b)(6) to protect 3rd party name and signature of employee. | |
| 318 | Correspondence | Letter from Ropes and Gray to USPTO: Petition to Dir. Registration No. 1,031,651 | 10/4/2006 | 01275-01283 | (b)(6) | OFAC used (b)(6) to protect a names, signatures, phone numbers, and email addresses of 3rd parties. | |
| 319 | Email | FW: USPTO response to OFAC | 10/5/2012 | 01284-01285 | (b)(6) | OFAC used (b)(6) to protect names and email addresses of employees and 3rd parties. | |
| 320 | Correspondence | 0006_001.pdf (RBSKL letter to OFAC) | 6/24/1997 | 01286-01292 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature. | |
| 321 | Intra-Agency Memorandum | Draft memo for Deputy Secretary Eizenstat from General Counsel | 2/10/2000 | 01302-01303 | (b)(5)-DPP, ACP | OFAC used (b)(5) to protect an internal draft briefing memorandum, containing confidential attorney client communications and legal analysis. | This document is fully withheld. Objection No. 2, 6. |
| 322 | Correspondence | CU-151435 OFAC letter addressing assignment of the Havana Club trademark. | 12/19/1996 | 01304-01305 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 323 | Email | RE: Cuba Export with cease and desist order attachment | 7/26/2012 | 01325-01327 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect pre-decisional and deliberative analysis and communications with a Treasury attorney for the purpose of receiving legal guidance. | |
| 324 | Correspondence | Draft of CU-181277 | | 01328- | (b)(5)-DPP | OFAC used (b)(5) to protect a pre-decisional draft letter containing hand written edits. | This document is fully withheld. Objection Nos. 1-3. |
| 325 | Correspondence | Letter from OFAC to USPTO on the behalf of CUBA EXPORT | 8/31/2012 | 01330- | (b)(6) | OFAC used (b)(6) to protect a 3rd party name and an employee signature. | |
| 326 | Correspondence | Partial Record- OFAC response to Dec. 13, 2005 letter from Ropes & Gray | 4/6/2006 | 01338- | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 327 | Email | Section 211 - proposed comments | 7/29/2009 | 01345- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect names, (b)(5) to protect pre-decisional discussions and attorney/client communications, including legal analysis and hand written edits by a Treasury attorney. | |
| 328 | Draft Document | Draft Havana Club/Section 211 WTO Dispute | | 01346-01347 | (b)(5)-DPP, ACP | OFAC used (b)(5) to protect a draft briefing document that includes legal analysis and edits by a Treasury attorney. | |
| 329 | Intra-Agency Memorandum | Report of the WTO Appellate Body in the Havana Club Dispute | 3/26/2002 | 01348-01407 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect a Treasury employee name and initials and (b)(5) to protect pre-decisional and deliberative communications, and Attorney/Client Communications, including legal analysis by a Treasury attorney, in a briefing memorandum to Treasury's General Counsel. | |
| 330 | Cover Sheet | CU-258980 Cover sheet for Bacardi letter | 1/13/2006 | 01488- | (b)(6) | OFAC used (b)(6) to protect an employee name and initials. | |
| 331 | Correspondence | CU-258980 letter from Bacardi to OFAC | 1/12/2006 | 01489-01491 | (b)(6) | OFAC used (b)(6) to protect employee names. | |
| 332 | Correspondence | Proskauer Rose LLP letter to OFAC regarding letter to the 2nd Circuit (12/1/1999) | 12/8/1999 | 01503-01512 | (b)(6) | OFAC used (b)(6) to protect 3rd party signature and initials. | |
| 333 | Cover Sheet | Facsimile from Peter Deutsch, Member of Congress to OFAC | 6/7/2000 | 01521 | (b)(6) | OFAC used (b)(6) to protect 3rd party names. | |
| 334 | Cover Sheet | Facsimile from Peter Deutsch, Member of Congress to OFAC | 6/7/2000 | 01522- | (b)(6) | OFAC used (b)(6) to protect 3rd party names. | |
| 335 | Email | RE: The Spirits Business - Bill challenges Havana Club US trademark | 6/7/2016 | 01523-01524 | (b)(6) | OFAC used (b)(6) to protect employee names. | |
| 336 | Email | RE: Havana Club/Cuba Export | 4/25/2016 | 01525-01527 | (b)(6) | OFAC used (b)(6) to protect employee names, phone numbers, and email addresses. | |
| 337 | Email | FW: Havana Club Response | 4/18/2016 | 01528- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and signatures and (b)(5) to protect attorney client privileged communications regarding a draft letter and pre-decisional and deliberative internal discussions about a draft response to letters from the Hill. | Objection Nos. 2, 6, 7. |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)
4834-5442-1443
37

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 338 | Correspondence | Draft Havana Club Response (3- 9-16).docx | 3/9/2016 | 01529-01530 | (b)(5)-DPP, ACP | OFAC used (b)(5) to protect pre-decisional and deliberative draft letters in response to letters from the Hill. The drafts include legal edits from a Treasury attorney. | This document is fully withheld. Objection Nos. 1-3, 6. |
| 339 | Correspondence | Draft Senate Havana Club Response 20160322+LCID.DOCX | 3/22/2016 | 01531-01532 | (b)(5)-DPP, ACP | OFAC used (b)(5) to protect pre-decisional and deliberative draft letters in response to letters from the Hill. The drafts include legal edits from a Treasury attorney. | This document is fully withheld. Objection Nos. 1-3, 6. |
| 340 | Email | FW: Revised Senate HC response | 3/22/2016 | 01536- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect Treasury employee name, email address, and phone number, and (b)(5) to protect a confidential communication from a Treasury attorney to OFAC providing legal advice and edits. | |
| 341 | Correspondence | Draft Senate Havana Club Response 20160322.docx | 3/22/2016 | 01537-01538 | (b)(5)-DPP, ACP | OFAC used (b)(5) to protect a pre-decisional draft response to a letter from the Hill, that includes comments and advice from a Treasury attorney. | This document is fully withheld. Objection Nos. 1-3, 6. |
| 342 | Email | RE: Exec Sec CT: New Case: Nelson Menendez on Cubaexport | 3/17/2016 | 01541-01542 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses. | |
| 343 | Email | RE: Exec Sec CT: New Case: Nelson Menendez on Cubaexport | 3/17/2016 | 01543-01544 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses. | |
| 344 | Email | RE: Exec Sec CT: New Case: Nelson Menendez on Cubaexport | 3/16/2016 | 01545-01546 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses. | |
| 345 | Correspondence | Draft Havana Club Response (3- 9-16).docx | 3/9/2016 | 01547-01548 | (b)(5)-DPP | OFAC used (b)(5) to protect a pre-decisional draft letter. | This document is fully withheld. Objection Nos. 1-3. |
| 346 | Email | RE: Exec Sec CT: New Case: Nelson Menendez on Cubaexport | 3/16/2016 | 01549-01550 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses. | |
| 347 | Email | FW: Congressional re Havana Club | 3/16/2016 | 01551- | (b)(6) | OFAC used (b)(6) to protect employee names. | |
| 348 | Email | RE: Letter from Senators Nelson and Menendez to Secretary Lew | 3/16/2016 | 01552-01553 | (b)(6) | OFAC used (b)(6) to protect Treasury employee and 3rd party names and phone numbers. | |
| 349 | Email | FW: Letter from Senators Nelson and Menendez to Secretary Lew | 3/15/2016 | 01554- | (b)(6) | OFAC used (b)(6) to protect Treasury employee and 3rd party names and phone numbers. | |
| 350 | Email | Fw: bacardi/pernod cuban rum issue | 1/21/2016 | 01557-01558 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect names, and (b)(5) to protect pre-decisional and deliberative talking points. | Objection Nos. 1, 2, 3, 7. |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)          38
4834-5442-1443

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 351 | Email | RE: House Foreign Affairs Committee (HFAC) Cuba Briefing | 3/15/2016 | 01559- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect pre-decisional and deliberative recommendations. | |
| 352 | Email | AFP- Bacardi seeks reversal of US trademark ruling on Havana Club rum | 3/15/2016 | 01560-01561 | (b)(6) | OFAC used (b)(6) to protect a Treasury employee name. | |
| 353 | Email | RE: Exec Sec CT: New Case: [FY 2017 budget] Cuba | 3/14/2016 | 01562-01563 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses. | |
| 354 | Intra-Agency Brief | 16_Cuba.docx | 3/14/2016 | 01564-01569 | (b)(5)-DPP | OFAC used (b)(5) to protect a internal deliberative briefing document. | This document is fully withheld. Objection Nos. 1, 2. |
| 355 | Email | If Asked Cuba Questions for the Hill | 3/14/2016 | 01570- | (b)(6) | OFAC used (b)(6) to protect employee names, email addressee, and phone number. | |
| 356 | Email | Rep. Wasserman Shultz - Havana Club Response (3-9-16) | 3/9/2016 | 01571- | (b)(6) | OFAC used (b)(6) to protect employee names. | |
| 357 | Email | RE: FOR CLEARANCE TODAY: JJL Budget Briefers | 3/8/2016 | 01572-01573 | (b)(6) | OFAC used (b)(6) to protect employee names, email address, and phone number. | |
| 358 | Inter-Agency Brief | JJL Budget Hearing - Cuba Draft-Overview -March 2016 reg set_03072016 jes.docx | 3/7/2016 | 01574-01579 | (b)(5)-DPP | OFAC used (b)(5) to protect an internal draft deliberative briefing document, including recommended edits. | This document is fully withheld. Objection Nos. 1, 2. |
| 359 | Email | RE: Congressional re Havana Club | 3/7/2016 | 01580-01585 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect pre-decisional and deliberative internal discussions about how to respond to a letter from the Hill, including recommendations and opinions. | Objection Nos. 2, 3, 7. |
| 360 | Correspondence | Havana Club Congressional DRAFT_State3.docx | 2/26/2016 | 01586-01588 | (b)(5)-DPP | OFAC used (b)(5) to protect a pre-decisional and deliberative draft letter that includes edits. | This document is fully withheld. Objection Nos. 1-3. |
| 361 | Email | RE: Congressional re Havana Club | 2/26/2016 | 01589-01594 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, and (b)(5) to protect pre-decisional and deliberative internal discussions about how to respond to a letter from the Hill, including recommendations and opinions. | Objection Nos. 2, 7. |
| 362 | Email | RE: Exec Sec CT: New Case: Ros-Lehtinen Wasserman Schultz et al. on Cubaexport OFAC License | 2/26/2016 | 01595-01597 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 363 | Email | RE: Congressional re Havana Club | 2/26/2016 | 01598-01602 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 364 | Email | RE: Congressional re Havana Club | 2/26/2016 | 01603-01607 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names.. | |
| 365 | Correspondence | Havana Club Congressional DRAFT 2016_02_26.docx | 2/26/2016 | 01608-01609 | (b)(5)-DPP | OFAC used (b)(5) to protect a pre-decisional draft letter. | This document is fully withheld. Objection Nos. 1-3. |
| 366 | Email | FW: Congressional re Havana Club | 2/26/2016 | 01610-01613 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 367 | Email | Fw bacardi pernod cuban rum issue.msg | 2/26/2016 | 01614-01617 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 368 | Email | RE: Exec Sec CT: New Case: Ros-Lehtinen Wasserman Schultz et al. on Cubaexport OFAC License | 2/26/2016 | 01618-01619 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and an email addressee. | |
| 369 | Email | RE: From Rep Wasserman Schultz | 2/26/2019 | 01620-01622 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee and third party names, email addresses, and phone numbers. (b)(5) was used to protect pre-decisional , deliberative discussions, including opinions; and confidential attorney/client communications. | Objection Nos. 1-2, 6, 7. |
| 370 | Email | RE: Congressional re Havana Club | 2/24/2016 | 01623-01626 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 371 | Email | RE: From Rep Wasserman Schultz | 2/23/2016 | 01627-01628 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee and 3rd party names, email addresses, and phone numbers. (b)(5) was used to protect pre-decisional and deliberative discussions and opinions. | Objection Nos. 1, 2, 7. |
| 372 | Email | FW: From Rep Wasserman Schultz | 2/23/2016 | 01629- | (b)(6) | OFAC used (b)(6) to protect names, including third party names and email addresses. | |
| 373 | Email | Inside U.S. Trade's Daily Report - Legislative Push On Havana Club Dispute Unlikely, Despite New Attention | 2/23/2016 | 01630-01632 | (b)(6) | OFAC used (b)(6) to protect Treasury employee name. | |
| 374 | Email | Cuba Consortium Talking Points | 2/17/2016 | 01633- | (b)(6) | OFAC used (b)(6) to protect employee names, an email address, and a phone number. | |
| 375 | Intra-Agency Draft | Draft_Cuba ConsortiumTalking Points_FINAL_02172016.doc | 2/17/2016 | 01641-01643 | (b)(5)-DPP | OFAC used (b)(5) to protect an internal draft briefing document. | This document is fully withheld. Objection Nos. 1, 3. |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 376 | Email | RE: Congressional re Havana Club | 2/17/2016 | 01644-01648 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, email addresses, and phone numbers. (b)(5) was used to protect pre-decisional and deliberative discussions about how to respond to a Hill letter. | Objection Nos. 2, 7. |
| 377 | Email | RE: Congressional re Havana Club | 2/16/2016 | 01649-01653 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names, email addresses, and phone numbers. (b)(5) was used to protect pre-decisional and deliberative discussions about how to respond to a Hill letter. | Objection Nos. 2, 7. |
| 378 | News Article | BBC - Bacardi and Cuba fight for rights to Havana Club label | 2/16/2016 | 01654- | (b)(6) | OFAC used (b)(6) to protect Treasury employee name. | |
| 379 | News Article | WSJ - Bacardi seeks US reversal on Cuba license to sell rum | 2/16/2016 | 01655- | (b)(6) | OFAC used (b)(6) to protect Treasury employee name. | |
| 380 | Email | RE: Congressional re Havana Club | 2/16/2016 | 01656-01659 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 381 | Email | RE: Congressional re Havana Club | 2/16/2016 | 01660-01663 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 382 | Email | RE: Exec Sec CT: New Case: Ros-Lehtinen Wasserman Schultz et al. on Cubaexport OFAC License | 2/16/2016 | 01664-01665 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and an email addressee. | |
| 383 | Email | Re: Exec Sec CT: New Case: Ros-Lehtinen Wasserman Schultz et al. on Cubaexport OFAC License | 2/16/2016 | 01666-01667 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and an email addresses. (b)(5) was used to protect pre-decisional and deliberative discussions about how to respond to a letter from the Hill. | Objection Nos. 2, 7. |
| 384 | News Article | Fox News Latino - Bacardi's fight for Havana Club followed closely by Cuban expropriated companies | 2/11/2016 | 01668-01670 | (b)(6) | OFAC used (b)(6) to protect a Treasury employee name. | |
| 385 | Email | RE: Request for Reconsideration of CU-2015-323837-1 | 2/11/2016 | 01671-01672 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 386 | Email | RE: Congressional re Havana Club | 2/26/2016 | 01673-01677 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect Treasury employee names and (b)(5) was used to protect pre-decisional and deliberative discussions and opinions about how to respond to a letter from Congress. | Objection Nos. 2, 7. |
| 387 | Email | RE: Request for Reconsideration of CU-2015-323837-1 | 2/11/2016 | 01678- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 388 | Email | RE: Request for Reconsideration of CU-2015-323837-1 | 2/11/2016 | 01679- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 389 | Email | RE: Request for Reconsideration of CU-2015-323837-1 | 2/11/2016 | 01680- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 390 | Email | FW: Bacardi Trademark Letter | 2/11/2016 | 01681- | (b)(6) | OFAC used (b)(6) to protect Treasury employee and 3rd party names. | |
| 391 | Email | Re: Request for Reconsideration of CU-2015-323837-1 | 2/10/2016 | 01682- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 392 | Email | FW: PASSBACK ATTACHED: LRM [MJR-114-146] STATE Oversight Testimony on Confiscated Property in Cuba #1012072988# | 2/10/2016 | 01683- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 393 | Testimony | Testimony of Kurt Tong PASSBACK.DOCX | 2/11/2015 | 01684-01687 | (b)(5)-DPP | DoS used (b)(5) to protect an internal draft of a DoS official's testimony before Congress. The document contains redline edits and comments in the margins. | |
| 394 | Email | FW: Testimony / USPTO, TM in Cuba | 2/10/2016 | 01688- | (b)(6) | OFAC used (b)(6) to protect names. | Objection Nos. 1-3, 7. The justification does not address the (b)(5) redaction applied by USPTO. |
| 395 | | Testimony2-11-16HavanaClub - Submitted to OMB v2.docx | 2/11/2016 | 01690-01692 | (b)(5)-DPP | USPTO used (b)(5) to protect an internal draft briefing document. | This document is fully withheld. Objection Nos. 1, 3. |
| 396 | | Testimony2-11-16HavanaClub - Submitted to OMB v2 - CLEAN.docx | 2/11/2016 | 01693-01694 | (b)(5)-DPP | USPTO used (b)(5) to protect an internal draft briefing document. | This document is fully withheld. Objection Nos. 1, 3. |
| 397 | Email | FW: STATE Oversight Testimony on Confiscated Property in Cuba (DOS-030) | 2/9/2016 | 01695-01696 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 398 | Testimony | Testimony of Kurt Tong OFAC.docx | 2/11/2015 | 01697-1700 | (b)(5)-DPP | DoS used (b)(5) to protect an internal draft of a DoS official's testimony before Congress. The document contains redline edits and comments in the margins. | |
| 399 | Email | RE: COMMERCE Oversight Testimony on Havana Club trademark (DOC-033) | 2/9/2016 | 01701-01702 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and email addresses. | |
| 400 | Email | RE: COMMERCE Oversight Testimony on Havana Club trademark (DOC-033) | 2/9/2016 | 01703-01704 | (b)(6) | OFAC used (b)(6) to protect Treasury names and email addresses. | |

Bacardi's Objections to Defendants' Combined Vaughn Index

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 401 | | Testimony2-11-16HavanaClub - Submitted to OMB OFAC.docx | 2/9/2016 | 01705-01706 | (b)(5)-DPP | USPTO used (b)(5) to protect a internal draft briefing document. | This document is fully withheld. Objection Nos. 1, 3. |
| 402 | Email | RE: COMMERCE Oversight Testimony on Havana Club trademark (DOC-033) | 2/9/2016 | 01707-01708 | (b)(6) | OFAC used (b)(6) to protect Treasury names and email addresses. | |
| 403 | | Testimony2-11-16HavanaClub - Submitted to OMB.DOCX | 2/9/2016 | 01709-01710 | (b)(5)-DPP | USPTO used (b)(5) to protect an internal draft briefing document. | This document is fully withheld. Objection Nos. 1, 3. |
| 404 | Email | FW: Office of Terrorism and Financial Intelligence (TFI) Leglative week ahead 2/8 - 2/12 | 2/8/2016 | 01711-01712 | (b)(6) | OFAC used (b)(6) to protect employee names. | |
| 405 | Email | RE: Havana Club Briefings | 2/3/2016 | 01713- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 406 | Email | RE: Reuters - Bacardi demands U.S. explain giving Havana Club brand to Cuba | 2/3/2016 | 01716-01717 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 407 | Email | RE: Reuters - Bacardi demands U.S. explain giving Havana Club brand to Cuba | 2/2/2016 | 01718-01719 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 408 | Email | Re: Reuters - Bacardi demands U.S. explain giving Havana Club brand to Cuba | 2/2/2016 | 01720-01721 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 409 | Internal Document | U.S. Section 211 Omnibus Appropriations Act of 1998, WT/DS17/AB/R | 2/1/2002 | 01733-01738 | (b)(5)-DPP | OFAC used (b)(5) to protect an internal briefing document analyzing A WTO case. | |
| 410 | Email | FW: PTO and USTR update | 8/25/2003 | 01739-01740 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect names and (b)(5) to protect confidential attorney/client communications by a Treasury attorney regarding the status of a legal matter. | |
| 411 | Email | Tomorrow's meeting on Havana Club | 8/19/2003 | 01741- | (b)(6) | OFAC used (b)(6) to protect employee names and email addresses; DOS used (b)(6) to protect employee Social Security Number and dates of birth. | |
| 412 | Internal Document | CU-184833 Briefing sheet | 9/26/2000 | 01743- | (b)(5)-DPP | OFAC used (b)(5) to protect internal draft briefing document. | This document is fully withheld. Objection Nos. 1, 3. |
| 413 | Cover Sheet | Facsimile to DoS | 10/19/2000 | 01747- | (b)(6) | OFAC used (b)(6) to protect names and a signature. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 414 | Inter-Agency Memorandum | FAC No. C-156877 Transfer of the Havana Club Trademark | 10/19/2000 | 01748- | (b)(5)-DPP | OFAC used (b)(5) to protect an inter agency memorandum concerning pre-decisional recommendations/opinions. | This document is fully withheld. Objection Nos. 1, 2. |
| 415 | Cover Sheet | Request for license retroactively licensing assignments of HAVANA | 5/12/1997 | 01749- | (b)(6) | OFAC used (b)(6) to protect initials. | |
| 416 | Inter-Agency memorandum | FAC No. C-156877 Havana Club Trademark: Status report on our request for foreign Policy guidance | 8/15/2001 | 01750- | (b)(6) | OFAC used (b)(6) to protect initials. | |
| 417 | Inter-Agency memorandum | FAC No. C-156877 Havana Club Trademark: Status report on our request for foreign Policy guidance | 5/19/1997 | 01751-01752 | (b)(5)-DPP | OFAC used (b)(5) to protect an inter agency memorandum concerning pre-decisional and deliberative recommendations/opinions. | This document is fully withheld. Objection Nos. 1, 2. |
| 418 | Intra-Agency Memorandum | Cuban License Request Case No. CU-75835 | 5/15/2006 | 01760-01761 | (b)(5)-DPP | OFAC used (b)(5) to protect a pre-decisional and deliberative inter agency memorandum concerning an OFAC licensing case. | This document is fully withheld. Objection Nos. 1, 2. |
| 419 | Note | Hand written note | 7/16/2012 | 01764- | (b)(5)-DPP | OFAC used (b)(5) to protect handwritten notes and deliberative questions. | This document is fully withheld. Objection Nos. 1, 2. |
| 420 | Email | FVV: Lagarde letter | 1/17/2007 | 01765-01772 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect names, emails addresses, phone numbers, and (b)(5) to protect pre-decisional and deliberative, attorney/client communications. DoS used (b)(5) to protect deliberative, pre-decisional recommendations regarding the content of the draft letter, including recommendations by a DoS attorney that reflect legal analysis. USPTO used (b)(5) to protect pre-decisional and deliberative communications and recommendations by a USPTO attorney that reflect legal analysis. | |
| 421 | Email | RE: Havana Club | 1/19/2016 | 01773- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect names, phone numbers, and (b)(5) to protect attorney/client communications. | |
| 422 | Email | Re: Bacardi/Pernod Cuban Rum Issue | 1/21/2016 | 01774-01775 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect names, and (b)(5) to protect internal deliberative communications and talking points. | Objection Nos. 1, 2, 3, 7. |
| 423 | Trademark | Havana trademark registration (expired) in the US | | 01781- | (b)(5)-DPP | OFAC used (b)(5) to protect deliberative personal handwritten notes. | Objection Nos. 1, 2. |

Bacardi's Objections to Defendants' Combined Vaughn Index

Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)

4834-5442-1443

44

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 424 | A/C Communication | Specific License Request Regarding the "Havana Club" Trademark: | 5/8/2002 | 01782-01786 | (b)(5)-DPP, ACP, AWP | OFAC used (b)(5) to protect a pre-decisional and deliberative draft document prepared by attorneys, analyzing the outcome of a particular course of action by OFAC. The document contains hand written notations. | |
| 425 | Email | RE: Havana Club | 5/15/2002 | 01787-01790 | (b)(5)-DPP, ACP, AWP, (b)(6) | OFAC used (b)(6) to protect names and phone numbers. OFAC, USPTO, and DoS used (b)(5) to protect pre-decisional and deliberative inter-agency communications, including attorney/client communications regarding the preparation of documents in anticipation of litigation. | |
| 426 | Questions and Answers | Havana Club Briefing | 5/14/2002 | 01791-01794 | (b)(5)-DPP | DoS used (b)(5) to protect a predecisional, draft document containing questions and answers on the subject of Havana Club. The document contains redline and handwritten edits and is marked "DRAFT." | This document is fully withheld. Objection Nos. 1-3. |
| 427 | Paper | Analysis Related to Request Regarding the "Havana Club" Trademark: | 5/14/2002 | 01795-01802 | (b)(5)-DPP, ACP, AWP | DoS used (b)(5) to protect a predecisional, draft document that reflects attorney/client communications and was prepared in anticipation of litigation. The document contains redline edits and is marked DRAFT, PRIVILEGED ATTORNEY-CLIENT COMMUNICATION, PREDECISIONAL; DELIBERATIVE. | |
| 428 | Note | Hand written note | | 01803- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect names and (b)(5) was used to protect hand written, pre-decisional and deliberative notes. | This document is fully withheld. Objection Nos. 1, 2, 7. |
| 429 | Paper | Analysis Concerning "Havana Club" Trademark and Related Policy | 3/4/2002 | 01805-01811 | (b)(5)-DPP, ACP, AWP | DoS used (b)(5) to protect a predecisional, draft document drafted by a DoS attorney that reflects attorney/client communications and was prepared in the context of ongoing litigation. The document is marked with DRAFT, PRIVILEGED ATTORNEY-CLIENT COMMUNICATION, and ATTORNEY WORK PRODUCT. | |

4834-5442-1443
Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)
45

Bacardi's Objections to Defendants' Combined Vaughn Index

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 430 | Paper | Analysis Concerning "Havana Club" Trademark and Related Policy | 3/24/2002 | 01812-01819 | (b)(5)-DPP, ACP, AWP | DoS used (b)(5) to protect a predecisional, draft document drafted by a DoS attorney that reflects attorney/client communications and was prepared in the context of ongoing litigation. The document contains redline edits and in-text comments, and is marked with DRAFT, PRIVILEGED ATTORNEY-CLIENT COMMUNICATION, and ATTORNEY WORK PRODUCT. | |
| 431 | Paper | Analysis Concerning "Havana Club" Trademark and Related Policy | 3/24/2002 | 01820-01827 | (b)(5)-DPP, ACP, AWP | DoS used (b)(5) to protect a predecisional draft document drafted by a DoS attorney that reflects attorney/client communications and was prepared in the context of ongoing litigation. The document contains redline and handwritten edits, as well as in-text comments, and is marked with DRAFT, PRIVILEGED ATTORNEY-CLIENT COMMUNICATION, and ATTORNEY WORK PRODUCT. | |
| 432 | Email | FW: Significant Recent Events | 3/19/2002 | 01828-01830 | (b)(5)-DPP | OFAC used (b)(5) to protect pre-decisional and deliberative, hand written notes. | |
| 433 | Paper | Analysis Concerning "Havana Club" Trademark and Related Policy | 2/13/2002 | 01853-01856 | (b)(5)-DPP, ACP, AWP | DoS used (b)(5) to protect a predecisional, draft document drafted by a DoS attorney that reflects attorney/client communications and was prepared in the context of ongoing litigation. The document contains handwritten notes and in-text comments, and is marked with DRAFT, PRIVILEGED ATTORNEY-CLIENT COMMUNICATION, and ATTORNEY WORK PRODUCT. | |
| 434 | Intra-Agency Memorandum | Havana Club Materials | 4/3/2002 | 01857- | (b)(6) | OFAC used (b)(6) to protect initials. | |
| 435 | Intra-Agency Memorandum | Report of the WTO Appellate Body in the Havana Club Dispute | 4/3/2002 | 01860-01861 | (b)(5)-DPP, ACP, AWP | OFAC used (b)(5) to protect a predecisional and deliberative legal analysis memorandum prepared by a Treasury attorney containing attorney/client communications and attorney work product. | This document is fully withheld. Objection Nos. 2, 4-6. |
| 436 | Correspondence | Verner, Liipeert Bernhard, McPherson and Hand Re: Bacardi/Havana Club trademark | 7/30/1999 | 01909-01910 | (b)(6) | OFAC used (b)(6) to protect 3rd party names and initials. | |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 437 | Briefing | DOS Briefing on Havana Club/Bacardi matter | 2/7/2005 | 01920-01921 | (b)(5)-DPP | OFAC used (b)(5) to protect pre-decisional internal opinions and deliberations. | Objection No. 2. |
| 438 | Email | Meeting Request | 5/9/2006 | 01922- | (b)(6) | OFAC used (b)(6) to protect 3rd party names, email addresses, and phone numbers. | |
| 439 | Briefing | Cuba- Havana Club Issue | | 01927- | (b)(5)-DPP | OFAC used (b)(5) to protect internal opinions and deliberations in a briefing paper. | Objection No. 2. |
| 440 | Briefing | Havana Club Trademark Litigation | | 01940-01944 | (b)(5)-DPP | OFAC used (b)(5) to protect an internal briefing document/talking points. | This document is fully withheld. Objection Nos. 1, 2, 3. |
| 441 | Memorandum | Memorandum for Deputy Sec. Eizenstat | | 01945-01946 | (b)(5)-DPP | OFAC used (b)(5) to protect an internal briefing document from Treasury's General Counsel. | |
| 442 | Email | Havana Club matter | 5/16/2000 | 01954- | (b)(6) | OFAC used (b)(6) to protect employee names. | |
| 443 | Memorandum | FAC No. C-178140 Intra Agency memorandum regarding Dep. Sec. Eizenstat's response to a letter from Mr, Hans Beseler | | 01956- | (b)(6) | OFAC used (b)(6) to protect employee names. | |
| 444 | Memorandum | Draft memorandum to Dep. Sec. Eizenstat | | 01957-01960 | (b)(5)-DPP | OFAC used (b)(5) to protect a predecisional draft memorandum. | This document is fully withheld. Objection Nos. 1, 2. |
| 445 | Correspondence | Draft letter to Hans Beseler | | 01961- | (b)(5)-DPP | OFAC used (b)(5) to protect a predecisional draft letter. | This document is fully withheld. Objection Nos. 1, 2. |
| 446 | Internal Document | Internal Opinion Document | | 01970-01971 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect signatures and (b)(5) to protect an internal briefing document. | This document is fully withheld. Objection Nos. 1, 3. |
| 447 | Email | Set Up--Congressman Peter Deutsch, May 19, 2000 - Forwarded | 5/16/2000 | 01972- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect signatures and (b)(5) to protect an internal opinion. | Objection Nos. 1, 2, 7. |
| 448 | Email | Bacardi Trademark -Reply - Reply - Reply | 5/16/2000 | 01973- | (b)(6) | OFAC used (b)(6) to protect employee names. | |
| 449 | Meeting Memorandum | Legislative Affairs meeting Congressman | 5/15/2000 | 01974- | (b)(6) | OFAC used (b)(6) to protect employee and 3rd party names and phone numbers. | |
| 450 | Memorandum | Memorandum for Deputy Sec. Eizenstat regarding 2nd Circuit Decision in Havana Club | 2/10/2000 | 01975-01977 | (b)(5)-DPP | OFAC used (b)(5) to protect a predecisional draft briefing memorandum from Treasury's General Counsel. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 451 | Memorandum | Memorandum for OFAC Staff and OCC regarding records relating to the Havana Club licensing matter | 11/9/2006 | 01978- | (b)(6) | OFAC used (b)(6) to protect name, initials, and phone numbers. | |
| 452 | Note | Hand written note | 5/9/1997 | 01979- | (b)(5)-DPP | OFAC used (b)(5) to protect handwritten deliberative notes. | This document is fully withheld. Objection Nos. 1, 2. |
| 453 | Memorandum | Briefing Memorandum | 11/1/2000 | 01981-01982 | (b)(5)-DPP, PCP | OFAC used (b)(5) to protect a pre-decisional and deliberative briefing memorandum. PCP was also applied with respect to White House communications. | This document is fully withheld. Objection Nos. 1, 2, 9. |
| 454 | License Application | Application for specific License in connection with Havana Club Holding, S.A. v. Galleon, S.A., No. 96 Civ. 9655 (S.D.N.Y.) and 99-7582 (2d Cir.) | 3/17/2000 | 01983-01986 | (b)(6) | OFAC used (b)(6) to protect employee and 3rd party names, signatures, email addresses, and phone numbers. | |
| 455 | License | License No. C-19317 (Travel License) | 3/17/2000 | 01988- | (b)(6) | OFAC used (b)(6) to protect an employee signature and initials. | |
| 456 | Correspondence | Letter from the European Union (EU) to DOS regarding problems faced by Pernod Ricard | 11/11/1998 | 01989-01990 | (b)(6) | OFAC used (b)(6) to protect employee and 3rd party names, initials, and signatures. | |
| 457 | Facsimile with Cable | Facsimile with cable regarding "Havana Club" trademark | 5/22/1997 | 01993-01994 | (b)(5)-DPP | DoS used (b)(5) to protect a draft cable that includes a handwritten note concerning the clearance process, as well as handwritten edits. | This document is fully withheld. Objection Nos. 1, 3. |
| 458 | Correspondence | Correspondence cover sheet | 5/14/1997 | 01996 | (b)(6) | OFAC used (b)(6) to protect employee initials. | |
| 459 | Correspondence | Correspondence and briefing materials | 10/23/2000 | 01997-02001 | (b)(5)-DPP, PCP | OFAC used (b)(5) to protect an internal briefing document with opinions/recommendations, and pre-decisional and deliberative back-and-forth, including hand written notations. The PCP was applied with respect to communications with the White House. | This document is fully withheld. Objection Nos. 1, 2, 9. |
| 460 | Inter-Agency Memorandum | Memorandum from DoS to OFAC regarding Cubaexport | 12/21/2015 | 02002-02005 | (b)(5)-DPP | DoS used (b)(5) to protect an inter-agency memorandum concerning a pre-decisional recommendation by DoS regarding a potential action under consideration by OFAC. | This document is fully withheld. Objection Nos. 1, 2. |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 461 | Email | RE: Debevoise-Havana Club: Application Nos. CU-2013- 303599-1, CU-2013-303598-1, CU-2013-303382-1 | 10/10/2013 | 02006-02007 | (b)(6) | OFAC used (b)(6) to protect Treasury employee and 3rd party names and phone numbers | |
| 462 | Email | RE: Empresa Cubana Exportadora de Alimentos y Productos and Havana Club Holdings, S.A. | 12/2/2013 | 02008- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect names and (b)(5) to protect attorney/client communications and pre-decisional and deliberative communications regarding an OFAC licensing case. | |
| 463 | Email | RE: Havana Club | 8/25/2012 | 02009- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 464 | Email | RE: OFAC letter to USPTO Commissioner | 8/31/2012 | 02010-02011 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names and phone numbers. | |
| 465 | Email | RE: OFAC letter to USPTO | 11/30/2012 | 02012-02013 | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 466 | Email | RE: RE: CU-2012-296443-1 Debevoise (Cuba export) | 10/18/2012 | 02014- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names. | |
| 467 | Email | RE: RE: Debevoise license renewal regarding Cubaexport and Havana Club | 8/13/2013 | 02015- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names and (b)(5) to protect predecisional conversations about how to respond to license applications. | |
| 468 | Email | RE: Urgent Action Required: France Business Leader Roundtable | 12/30/2013 | 02016-02019 | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, phone numbers, and (b)(5) to protect attorney/client communications, including advice regarding a briefer, and pre-decisional and deliberative discussions regarding the contents of briefing materials. | |
| 469 | Briefing Paper | Hearing re: Confiscated Property in Cuba, Havana Club, and Other Property House Judiciary Committee | 2/11/2016 | 02020-02026 | (b)(5)-DPP | DoS used (b)(5) to protect hypothetical, anticipated questions from Congress and proposed answers for potential use by DoS employees engaging with Congress on a sensitive matter. | Objection No. 3. |
| 470 | Diplomatic Note | Communication from the Government of the Republic of Cuba | 12/20/2012 | 02028-02029 | (b)(1) | DoS used (b)(1) to withhold a communication from the Government of Cuba, which was received in confidence. This withheld information, which was classified in accordance with E.O. 13526 section 1.7(d), is currently and properly classified as CONFIDENTIAL pursuant to E.O. 13526 sections 1.4(b) and (d). | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 471 | Correspondence | Re: Havana Club Holding, S.A. and Havana Club International, S.A. v. Galleon SA., et. al., No. 96-9655 (SAS) | 10/1/1997 | 02036-02037 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature. | |
| 472 | Correspondence | Havana Club Holding, S.A. v. Galleon S.A., Civ. No. 96-9655 (SAS) | 5/8/1997 | 02038-02042 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature. | |
| 473 | Intra-Agency Memorandum | Draft Intra-Agency Memorandum regarding Status of Havana Club Trademark Case | | 02076-02079 | (b)(5)-DPP | OFAC used (b)(5) to protect a predecisional draft briefing memorandum with hand written notes. | This document is fully withheld. Objection Nos. 1, 2. |
| 474 | Internal Document | Background notes regarding Havana Club Trademark | | 02080-02083 | (b)(5)-DPP | OFAC used (b)(5) to protect a predecisional and deliberative briefing document. | This document is fully withheld. Objection Nos. 1, 2. |
| 475 | Internal Note | Hand written note | | 02084- | (b)(5)-DPP | OFAC used (b)(5) to protect hand written notes with deliberative information. | This document is fully withheld. Objection Nos. 1, 2. |
| 476 | Non-Responsive | Non-Responsive | | 02085-02086 | | Non-Responsive | |
| 477 | License Database Screenshot | Internal License Application database copy | 11/10/2015 | 02087-02088 | (b)(6) | OFAC used (b)(6) to protect 3rd party names, email addresses, and fax and phone numbers. | |
| 478 | Receipt | FedEx USA Airbill from Fish and Neave to OFAC Licensing | 12/13/2005 | 02089- | (b)(6) | OFAC used (b)(6) to protect an employee and a 3rd party name. | |
| 479 | License Database Screenshot | Edit Mail - CU-268932 | 12/1/2009 | 02090-02092 | (b)(6) | OFAC used (b)(6) to protect employee and 3rd party names. | |
| 480 | Inter-Agency Memorandum | Fax from OFAC Chief Counsel's Office and untitled attachment | 12/17/1998 and 12/16/1998 | 02093-02094 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect 3rd party names and phone numbers. DoS used (b)(5) to protect a deliberative draft document containing handwritten edits to background information being prepared to inform a foreign policy decision. | |
| 481 | Intra-Agency Draft | Internal Intra Agency draft regarding Havana Club trademark | 11/18/1997 | 02095-2100 | (b)(5)-DPP | Treasury used (b)(5) to protect a pre-decisional and deliberative draft document that includes talking points | This document is fully withheld. Objection Nos. 1-3. |
| 482 | Email | RE Press points for Havana Club | 7/27/2006 | 2101- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names and (b)(5) to protect deliberative opinions about draft talking points, and attorney/client privileged advice from a Treasury lawyer. | |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)
4834-5442-1443
50

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 483 | Correspondence | Draft response letter to Ropes and Gray's April 7, 2006 letter. | | 2102- | (b)(5)-DPP | OFAC used (b)(5) to protect a pre-decisional and deliberative draft document that includes edits. | This document is fully withheld. Objection Nos. 1, 2. |
| 484 | Facsimile | Ropes & Gray letter to OFAC Licensing addressing 12/13/2005 letter to PTO | 12/13/2005 | 02119-02121 | (b)(6) | OFAC used (b)(6) to protect 3rd party signature. | |
| 485 | Inter-Agency Memorandum | Memorandum from OFAC to DoS regarding License request (Case No. CU-75835 | 5/15/2006 | 02124-02125 | (b)(5)-DPP | OFAC used (b)(5) to protect a pre-decisional and deliberative internal memorandum prepared as part of OFAC decision making process. | This document is fully withheld. Objection Nos. 1, 2. |
| 486 | Clearance Sheet | Clearance sheet for Case No/ CU-77349 and CT-11084 | 3/27/2008 | 02126- | (b)(6) | OFAC used (b)(6) to protect employee names, initials, and phone numbers | |
| 487 | Inter-Agency Memorandum | Memorandum from DoS to OFAC regarding CU-77349 Ropes and Gray LLP | 3/14/2008 | 02127- | (b)(5)-DPP | DoS used (b)(5) to protect an inter-agency memorandum concerning a pre-decisional recommendation by DoS regarding a potential action under consideration by OFAC. | This document is fully withheld. Objection Nos. 1, 2. |
| 488 | Intra-Agency Memorandum | Memorandum from OFAC to Office of Industrial Nations and Global Analyses regarding background material for Havana Club Trademark | 5/15/1997 | 02128-02129 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 489 | Intra-Agency Memorandum | Internal Memorandum regarding DoS Guidance | 10/21/1998 | 02130- | (b)(5)-DPP | Treasury used (b)(5) to protect predecisional opinions and recommendations. | This document is fully withheld. Objection Nos. 1, 2. |
| 490 | Intra-Agency Memorandum | Draft Internal Memorandum regarding background information for a meeting | | 02131- | (b)(5)-DPP | OFAC used (b)(5) to protect a deliberative draft briefing memo | This document is fully withheld. Objection Nos. 1, 2. |
| 491 | Intra-Agency Memorandum | Draft Internal Memorandum from Under Sec. for Enforcement to Sec. Rubin | | 02132-02134 | (b)(5)-DPP | OFAC used (b)(5) to protect a pre-decisional and deliberative draft briefing memorandum | This document is fully withheld. Objection Nos. 1-3. |
| 492 | Intra-Agency Memorandum | Draft Internal Memorandum from Under Sec. for Enforcement to Sec. Rubin | | 02135-02137 | (b)(5)-DPP | OFAC used (b)(5) to protect a pre-decisional and deliberative draft briefing memorandum with hand written edits. | This document is fully withheld. Objection Nos. 1-3. |
| 493 | Intra-Agency Memorandum | Memorandum for James Under Sec, Enforcement from OFAC Director. | 10/8/1998 | 02138- | (b)(5)-DPP | OFAC used (b)(5) to protect hand written deliberative notes and opinions. | |
| 494 | Clearance Sheet | Clearance Sheet from Under Sec. of Enforcement | 10/7/1998 | 02139- | (b)(6) | OFAC used (b)(6) to protect employee names, initials, and phone numbers | |

Bacardi's Objections to Defendants' Combined Vaughn Index

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 495 | Clearance Sheet | Clearance sheet for FAC No. C166143 Sec. Rubins Response to Sir Leon Brittan | 10/7/1998 | 02140- | (b)(6) | OFAC used (b)(6) to protect employee names and initials. | |
| 496 | Intra-Agency Memorandum | Memorandum from OFAC to the Under Sec. of Enforcement in response to Sir Brittans letter | 10/8/1998 | 02141- | (b)(5)-DPP | Treasury used (b)(5) to protect predecisional opinions and recommendations. | This document is fully withheld. Objection Nos. 1, 2. |
| 497 | Intra-Agency Memorandum | Memorandum from Under Sec. of Enforcement to Sec. Johnson in response to Sir Brittans letter | 10/19/1998 | 02142-02143 | (b)(5)-DPP | Treasury used (b)(5) to protect predecisional opinions and recommendations in a briefing memorandum. | This document is fully withheld. Objection Nos. 1, 2. |
| 498 | Correspondence | Draft Letter to Sir Leon Brittan | | 02144- | (b)(5)-DPP | Treasury used (b)(5) to protect predecisional draft correspondence. | This document is fully withheld. Objection Nos. 1-3. |
| 499 | Inter-Agency Memorandum | Draft Memorandum from OFAC to the Under Secretary of Enforcement 1999-se-011829 | | 02148-02152 | (b)(5)-DPP | Treasury used (b)(5) to protect predecisional opinions and recommendations. | This document is fully withheld. Objection Nos. 1, 2. |
| 500 | Correspondence | Draft Letter to The European Commission from Under Secretary Eizenstat. | | 02153- | (b)(5)-DPP | Treasury used (b)(5) to protect predecisional draft correspondence. | This document is fully withheld. Objection Nos. 1-3. |
| 501 | Intra-Agency Memorandum | Memorandum from OFAC to Under Secretary for Enforcement | 6/17/1997 | 02154- | (b)(5)-DPP | Treasury used (b)(5) to protect predecisional opinions and recommendations in briefing materials. | This document is fully withheld. Objection Nos. 1, 2. |
| 502 | Intra-Agency Memorandum | Draft Memorandum from Sec. Rubin to Under Sec. of Kelly regarding discussions with Sir Leon Brittan. | | 02155-02157 | (b)(5)-DPP | Treasury used (b)(5) to protect a predecisional and deliberative briefing memorandum. | This document is fully withheld. Objection Nos. 1, 2. |
| 503 | Inter-Agency Memorandum | Memorandum from OFAC to Department of State regarding Transfer of a Cuban Trademark | 4/10/1997 | 02159-02160 | (b)(5)-DPP | OFAC used (b)(5) to protect opinions and recommendations, in a pre-decisional and deliberative memorandum seeking State input on an OFAC issue, which is part of OFAC's decision-making process. | |
| 504 | Inter-Agency Memorandum | Memorandum from Department of State to OFAC regarding Transfer of a Cuban Trademark | 4/14/1997 | 02161- | (b)(5)-DPP | DoS used (b)(5) to protect an inter-agency memorandum concerning a pre-decisional recommendation by DoS regarding a potential action under consideration by OFAC. | |
| 505 | Cover Sheet | OFAC Facsimile Transmittal Cover Sheet to Department of State from OFAC licensing | 5/9/1997 | 02165- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect 3rd party names, and (b)(5) to protect pre-decisional and deliberative comments made to State. | |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)
4834-5442-1443                                                                                                52

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 506 | Inter-Agency Memorandum | Background: Havana Club Trademark Issue | 5/9/1997 | 02166- | (b)(5)-DPP | OFAC used (b)(5) to protect a predecisional and deliberative briefing paper. | This document is fully withheld. Objection Nos. 1, 2. |
| 507 | Intra-Agency Memorandum | Memorandum from Director of OFAC to the Treasury Under Secretary for Enforcement regarding EU response | 5/15/1997 | 02167- | (b)(5)-DPP | Treasury used (b)(5) to protect predecisional opinions. | This document is fully withheld. Objection Nos. 1, 2. |
| 508 | Intra-Agency Memorandum | Draft Memorandum from Under Sec. for Enforcement to Secretary Rubin regarding response to Leon Brittan of the E.U. | 5/15/1997 | 02168-02169 | (b)(5)-DPP | Treasury used (b)(5) to protect predecisional opinions and recommendations in a briefing memorandum. | This document is fully withheld. Objection Nos. 1, 2. |
| 509 | Correspondence | Draft Letter to Leon Brittan regarding E.U response. | 5/15/1997 | 02170- | (b)(5)-DPP | Treasury used (b)(5) to protect a predecisional draft letter. | This document is fully withheld. Objection Nos. 1-3. |
| 510 | Correspondence | Draft Letter to Leon Brittan regarding E.U response. | 5/9/1997 | 02171- | (b)(5)-DPP | Treasury used (b)(5) to protect a predecisional draft letter with hand written edits. | This document is fully withheld. Objection Nos. 1-3. |
| 511 | Facsimile Coversheet | Fax Transmission cover sheet from DoS Office of Cuban Affairs to the OFAC Licensing Office regarding Draft E.U. Letter | 5/11/1997 | 02173- | (b)(5)-DPP | DoS used (b)(5) to protect DoS's predecisional, recommended edits to a draft letter to the EU being prepared by OFAC. | |
| 512 | Inter-Agency Memorandum | Memorandum from OFAC to DoS regarding Cuba License Request to Retroactively Authorize Trademark Assignments | 8/26/1997 | 02174- | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 513 | Email | Re: Meeting concerning Havana Club Trademark Registration | 7/18/2013 | 02175-02176 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect pre-decisional and deliberative discussions and processes. | |
| 514 | Internal Document | Attorney Work product regarding Havana Club Trademark | 1/24/2006 | 02188- | (b)(5)-DPP, ACP, AWP | OFAC used (b)(5) to protect Attorney Work Product and hand written notations on a pre-decisional and deliberative briefing document containing recommendations, prepared by a Treasury attorney. | |
| 515 | Intra-Agency Memorandum | Draft Memorandum from OFAC to Sec. Snow regarding Section 211 of the Omnibus Appropriations Act of 1998 | | 02189-02191 | (b)(5)-DPP, ACP, AWP | OFAC used (b)(5) to protect a pre-decisional and deliberative draft document prepared by a Treasury attorney, containing recommendations and legal analysis. | This document is fully withheld. Objection Nos. 1-3, 6. |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)          53

4834-5442-1443

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 516 | Internal Document | Abridged Background of the Havana Club Matter through June 20, 2006 | | 02196-02199 | (b)(5)-DPP | OFAC used (b)(5) to protect a deliberative briefing document. | This document is fully withheld. Objection Nos. 1, 2. |
| 517 | Intra-Agency Memorandum | Memorandum from an Attorney Advisor to Acting Chief Counsel for OFAC | | 02200- | (b)(5)-DPP, ACP | OFAC used (b)(5) to protect internal attorney/client communications and deliberations regarding pending litigation matters. | This document is fully withheld. Objection Nos. 4, 5. |
| 518 | Intra-Agency Memorandum | Memorandum to the File (Fac. Nos. CU-77349, CT-11084 | 2/22/2008 | 02209-02213 | (b)(5)-DPP, ACP, AWP | OFAC used (b)(5) to protect an internal draft memorandum containing legal analysis and Attorney Work Product. | |
| 519 | Inter-Agency Memorandum | Memorandum from DoS to OFAC regarding Application from Rabinowitz, Boudin, Standard, Krinsky& Lieberman pertaining to CU-74550 | 6/9/2005 | 02214- | (b)(5)-DPP | DoS used (b)(5) to protect an inter-agency memorandum concerning a pre-decisional recommendation by DoS regarding a potential action under consideration by OFAC. | |
| 520 | Inter-Agency Memorandum | Memorandum from OFAC to DoS regarding Cuban License Request CU-74550 | 4/8/2005 | 02215- | (b)(5)-DPP | OFAC used (b)(5) to protect predecisional and deliberative recommendations and opinions and consultations that are part of OFAC's decision-making process. | |
| 521 | Correspondence | Draft letter from Legislative Affairs to Representative Berman | | 02216- | (b)(5)-DPP | Treasury used (b)(5) to protect a draft letter. | This document is fully withheld. Objection Nos. 1-3. |
| 522 | Internal Document | Discussion sheet pertaining to Havana Club Trademark Litigation and World Trade Organization (WTO) consultation on Section 211 | | 02217-02218 | (b)(5)-DPP | OFAC used (b)(5) to protect a predecisional and deliberative briefing document containing recommendations and opinions. | This document is fully withheld. Objection Nos. 1, 2. |
| 523 | Intra-Agency Memorandum | Memorandum from Asst. Sec. of Enforcement to the Chief of Staff regarding the Cuban Embargo | | 02219-02220 | (b)(5)-DPP | Treasury used (b)(5) to protect on internal briefing memorandum containing opinions and recommendations. | This document is fully withheld. Objection Nos. 1, 2. |
| 524 | Inter-Agency Memorandum | Draft Memorandum from General Counsel to DoS Secretary Eizenstat regarding 2nd Circuit Decision in Havana Club | | 02221-02222 | (b)(5)-DPP, ACP | Treasury used (b)(5) to protect internal briefing memorandum containing attorney/client communications. | This document is fully withheld. Objection No. 6. |
| 525 | Inter-Agency Memorandum | Draft Memorandum from General Counsel to DoS Secretary Eizenstat regarding 2nd Circuit Decision in Havana Club | | 02223-02224 | (b)(5)-DPP, ACP | Treasury used (b)(5) to protect internal briefing memorandum containing attorney/client communications. | This document is fully withheld. Objection No. 6. |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 526 | Internal Document | Discussion sheet pertaining to Havana Club Issue | | 02225- | (b)(5)-DPP | OFAC used (b)(5) to protect deliberative recommendations and opinions in a briefing document. | Objection Nos. 1, 2. |
| 527 | Internal Document | Draft Discussion sheet regarding the Havana Club Trademark | 1/24/2006 | 02226-02227 | (b)(5)-DPP, ACP, AWP | OFAC used (b)(5) to protect a deliberative draft document that includes legal analysis and recommendations by a Treasury attorney. | This document is fully withheld. Objection Nos. 4-6. |
| 528 | Internal Document | Internal Discussion regarding status of Havana Club Matter | 9/7/2000 | 02228- | (b)(5)-DPP, ACP, AWP | OFAC used (b)(5) to protect internal briefing materials, attorney client communications and Attorney Work Product. | This document is fully withheld. Objection Nos. 4-6. |
| 529 | Inter-Agency Memorandum | Draft Memorandum from Under Sec. of ENF to Deputy Sec. Eizenstat | | 02229- | (b)(5)-DPP | Treasury used (b)(5) to protect a deliberative draft briefing memorandum. | This document is fully withheld. Objection Nos. 1-3. |
| 530 | Inter-Agency Memorandum | Draft Memorandum regarding the status of the Havana Club Trademark Dispute | | 02230-02231 | (b)(5)-DPP | Treasury used (b)(5) to protect a deliberative draft briefing document. | This document is fully withheld. Objection Nos. 1-3. |
| 531 | Inter-Agency Memorandum | Draft Memorandum from Under Sec. of ENF to Deputy Sec. Eizenstat | | 02232- | (b)(5)-DPP | Treasury used (b)(5) to protect a deliberative draft briefing memorandum. | This document is fully withheld. Objection Nos. 1-3. |
| 532 | Inter-Agency Memorandum | Draft Memorandum regarding the status of the Havana Club Trademark Dispute | | 02233-02234 | (b)(5)-DPP | Treasury used (b)(5) to protect a deliberative draft briefing document. | This document is fully withheld. Objection Nos. 1-3. |
| 533 | Internal Document | Draft Discussion sheet regarding the Havana Club Trademark | 1/24/2006 | 02235-02236 | (b)(5)-DPP, ACP, AWP | OFAC used (b)(5) to protect a deliberative draft document that includes legal analysis and recommendations by a Treasury attorney. | |
| 534 | Internal Document | Internal Handwritten Notes | 5/9/1997 | 02239- | (b)(5)-DPP | OFAC used (b)(5) to protect deliberative handwritten notes. | This document is fully withheld. Objection Nos. 1, 2. |
| 535 | Intra-Agency Memorandum | Memorandum to Director Newcomb regarding Havana Rum Trademark | 3/20/1997 | 02240-02242 | (b)(5)-DPP | OFAC used (b)(5) to protect a pre-decisional and deliberative analysis memo containing recommendations about decision making on an OFAC Licensing matter. | |
| 536 | Internal Document | Internal Discussion paper | | 02243-02249 | (b)(5)-DPP | OFAC used (b)(5) to protect a pre-decisional and deliberative briefing document containing opinions and recommendations, and laying out options for how to move forward on a regulatory interpretation question. | |

Bacardi's Objections to Defendants' Combined Vaughn Index

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 537 | Intra-Agency Memorandum | Memorandum for OFAC Staff and OCC regarding records relating to the Havana Club licensing matter | 11/9/2006 | 02250- | (b)(6) | OFAC used (b)(6) to protect Treasury employee names, initials, and phone numbers | |
| 538 | Inter-Agency Memorandum | Draft Memorandum from OFAC to DoS regarding Cuba Lic. Request to retroactively authorize Trademark Assignments | | 02252-02253 | (b)(5)-DPP | OFAC used (b)(5) to protect a pre-decisional and deliberative draft document containing hand written edits. | This document is fully withheld. Objection Nos. 1-3. |
| 539 | Internal Document | Hand written note | | 02254-02257 | (b)(5)-DPP | OFAC used (b)(5) to protect handwritten deliberative notes. | This document is fully withheld. Objection Nos. 1, 2. |
| 540 | Email | Re: Havana Club Trademark | 10/14/1997 | 02258- | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect names, and (b)(5) to protect pre-decisional and deliberative discussions regarding a license application. | |
| 541 | Email | Re: Havana Club Trademark - Forwarded | 10/14/1997 | 02259- | (b)(5)-DPP, ACP, (b)(6) | OFAC used (b)(6) to protect employee names, and (b)(5) to protect pre-decisional and deliberative discussions and attorney communications and legal analysis. | |
| 542 | Intra-Agency Memorandum | Memorandum from OFAC to the Under Sec. of Enforcement in regards to weekly significant activities report | 5/14/1999 | 02260-02267 | (b)(5)-DPP | OFAC used (b)(5) to protect a deliberative briefing memorandum. | Objection Nos. 1, 2. |
| 543 | Clearance Sheet | Clearance sheet for Memo for letter from members of Senate and house regarding the Cuban Embargo. | 6/30/1997 | 02268- | (b)(6) | OFAC used (b)(6) to protect employee names, initials, and phone numbers | |
| 544 | Intra-Agency Memorandum | Memorandum from OFAC to Under Sec. for Enforcement regarding a response to letters from members of the Senate and the House | 6/27/1997 | 02269- | (b)(5)-DPP | Treasury used (b)(5) to protect an internal briefing memorandum. | |
| 545 | Intra-Agency Memorandum | Draft Memorandum from Under Sec. of Enforcement to Sec. Rubin regarding a response correspondence from members of the Senate and congress | | 02270-02271 | (b)(5)-DPP | Treasury used (b)(5) to protect on internal briefing memorandum containing recommendations. | |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)
4834-5442-1443
56

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 546 | Correspondence | Draft letter to U.S. Senate regarding blocked Cuban trademark | | 02272- | (b)(5)-DPP | Treasury used (b)(5) to protect a draft letter. | This document is fully withheld. Objection Nos. 1, 3. |
| 547 | Correspondence | Draft letter to U.S. House of Representatives regarding blocked Cuban trademark | | 02273- | (b)(5)-DPP | Treasury used (b)(5) to protect a draft letter. | This document is fully withheld. Objection Nos. 1, 3. |
| 548 | Correspondence | Draft letter to U.S. House of Representatives regarding blocked Cuban trademark | | 02274- | (b)(5)-DPP | Treasury used (b)(5) to protect a draft letter. | This document is fully withheld. Objection Nos. 1, 3. |
| 549 | Correspondence | Draft letter to U.S. House of Representatives regarding blocked Cuban trademark | | 02275- | (b)(5)-DPP | Treasury used (b)(5) to protect a draft letter. | This document is fully withheld. Objection Nos. 1, 3. |
| 550 | Correspondence | Draft letter to U.S. House of Representatives regarding blocked Cuban trademark | | 02276- | (b)(5)-DPP | Treasury used (b)(5) to protect a draft letter. | This document is fully withheld. Objection Nos. 1, 3. |
| 551 | Correspondence | Draft letter to U.S. Senate regarding blocked Cuban trademark | | 02277- | (b)(5)-DPP | Treasury used (b)(5) to protect a draft letter. | This document is fully withheld. Objection Nos. 1, 3. |
| 552 | Correspondence | Draft letter to U.S. House of Representatives regarding blocked Cuban trademark | | 02278- | (b)(5)-DPP | Treasury used (b)(5) to protect a draft letter. | This document is fully withheld. Objection Nos. 1, 3. |
| 553 | Correspondence | Draft letter to U.S. Senate regarding blocked Cuban trademark | | 02279- | (b)(5)-DPP | Treasury used (b)(5) to protect a draft letter. | This document is fully withheld. Objection Nos. 1, 3. |
| 554 | Correspondence | Draft letter to U.S. Senate regarding blocked Cuban trademark | | 02280- | (b)(5)-DPP | Treasury used (b)(5) to protect a draft letter. | This document is fully withheld. Objection Nos. 1, 3. |
| 555 | Letter | Letter from U.S. Senate regarding the Havana Club trademark | | 02281-02282 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature | |
| 556 | Letter | Letter from U.S. House of Representatives regarding the Havana Club trademark | | 02283-02288 | (b)(6) | OFAC used (b)(6) to protect employee and 3rd party names, signatures, and initials. | |
| 557 | Tracking Sheet | USPTO Cancellation Prosecution History | 10/22/1996 | 02332-02335 | (b)(5)-DPP | USPTO used (b)(5) to protect handwritten deliberations. | |
| 558 | Briefing | Eizenstat-Brittan Interim Briefing sheet | 6/18/1997 | 02336-02341 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names and (b)(5) to protect pre-decisional and deliberative talking points and briefing papers. | Objection Nos. 1, 2, 7. |
| 559 | Contact Sheet | Phone list of individuals working on Havana Club Case | 6/26/1997 | 02342- | (b)(6) | OFAC used (b)(6) to protect agency employee names and phone numbers. | Objection No. 7. |
| 560 | Email | FW: USPTO response to OFAC | 10/5/2012 | 02343-02344 | (b)(6) | OFAC used (b)(6) to protect employee and 3rd party names, email addresses. | |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)
4834-5442-1443
57

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 561 | Correspondence | Ropes & Gray letter in regards to Petition To Director- Registration No. 1,031.651 | 10/4/2006 | 02345- | (b)(6) | OFAC used (b)(6) to protect 3rd party signature and initials. | |
| 562 | Correspondence | CubaExports Memorandum of law in support of its petition pursuant to 37 C.F.R. § 2.146(a) | 10/4/2006 | 02346-02353 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature. | |
| 563 | Email | Referral of Case No. CU-77349 - Ropes & Gray Trademark Request | 3/3/2008 | 02354-02355 | (b)(5)-DPP, (b)(6) | OFAC used (b)(6) to protect employee names and (b)(5) to protect a pre-decisional and deliberative request for guidance that is part of OFAC's decision-making process. | Objection Nos. 1, 2, 7. |
| 564 | Email | FYI - a new Ropes & Gray request related to Cubaexport/renewal of license | 10/6/2009 | 02356- | (b)(6) | OFAC used (b)(6) to protect employee names. | |
| 565 | Correspondence | Ropes & Gray letter regarding renewal Application for specific License No. CT-12970 in connection with the representation of Cubaexport | 10/2/2009 | 02357-02358 | (b)(6) | OFAC used (b)(6) to protect employee names, a 3rd party signature, and initials | Objection No. 7. |
| 566 | License | Ropes & Gray LLP License No. CT-12970 | 12/31/2008 | 02359-02360 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 567 | License | Ropes & Gray LLP License No. CU-75745 | 4/10/2006 | 02361-02362 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 568 | License | Ropes & Gray LLP License No. CU-75745-a | 7/9/2007 | 02363-02364 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 569 | License | Ropes & Gray LLP License No. CU-75745-b | 7/30/2009 | 02365-02366 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 570 | License | Ropes & Gray LLP License No. CU-81766 | 8/16/2011 | 02367-02369 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 571 | License | Ropes & Gray LLP License No. CU-81766 | 12/18/2007 | 02370-02371 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 572 | License | Ropes & Gray LLP License No. CU-79145 | 12/2/2009 | 02372-02373 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 573 | Correspondence | Ropes & Gray letter to OFAC Licensing Division | 1/26/2005 | 02374-02375 | (b)(6) | OFAC used (b)(6) to protect employee and 3rd party names, phone numbers, email address, signature, and initials | |
| 574 | License | Ropes & Gray LLP License No. CU-74488 | 3/4/2005 | 02376-02377 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 575 | Correspondence | Letter from OFAC to Ropes & Gray regarding License No. CU- 74488 | 4/6/2006 | 02378-02379 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 576 | Correspondence | Ropes & Gray letter to Commissioner for Trademarks | 12/13/2005 | 02380-02383 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature, and 3rd party and employee names, initials. | |
| 577 | Correspondence | Ropes & Gray letter to OFAC regarding License No. CU-74488 | 2/27/2006 | 02384-02386 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature, and 3rd party and employee names, initials. | |
| 578 | Correspondence | Ropes & Gray letter to OFAC regarding Havana Club & Design (Reg. No. 1,031,651 | 1/30/2006 | 02387-02389 | (b)(6) | OFAC used (b)(6) to protect 3rd party signature, and 3rd party and employee names, initials. | |
| 579 | Correspondence | Ropes & Gray letter to OFAC regarding Havana Club & Design (Reg. No. 1,031,651 | 2/17/2006 | 02390-02391 | (b)(6) | OFAC used (b)(6) to protect 3rd party and employee signature, names, initials. | |
| 580 | License | Ropes & Gray LLP License No. CU-77347 | 12/18/2007 | 02392-02393 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 581 | Correspondence | Letter No. CU-77349, CT-11084 from OFAC to Ropes & Gray regarding their December 4, 2007 letter | 4/3/2008 | 02394-02395 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 582 | License | Ropes & Gray LLP License No. CU-77349 | 4/3/2008 | 02396-02397 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 583 | Correspondence | Letter CT- 4410 from Ropes & Gray regarding Letter dated January 5, 2005 | 1/11/2005 | 02398- | (b)(6) | OFAC used (b)(6) to protect 3rd party and employee names, and n employee signatures. | |
| 584 | Correspondence | Ropes & Gray Letter regarding license to pay Havana Club Registration Renewal Fee | 4/7/2006 | 02404-02406 | (b)(6) | OFAC used (b)(6) to protect 3rd party names, and signatures. | |
| 585 | Correspondence | Ropes & Gray letter to OFAC regarding Havana Club & Design (Reg. No. 1,031,651 | 6/14/2006 | 02407-02413 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature. | |
| 586 | Correspondence | Ropes & Gray letter to OFAC regarding Application for specific License to present chamber of Commerce of the republic of Cuba and Cubaexport | 12/4/200 | 02414-02417 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature, and employee and 3rd party names, and initials. | |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)
4834-5442-1443                                                                                                                          59

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 587 | Correspondence | License application to OFAC | 2/11/2005 | 02418-02420 | (b)(4) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged, consisting of an OFAC license application from a third party. | This document is fully withheld. Objection No. 8. |
| 588 | Correspondence | Cover Letter to OFAC license | 6/10/2005 | 02421- | (b)(4) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged, consisting of a cover letter to an OFAC license issued to a third party. | This document is fully withheld. Objection No. 8. |
| 589 | License | OFAC License | 6/10/2005 | 02422-02423 | (b)(4) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged consisting of an OFAC license issued to a third party. | This document is fully withheld. Objection No. 8. |
| 590 | Correspondence | Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C. letter to OFAC regarding Cubaexport/ Havana Rum and Liquors/ Havana Club Holdings | 10/5/1995 | 02424-02425 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature and initials and an employee name. | |
| 591 | License | License C-18147 Cuba Export regarding trademark registrations in the USPTO | 11/13/1995 | 02426- | (b)(6) | OFAC used (b)(6) to protect an employee signature. | Objection No. 7. |
| 592 | License | License C-18147 Cuba Export regarding trademark registrations in the USPTO | 11/13/1995 | 02427- | (b)(6) | OFAC used (b)(6) to protect an employee signature. | Objection No. 7. |
| 593 | Correspondence | Letter to OFAC | 7/3/1996 | 02428- | (b)(4) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged, consisting of a request from a third party for OFAC guidance. | This document is fully withheld. Objection No. 8. |
| 594 | Correspondence | Letter to OFAC | 7/22/1996 | 02429-02430 | (b)(4) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged, consisting of a request from a third party for OFAC guidance. | This document is fully withheld. Objection No. 8. |
| 595 | Correspondence | Letter to OFAC regarding pending application | 8/17/1997 | 02431-02435 | (b)(4) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a license application filed by a third party. | This document is fully withheld. Objection No. 8. |
| 596 | Correspondence | OFAC License application | 11/19/1996 | 02436-02437 | (b)(4) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a license application filed by a third party. | This document is fully withheld. Objection No. 8. |

Bacardi's Objections to Defendants' Combined Vaughn Index

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 597 | License | OFAC License | 12/23/1996 | 02438-02439 | (b)(4) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged consisting of a license issued to a third party. | This document is fully withheld. Objection No. 8. |
| 598 | License | OFAC License | 11/13/1995 | 02440- | (b)(4) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged consisting of a license issued to a third party. | This document is fully withheld. Objection No. 8. |
| 599 | Correspondence | OFAC License application | 10/5/1995 | 02441-02442 | (b)(4) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a license application filed by a third party. | This document is fully withheld. Objection No. 8. |
| 600 | Correspondence | Letter from OFAC responding to applicant letter | 3/18/1996 | 02443- | (b)(4) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a request for guidance filed by a third party. | This document is fully withheld. Objection No. 8. |
| 601 | Correspondence | Letter from OFAC responding to applicant letter | 8/19/1996 | 02444- | (b)(4) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a request for guidance filed by a third party. | This document is fully withheld. Objection No. 8. |
| 602 | Correspondence | Letter from Debevoise & Plimpton LLP regarding Application for a specific license to receive payment for legal services | 6/12/2009 | 02447-02449 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature. | |
| 603 | License | License No. CT-14342 for Debevoise & Plimpton LLP regarding Cuban related travel | 8/5/2009 | 02450-02451 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 604 | License | License No. CU-78842 for Debevoise & Plimpton LLP regarding legal representation for CubaExport | 8/5/2009 | 02452-02453 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 605 | Correspondence | Letter from Debevoise & Plimpton LLP regarding Application for a specific license to receive payment for legal services | 3/19/2010 | 02454-02458 | (b)(4), (b)(6) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a legal services license request filed by a third party, and (b)(6) to protect a third party signature. | Objection No. 8. |

Bacardi's Objections to Defendants' Combined Vaughn Index
Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)

4834-5442-1443                                                                                                                            61

Bacardi's Objections to Defendants' Combined Vaughn Index

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 606 | Correspondence | Letter from Debevoise & Plimpton LLP regarding Application for a specific license to receive payment for legal services | 3/19/2010 | 02459-02463 | | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a legal services license request filed by a third party, and (b)(6) to protect a third party signature. | Objection No. 8. |
| 607 | License | License No. CU-79885 for Debevoise & Plimpton LLP regarding legal representation for Pernod Ricard | 7/12/2010 | 02464-02465 | (b)(4), (b)(6) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a legal services license issued to a third party, and (b)(6) to protect an employee signature. | Objection No. 8. |
| 608 | License | License No. CU-78842-a for Debevoise & Plimpton LLP regarding legal representation for Cubaexport | 6/17/2010 | 02466-02467 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 609 | Correspondence | Letter from Debevoise & Plimpton LLP regarding License No, CU-78842-a and CU-79885 Application for a specific license to receive payment for legal services | 6/8/2011 | 02468-02473 | (b)(4), (b)(6) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a legal services license request filed by a third party, and (b)(6) to protect a third party signature. | Objection No. 8. |
| 610 | License | License No. CU-81604 for Debevoise & Plimpton LLP regarding legal representation for Cubaexport | 8/2/2011 | 02474-02476 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 611 | Correspondence | Letter from Debevoise & Plimpton LLP regarding Application for a specific license to receive payment for legal services | 7/30/2012 | 02477-02479 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature. | |
| 612 | License | License No. CU-2012-296443-1 for Debevoise & Plimpton LLP regarding legal representation for Cubaexport | 12/10/2012 | 02480-02481 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 613 | Correspondence | Letter from Debevoise & Plimpton LLP regarding renewal of License No. CU-81604, CU-2012-296443-1, and CT-18021 | 7/15/2013 | 02482-02487 | (b)(4), (b)(6) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a legal services license request filed by a third party, and (b)(6) to protect a third party signature. | Objection No. 8. |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 614 | Correspondence | Letter from Debevoise & Plimpton LLP regarding renewal of License No. CU-2013-3033871 | 7/7/2015 | 02488-02489 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature. | |
| 615 | License | License No. CU-2013-303598-1 for Debevoise & Plimpton LLP regarding legal representation for Pernod Ricard | 9/10/2013 | 02490-02492 | (b)(4), (b)(6) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a legal services license issued to a third party, and (b)(6) to protect an employee signature. | Objection No. 8. |
| 616 | Correspondence | Letter from Debevoise & Plimpton LLP regarding the Hausler Litigation | 7/22/2014 | 02493-02496 | (b)(4), (b)(6) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a legal services license request filed by a third party, and (b)(6) to protect a third party signature. | Objection No. 8. |
| 617 | License | Letter No. CU-2015-323827-1 from OFAC to Debevoise & Plimpton regarding a license request on the behalf of Cubaexport | 1/11/2016 | 02497-02499 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 618 | Correspondence | Letter from OFAC to Debevoise & Plimpton LLP regarding November 29, 1995 correspondence | 3/18/1996 | 02500- | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 619 | Correspondence | Letter from OFAC to Debevoise & Plimpton LLP regarding Clarification of License No; CU-78842 | 5/6/2010 | 02501-02502 | (b)(4), (b)(6) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a letter to OFAC regarding an OFAC license, and (b)(6) to protect a third party signature and Treasury employee names. | Objection Nos. 7, 8. |
| 620 | License | Amended License No. CU-78842a in response to May 6, 2010 correspondence | 6/17/2010 | 02503-02504 | (b)(6) | OFAC used (b)(6) to protect an employee signature. | |
| 621 | Correspondence | Letter from Debevoise & Plimpton LLP regarding Cubaexport's Havana Club Trademark Registration | 10/5/2012 | 02505-02508 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature. | |
| 622 | Index | Index of Havana Club related correspondence | | 02509- | (b)(5)-DPP | OFAC used (b)(5) to protect an internal deliberation. | |
| 623 | Correspondence | CU-268932 letter from OFAC to Ropes & Gray regarding License CU-74488 | 4/6/2005 | 02519-02520 | (b)(6) | OFAC used (b)(6) to protect the signature of an employee. | |

| Row No. | Record Type | Record Description | Document Date | Bates Pages | Exemptions | Justification for Assertion of Exemption(s) | Bacardi's Objection to the Vaughn Index Entry |
|---|---|---|---|---|---|---|---|
| 624 | Correspondence | Letter from Pernod Ricard to OFAC regarding the Havana Club Trademark registration with cover sheet | 3/22/2002 | 02524-02526 | (b)(6) | OFAC used (b)(6) to protect employee names, initials, and 3rd party signatures. | |
| 625 | Correspondence | Letter from Pernod Ricard to OFAC regarding the Havana Club Trademark registration | 3/25/2002 | 02527- | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature. | |
| 626 | Correspondence | OFAC license request | 3/12/2000 | 02530-02531 | (b)(4) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a license application filed by a third party. | This document is fully withheld. Objection No. 8. |
| 627 | Correspondence | Letter from Pernod Ricard regarding the assignment of the Havana Club Trademark | 12/22/1998 | 02532-02534 | (b)(4), (b)(6) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a letter from a third party and (b)(6) to protect a third party signature, initials, and name. | Objection No. 8. |
| 628 | Correspondence | Letter from Pernod Ricard to OFAC regarding the Assignment of the Havana Club Trademark | 12/22/1998 | 02544-02545 | (b)(4), (b)(6) | OFAC used (b)(4) to protect commercial information that is confidential and/or privileged in connection with a letter from a third party and (b)(6) to protect a third party signature. | Objection No. 8. |
| 629 | Correspondence | Letter from Pernod Ricard to DoS in response to a House and Senate letter dated May 4, 1999 | 5/17/1999 | 02546-02550 | (b)(6) | OFAC used (b)(6) to protect a 3rd party signature. | |
| | | | | | | | |

Bacardi's Objections to Defendants' Combined Vaughn Index

Bacardi Co. v. Dep't of Treasury, Civ. A. No. 17-1828 (CKK) (D.D.C.)