# EXHIBIT 3

| | |
|---|---|
| **From:** | (b) (6) |
| **To:** | Mosier, Michael; (b) (6); Blackborow, Davin; (b) (6) (b) (6) |
| **Cc:** | Demske, Susan; (b) (6) |
| **Subject:** | RE: Request by Bacardi re concerns on patent and trademark infringement |
| **Date:** | Tuesday, July 07, 2015 4:51:31 PM |
| **Attachments:** | (b) (5)  1 May2015 response_OFAC_17June2015.docx |

In case it may be helpful, attached is the response to the (b) (5) letter.

---

**From:** Mosier, Michael
**Sent:** Tuesday, July 07, 2015 4:38 PM
**To:** (b) (6); Blackborow, Davin; (b) (6) (b) (6)
**Cc:** Demske, Susan; (b) (6)
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Thanks, (b) (6).  It seems from the chain that this is in Licensing's purview, historical perspective specifically on the issue, and expertise.  So it seems to make sense for them to have the lead.

LIC – will you look at the Congressional and see how close it comes to answering it, then (b) (5) (b) (5) or whether that response alone might answer it?

Thanks,
Mike

---

**From:** (b) (6)
**Sent:** Tuesday, July 07, 2015 3:29 PM
**To:** (b) (6); Blackborow, Davin; (b) (6), (b) (6)
**Cc:** Demske, Susan; (b) (6) Mosier, Michael
**Subject:** Re: Request by Bacardi re concerns on patent and trademark infringement

If we're repurposing the Congressional letter, may make sense for Policy to handle. But defer to Mike on divvying this up.

---

**From**: (b) (6)
**Sent**: Tuesday, July 07, 2015 03:23 PM
**To**: (b) (6) Blackborow, Davin; (b) (6) (b) (6)
**Cc**: Demske, Susan; (b) (6)
**Subject**: RE: Request by Bacardi re concerns on patent and trademark infringement

Based on (b) (6) email, Licensing has the lead on this.  I agree with (b) (6) approach to closely follow the Congressional.  Licensing – please let us know if Pol/RA can help or if you would like us to take the lead.

---

**From:** (b) (6)
**Sent:** Tuesday, July 07, 2015 2:00 PM

**To:** (b) (6) ; Blackborow, Davin; (b) (6) (b) (6)
**Cc:** Demske, Susan; (b) (6)
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

All, is someone working on this letter back to Bacardi? Would like to get that moving soon, if possible. Thanks!

(b) (6)

---

**From:** (b) (6)
**Sent:** Monday, July 06, 2015 12:15 PM
**To:** (b) (6) Blackborow, Davin; (b) (6) (b) (6)
**Cc:** (b) (6) ; Demske, Susan; (b) (6)
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Here's a more recent internal exchange. (b) (5) (b) (5) Happy to talk if it would be helpful.

---

**From:** (b) (6)
**Sent:** Monday, July 06, 2015 11:58 AM
**To:** Blackborow, Davin; (b) (6) (b) (6)
**Cc:** (b) (6) Demske, Susan; (b) (6)
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

The letter directed to John that Davin references is identical to the letter (also directed to John) that Licensing received

---

**From:** Blackborow, Davin
**Sent:** Monday, July 06, 2015 11:39 AM
**To:** (b) (6) (b) (6)
**Cc:** (b) (6) ; Demske, Susan; (b) (6)
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Attached is an earlier email chain, with what looks to be the same incoming from Bacardi, that was originally directed toward John. (b) (5) (b) (5) I think we responded to a congressional that raised a similar issue, so that might be a good model that we could use to response to this incoming (adding (b) (6) in case I'm misremembering on that point).

---

**From:** (b) (6)
**Sent:** Monday, July 06, 2015 9:34 AM
**To:** (b) (6) Blackborow, Davin; (b) (6) (b) (6)
**Cc:** Blackborow, Davin; (b) (6) Demske, Susan
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Shall do, (b) (6) Thanks!

---

**From:** (b) (6)

**Sent:** Monday, July 06, 2015 9:33 AM
**To:** (b) (6) ; Blackborow, Davin; (b) (6) (b) (6)
**Cc:** Blackborow, Davin; (b) (6) ; Demske, Susan
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Thanks for flagging (b) (6) Bacardi is diligent in their efforts (as they've mentioned) since they've already reached out to OFAC via other channels. I defer to (b) (6) as I believe they both addressed inquiries from Bacardi that were directed to John. I'm not sure if they are both in today, (b) (5)
(b) (5) .

Cheers,
(b) (6)

---

**From:** (b) (6)
**Sent:** Monday, July 06, 2015 8:35 AM
**To:** (b) (6) ; Blackborow, Davin; (b) (6) ;
(b) (6)
**Cc:** Blackborow, Davin; (b) (6)
**Subject:** Request by Bacardi re concerns on patent and trademark infringement
**Importance:** High

Colleagues;

I wanted to alert you to this letter (attached) from the SVP External Relations for Bacardi USA. It came in to Licensing as a request for interpretive guidance. (b) (5)

(b) (5)

(b) (5) As an aside, they state that they are also pursuing a meeting with OFAC through separate channels.

As you know, as a policy OFAC Licensing generally does not meet with applicants. (b) (5)
(b) (5)
(b) (5)

(b) (5)

(b) (5)

(b) (5)

Thanks in advance,
(b) (6)