# EXHIBIT 4

| | |
|---|---|
| **From:** | Mosier, Michael |
| **To:** | (b) (6); Blackborow, Davin; (b) (6); (b) (6) |
| **Cc:** | Demske, Susan; Carson, Cheryl |
| **Subject:** | Re: Request by Bacardi re concerns on patent and trademark infringement |
| **Date:** | Wednesday, July 08, 2015 7:07:53 PM |

Excellent. Thanks (b) (6)

**From:** (b) (6)
**Sent:** Wednesday, July 8, 2015 6:37 PM
**To:** Blackborow, Davin; (b) (6); Mosier, Michael; (b) (6); (b) (6)
**Cc:** Demske, Susan; Carson, Cheryl
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

I cleared the draft response letter to Bacardi and sent it to Counsel for review.

(b) (6)

**From:** Blackborow, Davin
**Sent:** Wednesday, July 08, 2015 6:34 PM
**To:** (b) (6); Mosier, Michael; (b) (6), (b) (6)
**Cc:** Demske, Susan; Carson, Cheryl
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Just to be sure no one has objections, (b) (5) (b) (5). If anyone disagrees, please let us know by tomorrow morning.

Thanks,
Davin

**From:** (b) (6)
**Sent:** Tuesday, July 07, 2015 5:07 PM
**To:** (b) (6); Mosier, Michael; (b) (6), (b) (6) Blackborow, Davin; (b) (6)
**Cc:** Demske, Susan; Carson, Cheryl
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Thank you, (b) (6) Yes indeed, that is very helpful.

(b) (6)

**From:** (b) (6)
**Sent:** Tuesday, July 07, 2015 4:51 PM
**To:** Mosier, Michael; (b) (6); Blackborow, Davin; (b) (6)
**Cc:** Demske, Susan; Carson, Cheryl
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

In case it may be helpful, attached is the response to the Reed/Larson letter.

**From:** Mosier, Michael
**Sent:** Tuesday, July 07, 2015 4:38 PM
**To:** (b) (6) ; Blackborow, Davin; (b) (6) (b) (6)
**Cc:** Demske, Susan; Carson, Cheryl
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Thanks, (b) (6)   It seems from the chain that this is in Licensing's purview, historical perspective specifically on the issue, and expertise.  So it seems to make sense for them to have the lead.

**(b) (5)**

Thanks,
Mike

**From:** (b) (6)
**Sent:** Tuesday, July 07, 2015 3:29 PM
**To:** (b) (6) ; Blackborow, Davin; (b) (6) , (b) (6)
**Cc:** Demske, Susan; Carson, Cheryl; Mosier, Michael
**Subject:** Re: Request by Bacardi re concerns on patent and trademark infringement

If we're repurposing the Congressional letter, may make sense for Policy to handle. But defer to Mike on divvying this up.

**From:** (b) (6)
**Sent:** Tuesday, July 07, 2015 03:23 PM
**To:** (b) (6) Blackborow, Davin; (b) (6) (b) (6)
**Cc:** Demske, Susan; Carson, Cheryl
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Based on (b) (6) email, Licensing has the lead on this. (b) (6), (b) (5) (b) (5) .  Licensing – please let us know if Pol/RA can help or if you would like us to take the lead.

**From:** (b) (6)
**Sent:** Tuesday, July 07, 2015 2:00 PM
**To:** (b) (6) ; Blackborow, Davin; (b) (6) , (b) (6)
**Cc:** Demske, Susan; Carson, Cheryl
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

All, is someone working on this letter back to Bacardi?  Would like to get that moving soon, if possible.  Thanks!

**(b) (6)**

**From:** (b) (6)
**Sent:** Monday, July 06, 2015 12:15 PM
**To:** (b) (6); Blackborow, Davin; (b) (6) (b) (6)
**Cc:** (b) (6); Demske, Susan; Carson, Cheryl
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Here's a more recent internal exchange. I believe (b) (5) (b) (5). Happy to talk if it would be helpful.

**From:** (b) (6)
**Sent:** Monday, July 06, 2015 11:58 AM
**To:** Blackborow, Davin; (b) (6) (b) (6)
**Cc:** (b) (6); Demske, Susan; Carson, Cheryl
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

The letter directed to John that Davin references is identical to the letter (also directed to John) that Licensing received

**From:** Blackborow, Davin
**Sent:** Monday, July 06, 2015 11:39 AM
**To:** (b) (6) (b) (6)
**Cc:** (b) (6) Demske, Susan; Carson, Cheryl
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Attached is an earlier email chain, with what looks to be the same incoming from Bacardi, that was originally directed toward John. (b) (5) (b) (5) (adding Cheryl in case I'm misremembering on that point).

**From:** (b) (6)
**Sent:** Monday, July 06, 2015 9:34 AM
**To:** (b) (6); Blackborow, Davin; (b) (6) (b) (6)
**Cc:** Blackborow, Davin; (b) (6) Demske, Susan
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Shall do, (b) (6). Thanks!

**From:** (b) (6)
**Sent:** Monday, July 06, 2015 9:33 AM
**To:** (b) (6) Blackborow, Davin; (b) (6) (b) (6)
**Cc:** Blackborow, Davin; (b) (6); Demske, Susan
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Thanks for flagging (b) (6) (b) (5)

(b) (5)    I defer to (b) (6)   (b) (5) (b) (5) from Bacardi that were directed to John. I'm not sure if they are both in today, but request that you hold on any response until they can provide some color as to where their last communications with Bacardi stood.

Cheers,
(b) (6)

---

**From:** (b) (6)
**Sent:** Monday, July 06, 2015 8:35 AM
**To:** (b) (6)   Blackborow, Davin; (b) (6) ; (b) (6)
**Cc:** Blackborow, Davin; (b) (6)
**Subject:** Request by Bacardi re concerns on patent and trademark infringement
**Importance:** High

Colleagues;

I wanted to alert you to this letter (attached) from the SVP External Relations for Bacardi USA. It came in to Licensing as a request for interpretive guidance, but in reality Bacardi USA is very concerned about the effects of the changes to 515.560(c)(3) on the Havana Club trademark in the USA. (b) (5)

(b) (5)

As you know, as a policy OFAC Licensing generally does not meet with applicants. (b) (5) (b) (5) (b) (5)

(b) (5)

In short, I am soliciting information on what our position is, if any, re Bacardi USA's concern, and feedback as to whether (Licensing) should schedule a meeting, which would include OCC and Policy at a minimum.

Thanks in advance,
(b) (6)