# EXHIBIT 5

| | |
|---|---|
| **From:** | (b) (6) |
| **To:** | (b) (6)  Blackborow, Davin;  (b) (6) |
| **Cc:** | (b) (6) ; Demske, Susan; Carson, Cheryl |
| **Subject:** | RE: Request by Bacardi re concerns on patent and trademark infringement |
| **Date:** | Monday, July 06, 2015 12:15:21 PM |
| **Attachments:** | RE Cuba Letter from Congress to Treasury re Cigars and $400 personal exemption and meeting next week in DC.msg |

Here's a more recent internal exchange.  I believe (b) (5) (b) (5)  Happy to talk if it would be helpful.

**From:** (b) (6)
**Sent:** Monday, July 06, 2015 11:58 AM
**To:** Blackborow, Davin; (b) (6) (b) (6)
**Cc:** (b) (6) ; Demske, Susan; Carson, Cheryl
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

The letter directed to John that Davin references is identical to the letter (also directed to John) that Licensing received

**From:** Blackborow, Davin
**Sent:** Monday, July 06, 2015 11:39 AM
**To:** (b) (6) , (b) (6)
**Cc:** (b) (6) ; Demske, Susan; Carson, Cheryl
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Attached is an earlier email chain, with what looks to be the same incoming from Bacardi, that was originally directed toward John. (b) (5) (b) (5) (adding Cheryl in case I'm misremembering on that point).

**From:** (b) (6)
**Sent:** Monday, July 06, 2015 9:34 AM
**To:** (b) (6) ; Blackborow, Davin; (b) (6) (b) (6)
**Cc:** Blackborow, Davin; (b) (6)  Demske, Susan
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Shall do, (b) (6)  Thanks!

**From:** (b) (6)
**Sent:** Monday, July 06, 2015 9:33 AM
**To:** (b) (6) ; Blackborow, Davin; (b) (6) , (b) (6)
**Cc:** Blackborow, Davin; (b) (6) ; Demske, Susan
**Subject:** RE: Request by Bacardi re concerns on patent and trademark infringement

Thanks for flagging, (b) (6)  Bacardi is diligent in their efforts (as they've mentioned) since they've already reached out to OFAC via other channels.  I defer to (b) (6)  as I believe they both addressed inquiries from Bacardi that were directed to John.  I'm not sure if they are both in today,

but request that you hold on any response until they can provide some color as to where their last communications with Bacardi stood.

Cheers,
(b) (6)

---

**From:** (b) (6)
**Sent:** Monday, July 06, 2015 8:35 AM
**To:** (b) (6) ; Blackborow, Davin; (b) (6) ; (b) (6)
**Cc:** Blackborow, Davin; (b) (6)
**Subject:** Request by Bacardi re concerns on patent and trademark infringement
**Importance:** High

Colleagues;

I wanted to alert you to this letter (attached) from the SVP External Relations for Bacardi USA. It came in to Licensing as a request for interpretive guidance, but in reality Bacardi USA is very concerned about the effects of the changes to 515.560(c)(3) on the Havana Club trademark in the USA. (b) (5)

(b) (5)

As you know, as a policy OFAC Licensing generally does not meet with applicants. (b) (5)
(b) (5)
(b) (5)



(b) (5)

In short, I am soliciting information on what our position is, if any, re Bacardi USA's concern, and feedback as to whether (Licensing) should schedule a meeting, which would include OCC and Policy at a minimum.

Thanks in advance,
(b) (6)