# EXHIBIT 6

| | |
|---|---|
| **From:** | **(b) (6)** |
| **To:** | **(b) (6)** ; Gacki, Andrea |
| **Subject:** | RE: Bacardi Letter |
| **Date:** | Sunday, August 19, 2012 4:26:15 PM |
| **Attachments:** | Bacardi letter (Havana Club).pdf |

Hi **(b) (6)**:

**(b) (5)**

**(b) (5)**

Thanks,

**(b) (6)**