# EXHIBIT 7

| | |
|---|---|
| From: | (b) (6) |
| To: | Gacki, Andrea;  (b) (6) |
| Cc: | Tuchband, Matthew |
| Subject: | RE: RE: Bacardi Letter |
| Date: | Thursday, August 23, 2012 2:03:33 PM |

Please let me know if I'm missing something, but, (b) (5)

(b) (5)

(b) (5)

**From:** Gacki, Andrea
**Sent:** Sunday, August 19, 2012 4:28 PM
**To:** (b) (6)
**Subject:** RE: RE: Bacardi Letter

Defer to (b) (6) as to whether (b) (5)
(b) (5)

**From:** (b) (6)
**Sent:** Sunday, August 19, 2012 4:26 PM
**To:** (b) (6); Gacki, Andrea
**Subject:** RE: Bacardi Letter

Hi (b) (6) & Andrea:

Any ideas on what to do with the attached letter from Bacardi regarding Havana Club? (b) (5)
(b) (5)
(b) (5)

Thanks,

(b) (6)

2016-01-157_000591