**EXHIBIT 8**

| | |
|---|---|
| **From:** | Smith, John |
| **To:** | (b) (6) |
| **Subject:** | Fw: Cuban Dip Note on Havana Club |
| **Date:** | Wednesday, December 26, 2012 2:58:55 PM |
| **Attachments:** | [Untitled].pdf |
| | 2012-12-20 RS 3993 - Havana Club Trademark (Unofficial Translation).docx.docx |

**From**: (b) (6)
**Sent**: Wednesday, December 26, 2012 11:44 AM
**To**: Szubin, Adam; Hammerle, Barbara; (b) (6) ; Smith, John; Gacki, Andrea; (b) (6)
**Cc**: Tuchband, Matthew; (b) (6)
**Subject**: FW: Cuban Dip Note on Havana Club

Just fyi.

**From:** Weinberg, Jeremy M [mailto:WeinbergJM@state.gov]
**Sent:** Friday, December 21, 2012 5:13 PM
**To:** Christina.Hieber@USPTO.GOV; Amy.Cotton@USPTO.GOV; OFAC (b)(6) ; Joseph_P_Whitlock@ustr.eop.gov; York, George; DOJ (b)(6)
**Cc:** Bischoff, James L; Hall, Tim O; McNulty, Kate; Hillsman, Jarahn D; Urban, JoEllen; Bartoletti, Marietta
**Subject:** FW: Cuban Dip Note on Havana Club

Colleagues – Please see the attached dip note on Havana Club from Cuba, presented at the State Department yesterday and translated (unofficially) today. Many of us will be out next week I expect, so realistically, given the holidays, for consideration after the new year.

Regards,  Jeremy



SBU
This email is UNCLASSIFIED.


**From:** Hall, Tim O
**Sent:** Friday, December 21, 2012 1:45 PM
**To:** Bischoff, James L; Weinberg, Jeremy M; McNulty, Kate; Klein, John Marshall; Urban, JoEllen; Hillsman, Jarahn D; Canavan, Benjamin C; Fox, Eleanore M; Hidea, Carolina; Bartoletti, Marietta; McHone, Christopher H
**Cc:** McGrath, Raymond G; Salaiz, Jeffery A; Shannon, Lianna B; Wyngowski, Seth A; Scarborough, Veronica J
**Subject:** FW: Cuban Dip Note on Havana Club

Colleagues,

Attached is a dip note on Havana Club (along with an unofficial translation prepared by CCA) that the Cubans presented to CCA yesterday.



Tim

SBU
This email is UNCLASSIFIED.

2016-01-157_000484