# EXHIBIT 9

| | |
|---|---|
| **From:** | (b) (6) |
| **To:** | Ahern, Paul |
| **Cc:** | Tuchband, Matthew |
| **Subject:** | Fw: bacardi/pernod cuban rum issue |
| **Date:** | Thursday, January 21, 2016 7:42:35 AM |
| **Attachments:** | 160111 Havana Club OFAC License.docx  [Duplicate of pp. 36-40 2nd Interim] |

Hi Paul, attached and below are the talking points prepared by State and USPTO.

Thanks,
(b) (6)

Sent from my BlackBerry.

**From:** Carson, Cheryl <Cheryl.Carson@treasury.gov>
**Sent:** Friday, January 15, 2016 6:31 AM
**To:** Pena, Lisa; (b) (6)
**Cc:** (b) (6)   Blackborow, Davin; Ballman, Luke
**Subject:** Re: bacardi/pernod cuban rum issue

Yes, OFAC issued a license to Cubaexport authorizing all transactions necessary for it to register the Havana Club trademark with the USPTO, which it then did. Please see attached press guidance from State and PTO's talking points below. Adding Davin and (b) (6) (and Luke for awareness). Please let us know if you have any questions. Thanks.



**From:** Pena, Lisa
**Sent:** Friday, January 15, 2016 01:49 AM
**To:** Carson, Cheryl; (b) (6)
**Cc:** (b) (6)
**Subject:** bacardi/pernod cuban rum issue

Senate Approps asks if there's been a change on the Bacardi issue? Specifically a waiver

been granted? Any update would be helpful.


Thank you,

