**EXHIBIT 10**

| | |
|---|---|
| **From:** | (b) (6) |
| **To:** | Demske, Susan |
| **Cc:** | Mosier, Michael; (b) (6); Swindells, Felicia; (b) (6) (b) (6) |
| **Subject:** | FW: Testimony / USPTO, TM in Cuba |
| **Date:** | Wednesday, February 10, 2016 9:26:20 AM |
| **Attachments:** | 02.11.16 Witness List.pdf |
| | Testimony2-11-16HavanaClub - Submitted to OMB v2.docx |
| | Testimony2-11-16HavanaClub - Submitted to OMB v2 - CLEAN.docx |

Susan,

Attached please find redlined (with comments) and clean versions of the testimony – with responses to interagency comments.

# USPTO (b)(5)

Can you please let me know **by 11 am this morning** if you have any concerns with the attached testimony?

Many thanks,
(b) (6)