# EXHIBIT 11



TREASURY DEPARTMENT
FOREIGN ASSETS CONTROL
'97 JUN 18 P2:22

# DEPARTMENT OF THE TREASURY

(If Received INCOMPLETE call (202) 566-2942)

(CLASSIFICATION)

DATE:

TO: (Name and Tel. #)  **(b) (6)**, OFAC   FAX Number 2-1657
(Verify) 2-1671

FROM: (Name) **(b) (6)**   (Office Symbol) OA31M   (Phone #) 2-0086

HANDLE AS: ROUTINE   PRIORITY   URGENT

PAGE 1 OF 6 PAGE(S)

NOTE: – Single Pages ONLY – DO NOT Staple – Provide Clear Copy
(Original Not Returned)

REMARKS/SUBJECT: As discussed, here is our briefing piece minus the letters (LB/RER, your draft RER/LB, and those from the HM) copies of which you obviously have already.

COMCEN USE ONLY – DO NOT WRITE BELOW

Sender's FAX Numbers: (202) 566-8066 – (202) 535-3807 – (202) 535-5846

R & D - TOR

SSN NUMBER:

Pp. 2337-2341 Withheld in Full (b)(5)