# EXHIBIT 17

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

July 22, 2014

BY ELECTRONIC SUBMISSION

Office of Foreign Assets Control
U.S. Department of the Treasury
Treasury Annex
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**Application of Debevoise & Plimpton LLP for Renewal and Modification of
License No. CU-2013-303598-1 Under the Cuban Assets Control Regulations
(Pertaining to the *Hausler* Litigation and Other Matters)**

Dear Sir or Madam:

Debevoise & Plimpton LLP respectfully requests that the Office of Foreign Assets Control ("OFAC"):

1. Renew License No. CU-2013-303598-1, which expires on September 30, 2014, authorizing receipt of payment for legal fees and reimbursement of expenses in connection with the *Hausler* Litigation and Compliance Advice described below, and

2. Modify the license to extend to an additional matter, the Turnover Proceeding described below, and

3. Modify the license to extend to any other proceedings in the United States in which a party claiming to hold a judgment against the Republic of Cuba seeks to enforce the judgment against assets of HCH, HCI or Cubaexport.

**Parties Involved**

Debevoise & Plimpton LLP ("Debevoise") is an international law firm with offices in several cities around the world.  Debevoise is organized as a limited liability partnership under the laws of the State of New York.  Its principal office is located at 919 Third Avenue, New York, NY 10022.

Office of Foreign Assets Control
Re: *Hausler* and Other Matters        2        July 22, 2014

      Pernod Ricard S.A. ("Pernod Ricard") is a longstanding client of Debevoise. Pernod Ricard is one of the world's leading producers and distributors of wines and spirits. Pernod Ricard is organized under the laws of France and has its principal place of business in France.

      Havana Club Holdings S.A. ("HCH") is a joint venture 50% owned by Pernod Ricard and 50% owned by two Cuban state-owned companies, Corporación Cuba Ron, S.A. and Havana Rum and Liquors, S.A. HCH holds the rights to the HAVANA CLUB rum trademark in countries other than the United States. HCH is organized under the laws of Luxembourg and has its principal place of business in Luxembourg.

      Empresa Cubana Exportadora de Alimentos y Productos Varios ("Cubaexport") is a Cuban state-owned company organized under the laws of Cuba and having its principal place of business in Cuba. The U.S. Patent and Trademark Office granted Cubaexport a registration for the HAVANA CLUB trademark in 1976. A proceeding filed by Cubaexport (the "USPTO Proceeding") is currently pending before the Director of the U.S. Patent and Trademark Office (the "USPTO"), challenging a decision of the USPTO staff to declare that registration cancelled and expired.

      Havana Club International S.A. ("HCI") is a joint venture owned by Pernod Ricard and the Cuban state-owned company Corporación Cuba Ron, S.A. HCI exports Cuban rum to various countries around the world using the HAVANA CLUB trademark, which HCI licenses from HCH. HCI is organized under the laws of Cuba and has its principal place of business in Cuba.

**Background and Current Status of Litigation and Legal Advice**

      This application relates to three matters, the first two of which are currently covered by License No. CU-2013-303598-1, and the third of which we request to be added to the renewed license:

      1. Debevoise also has been consulted [(b) (4)] in a matter titled *Hausler et al. v. Republic of Cuba et al.*, Case No. 09-22593-CIV-JORDAN, in the United States District Court for the Southern District of Florida (the "*Hausler* Litigation"). In the *Hausler* Litigation the holder of a Florida state-court judgment against the Republic of Cuba is seeking a court-ordered sale of Cubaexport's U.S. registration of the Havana Club trademark and other property held by Cuban entities. [(b) (4)] [(b) (4)] [(b) (4)] The status of the *Hausler* Litigation is unchanged since License No. CU-2013-303598-1 was issued. Specifically, the case remains stayed pending resolution of (1) litigation in U.S. District Court for the District of Columbia by Bacardi & Co. against Cubaexport and HCH, which seeks to cancel the HAVANA

Office of Foreign Assets Control
Re: *Hausler* and Other Matters      3      July 22, 2014

CLUB registration, and (2) the USPTO Proceeding described above. (b) (4)

(b) (4)

(b) (4)

2. Debevoise has regularly provided legal advice and counseling to or on behalf of HCI, HCH and Cubaexport on the requirements of and compliance with the Cuban Assets Control Regulations and other U.S. laws ("Compliance Advice"). We continue to receive regular requests for Compliance Advice from HCI, HCH or Pernod Ricard for the benefit of HCI, HCH and/or Cubaexport. None of the advice has been sought to facilitate any violation of United States law.

3. HCH received a Notice of Turnover dated March 31, 2014, in three consolidated proceedings titled *Vera v. Republic of Cuba*, *Villoldo v. Fidel Castro Ruz*, and *Hausler v. Republic of Cuba*, Case No. 12 Civ. 1596 (AKH), in the United States District Court for the Southern District of New York (the "Turnover Proceeding"). The Turnover Proceeding was brought by the same plaintiffs as the *Hausler* Litigation to enforce the same underlying judgment involved in the *Hausler* Litigation, as well as by two other groups of plaintiffs seeking to enforce similar judgments. The Notice of Turnover to HCH relates to blocked funds held by Bank of New York in regard to an attempted wire transfer in the amount of $53,000 from HCH in Luxembourg to a vendor in Mexico in January 2006. In recent months, HCH has requested, and Debevoise has provided, advice on the Turnover Proceeding. However, Debevoise has not billed HCH for the related fees and expenses because we understand that a specific license may be required to receive payment.

### History of Licenses

Debevoise's provision of the services described above in connection with the *Hausler* Litigation, Compliance Advice, and the Turnover Proceeding is authorized by the general license in 31 C.F.R. § 515.512(a). Receipt of payment for services related to the *Hausler* Litigation and Compliance Advice has been licensed by OFAC as follows:

- By letter dated April 19, 2010, Debevoise applied for a specific license to allow it to receive payment of professional fees and reimbursement of incurred expenses in connection with the *Hausler* Litigation and Compliance Advice. OFAC granted License No. CU-79885 on July 12, 2010, authorizing receipt of payment as set forth in the license.

- Debevoise requested renewal the license by letter dated June 8, 2011. OFAC granted License No. CU-81605 on July 20, 2011, again authorizing receipt of payment as set forth in the license.

Office of Foreign Assets Control
Re: *Hausler* and Other Matters              4                    July 22, 2014

- By letter dated July 15, 2013, Debevoise again requested renewal of the license. On September 10, 2013, OFAC granted License No. CU-2013-303598-1, authorizing receipt of payment as set forth in the license. The license expires by its terms on September 30, 2014.

**Request for License Renewal and Modification**

Because the *Hausler* Litigation remains pending, and because Debevoise continues to provide Compliance Advice to or for the benefit of HCH, HCI and Cubaexport, Debevoise requests renewal of License No. CU-2013-303598-1 for a period of two years or such other term as OFAC considers appropriate.

Additionally, because Debevoise has provided advice to or for the benefit of HCH in connection with the Turnover Proceeding, Debevoise requests that the scope of the license be expanded to allow Debevoise to receive payment for legal fees and reimbursement of expenses in the Turnover Proceeding.

Moreover, because other similar enforcement actions may arise, Debevoise also respectfully requests that the scope of the license be expanded to allow Debevoise to receive payment for legal fees and reimbursement of expenses in any other proceedings in the United States in which a party claiming to hold a judgment against the Republic of Cuba seeks to enforce the judgment against assets of HCH, HCI or Cubaexport.

By separate applications, Debevoise is simultaneously requesting renewal of License Nos. CU-2013-303599-1 and CT-2013-303316-1.

**Address for Communications**

Please let me know if you have any questions or if you need any further information. Debevoise respectfully requests that any questions about this application and any notice of action by OFAC on this application, including any license that may be granted, should be sent directly to me at Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, telephone (212) 909-6813, fax (212) 521-7813, e-mail cmicarelli@debevoise.com; or to David Bernstein at the same address, telephone (212) 909-6696, fax (212) 521-7696, e-mail dhbernstein@debevoise.com.

Very truly yours,



Carl Micarelli