# EXHIBIT 18

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

Carl Micarelli
Counsel
Tel 212 909 6813
Fax 212 521 7813
cmicarelli@debevoise.com

May 6, 2010

BY FEDEX

(b) (6)
Licensing Division
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

**Confirmation of Clarification of License No. CU-78842**

Dear (b) (6)

I am writing to follow up on the telephone conversation that I had with you and (b) (6) of the Office of Chief Counsel, Foreign Assets Control, on March 2, 2010, and the further telephone call that I received from (b) (6) on April 7, 2010. The calls related to License No. CU-78842, issued August 5, 2009 to Debevoise & Plimpton LLP ("Debevoise"). That license is a specific license issued by the Office of Foreign Assets Control ("OFAC") authorizing Debevoise to receive payment for legal services in connection with its representation of Empresa Cubana Exportadora de Alimentos y Productos Varios ("Cubaexport"), a Cuban corporation, in connection with two litigations now pending in U.S. federal courts in the District of Columbia. A copy of the license is enclosed for your reference.

We had contacted you to request clarification of language in Section 1(a) and 1(b) on the reverse of the license, which authorizes Debevoise to engage in transactions, in connection with the legal representations, "to receive payment for professional fees and services and reimbursement for expenses related to such services from Cuban nationals through banking channels, provided the funds are routed from Cuba to the United States via a third-country bank." We asked whether the license would permit the transfer of funds from a third-country bank if they were not initially routed from Cuba. You confirmed that this would be permitted as long as the funds satisfied the condition specified in the first of the two sections numbered Section 2, namely that the payments be "made exclusively from fresh funds originating from a source not currently within the United States or within the possession or control of a United States person, including its

Office of Foreign Assets Control          2          May 6, 2010

overseas branches, and that such payments are not made from a blocked account or other blocked property."



The payment is not being made from a blocked account or other blocked property, and the source of the funds is not currently within the United States or within the possession or control of a United States person, including its overseas branches.

    For these reasons, we request that OFAC confirm that the transactions described are permitted by License No. CU-78842 and, if necessary, amend the license accordingly.

    Please let me know if you have any questions or if you need any further information. Debevoise respectfully requests that any questions about this application and any notice of action by OFAC on this application, including any license that may be granted, should be sent directly to me at Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022; telephone (212) 909-6813, fax (212) 521-7813, e-mail cmicarelli@debevoise.com.

Very truly yours,

(b) (6)

Carl Micarelli

Enclosure

cc: (b) (6)
Office of the Chief Counsel for OFAC
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

23178611v1

2016-01-157_002502