# EXHIBIT 19



# Pernod Ricard

**FACSIMILE TRANSMISSION**
(3 pages, including this one)

December 22, 1998

To:     (b) (6)
(OFAC – Washington – fax n°202 622 1657)

From:   Pierre-Marie Châteauneuf

Re:     Assignment of the "HAVANA CLUB" U.S. trademark registration n°1,031,651

---

Dear (b) (6)

Mr. Muse suggested we transmitted the attached letter to you for delivery to Mr. Richard Newcomb.

Thank you very much for your assistance.

With kind regards,

Sincerely yours,

**(b) (6)**

PMC/(b) (6)

Pierre-Marie Châteauneuf
General Counsel

Siège social : 142, boulevard Haussmann – 75379 Paris cedex 08 – Société anonyme au capital de 1 127 733 200 F
Téléphone : 01 40 76 77 78 – Télécopies : 01 46 63 34 23 et 01 42 25 95 66 – 582 041 943 R.C.S. Paris

2016-01-157_002532



### Pernod Ricard

CONFIDENTIAL AND PROPRIETARY INFORMATION

R. Richard Newcomb  
Director  
Office of Foreign Assets Control  
United States Department of the Treasury  
1500 Pennsylvania Ave., N.W.  
WASHINGTON, DC 20220

December 22, 1998

Re: **Assignment of the « HAVANA CLUB » US trademark registration n° 1,031,651**  
(a) from Empresa Cubana Exportadora de Alimentos y Productos Varios (« Cubaexport ») to Havana Rum & Liquors and (b) from Havana Rum & Liquors to Havana Club Holding

Dear Mr. Newcomb,

This letter follows our working meeting in your office on December 4, 1998.

I would like first of all to offer my thanks once again for the kind welcome you accorded us and confirm that we are at your entire disposal for any further clarifications that you might wish to obtain from us.

1- The replies to the two questions which were outstanding at the close of our meeting are as follows:

- according to the information which we have been able to obtain, Cubaexport was created in December 1965 and the first exports of Cuban rum under the trademark « HAVANA CLUB » commenced in 1966;

- including Brazil where rum is called « *cachaça* », the world market for rum represented 1,654 billion liters in 1997 while the consumption in the USA for the same period was 119 million liters, namely 7,2% of the total market;

Bacardi sells about 180 million liters on a yearly basis while Havana Club's sales will be 9 million liters in 1998.

2- **(b) (4)**

As a matter of fact, it has not been possible to use the « HAVANA CLUB » trademark in the USA for the last 36 years; no one knew in 1993 and no one knows even today if and when it will be possible to use this trademark in the USA again.

Siège social : 142, boulevard Haussmann - 75379 Paris cedex 08 - Société anonyme au capital de 1 127 733 200 F  
Téléphone : 01 40 76 77 78 - Télécopies : 01 45 63 34 23 et 01 42 25 95 66 - 582 041 943 R.C.S. Paris

Letter of December 22, 1998 from Thierry Jacquillat (Pernod Ricard)
to Mr. Richard Newcomb (OFAC)  — page 2 —



Thanking you once again for your welcome of December 4th, I remain

Yours respectfully,



Thierry Jacquillat

President

2016-01-157_002534