# EXHIBIT 20



HCE
168386

CONFIDENTIAL AND PROPRIETARY INFORMATION

R. Richard Newcomb  
Director  
Office of Foreign Assets Control  
United States Department of the Treasury  
1500 Pennsylvania Ave., N.W.  
WASHINGTON, DC 20220

December 22, 1998

Re : **Assignment of the « *HAVANA CLUB* » US trademark registration n° 1,031,651**  
(a) from Empresa Cubana Exportadora de Alimentos y Productos Varios (« Cubaexport ») to Havana Rum & Liquors and (b) from Havana Rum & Liquors to Havana Club Holding

Dear Mr. Newcomb,

This letter follows our working meeting in your office on December 4, 1998.

I would like first of all to offer my thanks once again for the kind welcome you accorded us and confirm that we are at your entire disposal for any further clarifications that you might wish to obtain from us.

1- The replies to the two questions which were outstanding at the close of our meeting are as follows :

- according to the information which we have been able to obtain, Cubaexport was created in December 1965 and the first exports of Cuban rum under the trademark « *HAVANA CLUB* » commenced in 1966 ;

- including Brazil where rum is called « *cachaça* », the world market for rum represented 1,654 billion liters in 1997 while the consumption in the USA for the same period was 119 million liters, namely 7,2% of the total market ;

Bacardi sells about 180 million liters on a yearly basis while Havana Club's sales will be 9 million liters in 1998.

2- **(b) (4)**

As a matter of fact, it has not been possible to use the « *HAVANA CLUB* » trademark in the USA for the last 36 years ; no one knew in 1993 and no one knows even today if and when it will be possible to use this trademark in the USA again.

Siège social : 142, boulevard Haussmann - 75379 Paris cedex 08 - Société anonyme au capital de 1 127 733 200 F  
Téléphone : 01 40 76 77 78 - Télécopies : 01 45 63 34 23 et 01 42 25 95 66 - 582 041 943 R.C.S. Paris

2016-01-157_002544

Letter of December 22, 1998 from Thierry Jacquillat (Pernod Ricard)
to Mr. Richard Newcomb (OFAC)                                    - page 2 -



3- I would also like to confirm the reason why Pernod Ricard, through Havana Club Holding, cares about the OFAC license.

Havana Club Holding is the owner of the "HAVANA CLUB" brand on a worldwide basis. Unless OFAC reissues a license, Bacardi will be able to illegally appropriate this "HAVANA CLUB" trademark in the US and to market rum – of whatever origin except Cuban – in the United States under that name, as they did in 1996.

Through parallel imports this unauthorized product would inevitably find its way into third-country markets where it would cause confusion among consumers as to what is the real "HAVANA CLUB" and whether its quality can be consistently relied upon.

Obviously, the image of quality or the "goodwill" of our brand would be very seriously damaged.

Thanking you once again for your welcome of December 4th, I remain

Yours respectfully.



Thierry Jacquillat

President