# EXHIBIT 21

JUL-28-2006  13:33        US TREASURY                                104815    P.02



# DEPARTMENT OF THE TREASURY
### WASHINGTON, D.C. 20220

**Case No. CU-75835**

Vincent N. Palladino, Esquire                     JUL 2 8 2006
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020

Dear Mr. Palladino:

This is in response to your letter dated April 7, 2006, on behalf of Empresa Cubana Exportadora de Alimentos y Productos Varios ("Cubaexport"), requesting a license authorizing transactions related to the renewal at the United States Patent and Trademark Office of Registration No. 1,031,651 of HAVANA CLUB & Design (the "HAVANA CLUB trademark").

Pursuant to the Cuban Assets Control Regulations, 31 C.F.R. Part 515, administered by the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC"), renewal of the HAVANA CLUB trademark under these circumstances would be prohibited unless specifically licensed.

OFAC has been engaged in consultation with relevant agencies in the U.S. Government, including the Department of State ("State"), on this issue. We have received guidance from State informing us that it would be inconsistent with U.S. policy to issue a specific license authorizing transactions related to the renewal of the HAVANA CLUB trademark. Accordingly, your request is hereby denied.

Sincerely,

J. Robert McBrien
Acting Director
Office of Foreign Assets Control

cc: Commissioner for Trademarks, USPTO

TOTAL P.02