# EXHIBIT 22



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

Case No. CU-2015-323827-1

(b) (6)
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Dear (b) (6):

This is in response to your request to the Office of Foreign Assets Control (OFAC) on behalf of Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a/ Cubaexport ("Cubaexport"), requesting a license authorizing transactions related to the renewal and maintenance at the United States Patent and Trademark Office of Registration No. 1,031,651 of HAVANA CLUB & Design ("HAVANA CLUB trademark").

We have carefully reviewed the facts and circumstances of your request and other information available to OFAC, and consulted with the Department of State on the issue. The Department of State has recommended that OFAC issue a specific license authorizing all necessary transactions to renew and maintain the HAVANA CLUB trademark for the relevant time period. Accordingly, please find enclosed the requested license.

If you have any additional questions, you may refer to the OFAC website at www.treasury.gov/ofac or call our office at (202) 622-2480.

Sincerely,

(b) (6)   January 11, 2016

Davin J. Blackborow   Date
Assistant Director for Licensing
Office of Foreign Assets Control

Enclosure

2016-01-157  000012



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

**Cuban Assets Control Regulations**                                              License No. CU-2015-323837-1

**LICENSE**

(Granted under the authority of one or more of the following: 50 U.S.C. App. 5(b), 22 U.S.C. § 2370(a), 22 U.S.C. §§ 6001 et seq., Proclamation 3447, and 31 C.F.R. Parts 501 and 515)

To:   Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a Cubaexport
      c/o Debevoise & Plimpton LLP
      919 Third Avenue
      New York, NY  10022
      Attn: (b) (6)

   1. Pursuant to your request dated **November 10, 2015** to the Office of Foreign Assets Control **(the "Application")**, the following transactions are hereby licensed: **See Page 2.**

   2. This license is granted upon the statements and representations made in the Application, or otherwise filed with or made to the Treasury Department as a supplement to the Application, and is subject to the condition, among others, that the Licensee comply in all respects with all regulations, rulings, orders and instructions issued by the Secretary of the Treasury or his designees under the authority cited above and the terms of this license.

   3. The Licensee shall furnish and make available for inspection any relevant information, records or reports requested by the Secretary of the Treasury or any duly authorized officer or agency of the Secretary.

   4. This license expires on **the earlier of January 31, 2018 or the date of completion of the authorized transactions**, is not transferable, is subject to the provisions of Title 31, Parts 501 and 515 of the Code of Federal Regulations and any regulations and rulings issued pursuant thereto, and may be revoked or modified at any time at the discretion of the Secretary of the Treasury acting directly or through the agency through which the license was issued, or any other agency designated by the Secretary of the Treasury.  If this license was issued as a result of willful misrepresentation on the part of the applicant or his duly authorized agent, it may, in the discretion of the Secretary of the Treasury or his designees, be declared void from the date of its issuance, or from any other date.

   5. This license does not excuse compliance with any law or regulation (including reporting requirements) administered by the Office of Foreign Assets Control or another agency applicable to the transactions(s) herein licensed, nor does it release the Licensee or third parties from civil or criminal liability for violation of any law or regulation.

   Issued on behalf of the Secretary of the Treasury:

                                                              OFFICE OF FOREIGN ASSETS CONTROL

                                                      By  (b) (6)                             January 11, 2016
                                                          Dayin J. Blackborow                      Date
                                                          Assistant Director for Licensing

[Attention is directed to, *inter alia*, 18 U.S.C. 1001,
50 U.S.C. App. 16, 31 C.F.R. 501.701 et seq. and 31 C.F.R. 515.701 et seq. for provisions relating to penalties.]

**License No. CU-2015-323837-1**                                                                                                         Page 2 of 2

**SECTION 1 – AUTHORIZATION:** Subject to the conditions and limitations stated herein, **Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a Cubaexport** (the "Licensee") is hereby authorized to engage in all transactions necessary to renew and maintain the HAVANA CLUB trademark registration No. 1,031,651 at the United States Patent and Trademark Office (USPTO), including those related to Cubaexport's submission filed with the USPTO on or about December 14, 2005, and the payment referenced therein, as described in the Application.

**Authority:  31 C.F.R. § 515.801.**

**SECTION 2 – WARNINGS:  (a)** Any transfer of funds through the U.S. financial system pursuant to the authorization in **SECTION 1** above should reference the number of this License to avoid the blocking or rejection of the transfer.

**(b)** Except as authorized in **SECTION 1** above, nothing in this License authorizes any transaction otherwise prohibited by the Cuban Assets Control Regulations, 31 C.F.R. Part 515, or by any other laws and regulations administered by the Office of Foreign Assets Control.

**SECTION 3 – RECORDKEEPING AND REPORTING REQUIREMENTS:** The Licensee shall keep a record of the transactions under this License. Such records shall be made available for examination upon demand for at least five years from the date of each transaction. *See* 31 C.F.R. §§ 501.601 and 501.602.

**SECTION 4 – PRECEDENTIAL EFFECT:** The authorization contained in this License is limited to the facts and circumstances specific to the Application.
*******************************************************************************

2016-01-157  000014