# EXHIBIT 24

**From:** Suden, Damon
**Sent:** Tuesday, February 16, 2016 12:32 PM
**To:** 'Marshall.Fields@treasury.gov'; Lynch, Michael
**Subject:** RE: Request for confirmation of narrowed scope of FOIA case 2016-01-157

Mr. Fields,

This confirms that your email accurately states our agreement. Please let me know if you need any further information.

Thanks,
Damon

Damon Suden

Kelley Drye & Warren LLP
(212) 808-7586 | dsuden@kelleydrye.com

---

**From:** Marshall.Fields@treasury.gov [mailto:Marshall.Fields@treasury.gov]
**Sent:** Friday, February 12, 2016 12:44 PM
**To:** Suden, Damon ; Lynch, Michael
**Subject:** Request for confirmation of narrowed scope of FOIA case 2016-01-157

Dear Mr. Suden:

Re: FOIA #: 2016-01-157
OASIS #: 819734

Thank you very much for getting back to me regarding our telephone call discussing the Freedom of Information Act (FOIA) request submitted by Mr. Michael Lynch. Mr. Lynch's request is for records related to Havana Club and the related trademark and patent action.

Because there appears to be a voluminous amount of records I requested that your firm consider removing from consideration the following types of records:

1

1. Public records such as press releases;
2. Documents filed with the court in cases related to the trademark action, and
3. Attorney Client records.

By return email to me please confirm, by close of business, Friday, February 19, 2016 that your law firm has determined to remove the following types of records as no longer responsive;

1. Press releases,
2. Court documents filed in cases related to the trademark action. For all court documents filed in litigation cases other than the District Court for the District of Columbia in 2006 (Civ. No. 06-cv-01692) and Cubaexport's appeal brought in the United States Court of Appeals for the District of Columbia in 2009 Circuit (No. 09-5196), you request that OFAC provide the appropriate citation to the court case such that Kelly Drye & Warren LLP can look up and obtain the records related to the court case.

With regard to attorney client records, you request that OFAC process these records in accordance with our normal FOIA processing requirements and the requester considers these records as responsive to the request.

Please be advised that this correspondence acts as OFAC's official acknowledgement of receipt of your FOIA request.

OFAC is experiencing a substantial backlog of FOIA requests that has adversely affected its response time; we may encounter some delay in processing your request. Per Section 1.5(j) of the Treasury FOIA regulations, 31 C.F.R., Subtitle A, Part 1, Subpart A, the Department processes FOIA requests according to their order of receipt. Although Treasury's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time period. As the subject matter of your request is of substantial interest to two or more components of this Department or of substantial interest to another agency, we will need to consult with those entities before we issue a final response. Due to these unusual circumstances, Treasury will invoke a 10-day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If

2

you care to narrow the scope of your request, please contact our office. We will make every effort to comply with your request in a timely manner; however, there are currently 112 open requests ahead of yours.

For fee purposes, we have determined that, you are a "commercial" requester. The FOIA, specifically 5 U.S.C. § 552(a)(4)(A), and Treasury FOIA regulations at 31 C.F.R. § 1.7, allow us to recover part of the cost of addressing your request. As a "commercial" requester, you will be charged the full direct costs of searching for, reviewing, and duplicating the records sought. Duplication will be assessed at 20-cents per page, and search and review time will be assessed at the salary rate(s) (basic pay plus 16 percent) of the employee(s) making the search and review. You stated in your request that you are willing to pay assessable fees up to $300 or more. Please be advised that the cost of processing your request is likely to exceed $300. You will be contacted before any additional fees are accrued.

Your request has been assigned FOIA No.: 2016-01-157. Please reference this number in any future correspondence. If you have any questions regarding this matter, you may email us at OFACFOIAOffice@treasury.gov or contact the FOIA Requester Service Center at (202) 622-2500, option 3.

Sincerely,

*Marshall Fields*

Contact Information:
Marshall Fields
Assistant Director
Information Disclosure and Records Division
Office of Resource Management
Office of Foreign Assets Control
Department of the Treasury
FOIA Requester Service Center
(202) 622-2500, option 3
F: (202) 622-1657
Marshall.fields@treasury.gov

**Confidentiality Notice:**
**This email may contain privileged, confidential and or law enforcement sensitive information which is exempt from disclosure under applicable law. If you have received this communication in error, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please notify the sender.**