# EXHIBIT 25

| | |
|---|---|
| **From:** | OFACFOIAOffice@treasury.gov |
| **Sent:** | Thursday, March 31, 2016 8:59 AM |
| **To:** | Suden, Damon |
| **Subject:** | RE: FOIA No.:  2016-01-157 |

Mr. Damon,

Please be advised that we are working diligently to process your request, however, your request is the search phase. We have met with the components within OFAC who are like to have responsive records and have asked them to push records forward as they are located. We will process records as we receive them from the components. If you have any questions, please feel free to contact the FOIA analyst directly at 202-622-2769, or Selena.robinson@treasury.gov.

Sincerely,

OFAC FOIA Office

**From:** Suden, Damon [mailto:DSuden@KelleyDrye.com]
**Sent:** Tuesday, March 29, 2016 2:43 PM
**To:** OFAC FOIA Office; Fields, Marshall Jr
**Subject:** FOIA No.: 2016-01-157


Mr. Fields,

Please advise on the status of FOIA request No. 2016-01-157.

Thank you,
Damon

Damon Suden

Kelley Drye & Warren LLP
101 Park Avenue, 27th Floor
New York, NY 10178
o: (212) 808-7586 | m: (917) 570-4458
dsuden@kelleydrye.com
Website

1

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.