# EXHIBIT 26

| | |
|---|---|
| **From:** | Marshall.Fields@treasury.gov |
| **Sent:** | Friday, June 24, 2016 9:45 AM |
| **To:** | Suden, Damon; Lynch, Michael |
| **Subject:** | RE: FOIA case 2016-01-157 |
| | |
| **Importance:** | High |

Dear Mr. Suden,

Re: FOIA #: 2016-01-157
OASIS #: 851525

OFAC is in receipt of your status update request. As we informed you, OFAC generally processes its cases on a first-in-first-basis. There are still 80 FOIA cases ahead of your request. Even so, we have moved ahead on the search for responsive documents and have moved into the review phase of your request.

Because your request is for documents that contain the business information of another entity, OFAC must process the responsive records through its submitter notice process. Please see 31 C.F.R. §1.6. This process alone generally adds about 30 days to the review process. Please do not consider this a denial of your request, but notification of continued processing.

OFAC will continue to process your request as expeditiously as possible and we will accord you the same considerations we accord all of our requesters.

If you have any further questions or concerns, please feel free to contact me.

Sincerely,

Marshall Fields

Assistant Director
Information Disclosure and Records Division
Office of Resource Management
Office of Foreign Assets Control
U.S. Department of the Treasury

**Confidentiality Notice:**
**This email may contain privileged, confidential and or law enforcement sensitive**
**information which is exempt from disclosure under applicable law. If you have**
**received this communication in error, you are hereby notified that any**
**dissemination, distribution or copying of the communication is strictly prohibited.**
**If you have received this communication in error, please notify the sender.**

---

**From:** Suden, Damon [mailto:DSuden@KelleyDrye.com]
**Sent:** Wednesday, June 22, 2016 10:41 PM
**To:** Fields, Marshall Jr; Lynch, Michael
**Subject:** RE: FOIA case 2016-01-157

Mr. Fields,

Can you please give us an update on this FOIA request? I understood that documents
would be produced on a rolling basis. It has been quite a long time since we submitted
the request and a month since we spoke on the phone and we still have not received any
documents. Please advise.

Thank you,
Damon

---

**From:** Marshall.Fields@treasury.gov [mailto:Marshall.Fields@treasury.gov]
**Sent:** Wednesday, April 20, 2016 3:20 PM
**To:** Lynch, Michael <MLynch@KelleyDrye.com>; Suden, Damon
<DSuden@KelleyDrye.com>
**Subject:** FOIA case 2016-01-157
**Importance:** High

Dear Mr. Lynch and Mr. Suden;

Could you provide me with your periods of availability tomorrow to further discuss your FOIA request? Our Counsel was out of the area when we initially spoke about your request and she would like to discuss an issue with you.

Sincerely,

Marshall Fields

Contact Information:
Marshall Fields
Assistant Director
Information Disclosure and Records Division
Office of Resource Management
Office of Foreign Assets Control
Department of the Treasury
FOIA Requester Service Center
(202) 622-2500, option 3
F: (202) 622-1657
Marshall.fields@treasury.gov

**Confidentiality Notice:**
**This email may contain privileged, confidential and or law enforcement sensitive information which is exempt from disclosure under applicable law. If you have received this communication in error, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please notify the sender.**


The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.