# EXHIBIT 28



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

MAR 0 1 2017

Michael C. Lynch
Kelley, Drye, & Warren LLP
101 Park Avenue
New York, NY 10178

      RE:  FOIA Appeal 2016-01-157A

Dear Mr. Lynch:

This responds to your Freedom of Information Act ("FOIA") appeal on behalf of Bacardi & Company, Limited and Bacardi U.S.A., Inc. dated January 24, 2017 challenging the alleged failure of the Department of the Treasury ("Treasury"), Office of Foreign Assets Control ("OFAC") to respond to your January 19, 2016 FOIA request in a timely manner.  You note in your appeal that you have not yet received a response from OFAC to your FOIA request.

Your January 19, 2016 FOIA request sought all documents and communications maintained by OFAC concerning the U.S. Patent and Trademark Office, U.S. Department of State, Executive Office of the President of the United States, National Security Council, and other third parties relating to the issuance, request or authorization of License No. CU-2015-323837-1 to Empresa Cubana Exportadora de Alimentos y Productos Varios as well as other licenses or applications involving the Havana Club trademark.

Treasury's FOIA regulation, 31 C.F.R. § 1.5, sets forth the bases for a FOIA requester to file an administrative appeal of a Treasury initial FOIA determination.  The absence of a response within the time limits specified in the FOIA is not a basis for filing an administrative appeal.

As OFAC has not yet issued a determination in response to your request as of the date of your appeal, it appears that your appeal is premature.  Accordingly, your appeal will be closed as unripe.  You will be advised of your appeal rights upon the issuance of a final agency determination from OFAC.

Judicial review of my decision is available in the district court of the United States in the district in which you reside or have a principal place of business, in which the agency records are situated, or in the District of Columbia, in accordance with 5 U.S.C. § 552(a)(4)(B).

                                              Sincerely,

                                              Andrea Gacki
                                              Acting Deputy Director
                                              Office of Foreign Assets Control