# **EXHIBIT 29**

| | |
|---|---|
| **From:** | Rogers, Joshua (USADC) <Joshua.Rogers3@usdoj.gov> |
| **Sent:** | Wednesday, November 29, 2017 11:10 AM |
| **To:** | Suden, Damon |
| **Cc:** | Lynch, Michael |
| **Subject:** | RE: Bacardi / Follow Up |

Thank you for your email, Damon. I will provide a draft to you before the close of business today. Thanks also for confirming that Bacardi is willing to modify its January 19, 2016, FOIA request to exclude item 6.

As discussed on the call with OFAC's counsel on November 2, 2017, OFAC believes that its search for records in response to the FOIA Request was reasonably calculated to uncover all records responsive to items 1 through 8 of the FOIA Request, excluding item 6. This search located approximately 12,000 pages of potentially responsive records that OFAC is now reviewing and beginning to process under FOIA. We appreciate your willingness to modify your request so that OFAC can focus on the processing of the records it has identified as potentially responsive.

Have a good day.

Joshua L. Rogers
Assistant United States Attorney
Washington, D.C.
(202) 252-2578

**From:** Suden, Damon [mailto:DSuden@KelleyDrye.com]
**Sent:** Wednesday, November 29, 2017 11:06 AM
**To:** Rogers, Joshua (USADC)
**Cc:** Lynch, Michael
**Subject:** Re: Bacardi / Follow Up

Joshua, Following up on my email below. Can you please confirm our understanding? And when can we expect your draft of the status report we have to file on Monday? Thanks.

1

On Nov 14, 2017, at 11:55 AM, Suden, Damon <DSuden@KelleyDrye.com> wrote:

Joshua,

As we discussed, and at the agency's request, Bacardi is reluctantly willing to drop Request No. 6 of its January 19, 2016 FOIA Request in an effort to expedite processing of the approximately 12,000 pages of material the agency has already collected. Request 6 sought "all documents …relating to Cubaexport's court action against [OFAC] filed in the District Court for the District of Columbia in 2006 (Civ. No. 06-cv-01692) and Cubaexport's appeal brought in the United States Court of Appeals for the District of Columbia in 2009 (Circuit No. 09-5196)." Thus, this request essentially sought the agency's litigation file which we have been informed would likely consist of mostly, or entirely, privileged material.

To be clear, however, Bacardi is not dropping, nor did the agency ask us to drop, any other requests including Request No. 3 which seeks "all documents … relating to the application or request submitted by Cubaexport to [OFAC] on or about April 7, 2006, for a specific license relating to the renewal or maintenance of the HAVANA CLUB trademark (U.S. Reg. No. 1,031,651) and OFAC's subsequent denial of said application or request."

As the agency informed us during our last call, it has already searched for and collected materials for all requests other than Request No. 6. Thus, we expect that documents relating to OFAC's denial of Cubaexport's 2006 application for a specific license to renew its HAVANA CLUB mark are among the 12,000 pages of documents already collected and waiting to be processed. Please confirm our understanding.

Thanks,
Damon


**DAMON SUDEN**
Partner

**Kelley Drye & Warren LLP**
(212) 808-7586
dsuden@kelleydrye.com

**From:** Rogers, Joshua (USADC) [mailto:Joshua.Rogers3@usdoj.gov]
**Sent:** Tuesday, November 14, 2017 9:27 AM
**To:** Suden, Damon <DSuden@KelleyDrye.com>
**Cc:** Lynch, Michael <MLynch@KelleyDrye.com>
**Subject:** RE: Bacardi / Follow Up

That's fine. Can you call me at 202-252-2578?

**From:** Suden, Damon [mailto:DSuden@KelleyDrye.com]
**Sent:** Monday, November 13, 2017 6:06 PM
**To:** Rogers, Joshua (USADC) <JRogers3@usa.doj.gov>
**Cc:** Lynch, Michael <MLynch@KelleyDrye.com>
**Subject:** RE: Bacardi / Follow Up


How about 10:30a tomorrow?


**DAMON SUDEN**
Partner

**Kelley Drye & Warren LLP**
(212) 808-7586
dsuden@kelleydrye.com

**From:** Rogers, Joshua (USADC) [mailto:Joshua.Rogers3@usdoj.gov]
**Sent:** Monday, November 13, 2017 2:24 PM
**To:** Suden, Damon <DSuden@KelleyDrye.com>
**Cc:** Lynch, Michael <MLynch@KelleyDrye.com>
**Subject:** RE: Bacardi / Follow Up

Tomorrow is good for me. You name the time.

**From:** Suden, Damon [mailto:DSuden@KelleyDrye.com]
**Sent:** Monday, November 13, 2017 2:20 PM
**To:** Rogers, Joshua (USADC) <JRogers3@usa.doj.gov>
**Cc:** Lynch, Michael <MLynch@KelleyDrye.com>
**Subject:** Bacardi / Follow Up

3

Joshua, We spoke with our client and would like to give you an update and discuss the status report sometime this week. I'm free tomorrow after 11a, or Wednesday except 2-3p. What times work for you?

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are

believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.