# EXHIBIT 30

TYPE I-FOIA

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:17-cv-01828-CKK

| | |
|---|---|
| BACARDI & COMPANY LIMITED et al v. U.S. DEPARTMENT OF THE TREASURY et al<br>Assigned to: Judge Colleen Kollar-Kotelly<br>Cause: 05:552 Freedom of Information Act | Date Filed: 09/06/2017<br>Jury Demand: None<br>Nature of Suit: 895 Freedom of Information Act<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**BACARDI & COMPANY LIMITED**     represented by     **Cameron R. Argetsinger**
KELLEY DRYE & WARREN LLP
Washington Harbour
3050 K Street, NW
Suite 400
Washington, DC 20007
(202) 342-8649
Fax: (202) 342-8451
Email: cargetsinger@kelleydrye.com
*ATTORNEY TO BE NOTICED*

**Damon W. Suden**
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178-0002
(212)808-7800
Fax: (212)808-7897
Email: dsuden@kelleydrye.com
*ATTORNEY TO BE NOTICED*

**Joseph Dale Wilson , III**
KELLEY DRYE & WARREN LLP
Washington Harbour
3050 K Street, NW
Suite 400
Washington, DC 20007
(202) 342-8400
Fax: (202) 342-8451
Email: jwilson@kelleydrye.com
*TERMINATED: 08/17/2020*
*ATTORNEY TO BE NOTICED*

**Mark R. Robeck**
US Department of Energy
1000 Independence Ave. SW
Washington, DC 20585

202-586-6732
Email: markrrobeck@me.com
*TERMINATED: 12/11/2018*

**Michael C. Lynch**
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
(212) 808-5082
Fax: (212)808-7897
Email: mlynch@kelleydrye.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

BACARDI U.S.A., INC.     represented by **Cameron R. Argetsinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Damon W. Suden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Dale Wilson , III**
(See above for address)
*TERMINATED: 08/17/2020*
*ATTORNEY TO BE NOTICED*

**Mark R. Robeck**
(See above for address)
*TERMINATED: 12/11/2018*

**Michael C. Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

U.S. DEPARTMENT OF THE
TREASURY     represented by **Diana Viggiano Valdivia**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2545
Email: diana.valdivia@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian P. Hudak**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530

(202) 252-2549
Fax: (202) 252-2599
Email: brian.hudak@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Doris Denise Coles-Huff**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2557
Fax: (202) 252-2599
Email: doris.coles@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Joshua L. Rogers**
U.S. ATTORNEY'S OFFICE
150 Fayetteville St.
Raleigh, NC 27601
202-856-4465
Email: joshua.rogers3@usdoj.gov
*TERMINATED: 02/21/2019*

**Defendant**

| | | |
|---|---|---|
| **U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL** | represented by | **Diana Viggiano Valdivia** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Brian P. Hudak** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Doris Denise Coles-Huff** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Joshua L. Rogers** (See above for address) *TERMINATED: 02/21/2019* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2017 | 1 | COMPLAINT *FOR INJUNCTIVE RELIEF* against U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL ( Filing fee $ 400 receipt number 0090-5104940) filed by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC.. (Attachments: # 1 Civil Cover Sheet)(Robeck, Mark) (Entered: 09/06/2017) |
| 09/06/2017 | 2 | REQUEST FOR SUMMONS TO ISSUE *to Office of Foreign Assets Control, U.S. Department of the Treasury* filed by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC..(Robeck, Mark) (Entered: 09/06/2017) |
| 09/06/2017 | 3 | REQUEST FOR SUMMONS TO ISSUE *to U.S. Department of the Treasury* filed by |

| | | |
|---|---|---|
| | | BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC..(Robeck, Mark) (Entered: 09/06/2017) |
| 09/06/2017 | 4 | REQUEST FOR SUMMONS TO ISSUE *to U.S. Attorney General* filed by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC..(Robeck, Mark) (Entered: 09/06/2017) |
| 09/06/2017 | 5 | REQUEST FOR SUMMONS TO ISSUE *to U.S. Attorney for the District of Columbia* filed by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC..(Robeck, Mark) (Entered: 09/06/2017) |
| 09/06/2017 | 6 | REQUEST FOR SUMMONS TO ISSUE *to U.S. Attorney for the District of Columbia (corrected)* filed by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC.. (Robeck, Mark) (Entered: 09/06/2017) |
| 09/07/2017 | 7 | ERRATA *COMPLAINT FOR INJUNCTIVE RELIEF* by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC. 1 Complaint, filed by BACARDI U.S.A., INC., BACARDI & COMPANY LIMITED. (Robeck, Mark) (Entered: 09/07/2017) |
| 09/07/2017 | | Case Assigned to Judge Colleen Kollar-Kotelly. (zsb) (Entered: 09/07/2017) |
| 09/07/2017 | 8 | SUMMONS (4) Issued Electronically as to U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL, U.S. Attorney and U.S. Attorney General (Attachment: # 1 Consent Form) (zsb) (Entered: 09/07/2017) |
| 09/11/2017 | 9 | ORDER ESTABLISHING PROCEDURES FOR CASES ASSIGNED TO JUDGE COLLEEN KOLLAR-KOTELLY. Signed by Judge Colleen Kollar-Kotelly on 09/11/2017. (DM) (Entered: 09/11/2017) |
| 09/13/2017 | 10 | Corporate Disclosure Statement by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC.. (Robeck, Mark) (Entered: 09/13/2017) |
| 09/13/2017 | 11 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Michael C. Lynch, :Firm- Kelley Drye & Warren, :Address- 101 Park Avenue, New York, NY 10178. Phone No. - 212-808-7800. Fax No. - 212-8087897 Fee Status: No Fee Paid. by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC. (Attachments: # 1 Declaration Declaration of Michael C. Lynch, # 2 Text of Proposed Order)(Robeck, Mark) (Entered: 09/13/2017) |
| 09/13/2017 | 12 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Damon W. Suden, :Firm- Kelley Drye & Warren, :Address- 101 Park Avenue, New York, NY 10178. Phone No. - 212-808-7800. Fax No. - 212-808-7897 Fee Status: No Fee Paid. by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC. (Attachments: # 1 Declaration Declaration of Damon W. Suden, # 2 Text of Proposed Order)(Robeck, Mark) (Entered: 09/13/2017) |
| 09/22/2017 | 13 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 9/18/2017. (Robeck, Mark) (Entered: 09/22/2017) |
| 09/22/2017 | 14 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 9/18/2017. Answer due for ALL FEDERAL DEFENDANTS by 10/18/2017. (Robeck, Mark) (Entered: 09/22/2017) |
| 09/22/2017 | 15 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. DEPARTMENT OF THE TREASURY served on 9/18/2017 (Robeck, Mark) (Entered: 09/22/2017) |

| | | |
|---|---|---|
| 09/22/2017 | 16 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL served on 9/18/2017 (Robeck, Mark) (Entered: 09/22/2017) |
| 09/26/2017 | | Filing fees: $ 100.00, receipt number 4616087319 and 4616087320 $100.00 for the Motions to Appear Pro Hac Vice docket entry numbers 11 and 12 . (td) (Entered: 09/26/2017) |
| 09/26/2017 | 17 | NOTICE of Appearance by Joshua L. Rogers on behalf of All Defendants (Rogers, Joshua) (Entered: 09/26/2017) |
| 10/13/2017 | 18 | MOTION for Extension of Time to File Answer *or Otherwise Respond* by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL (Attachments: # 1 Text of Proposed Order) (Rogers, Joshua) (Entered: 10/13/2017) |
| 10/16/2017 | | MINUTE ORDER: The Court is in receipt of Defendant's 18 Motion for Extension of Time to Respond, which seeks a 21-day extension of time for Defendant to respond to the complaint. Plaintiff consents to a 7-day extension, but not to a 21-day extension. For good cause shown, a 7-day extension is GRANTED, and Defendant's response to the complaint is due by OCTOBER 25, 2017. Plaintiff shall file a response by October 18, 2017 stating the factual and legal basis for its opposition. If no response is received by that date, the extension shall be automatically enlarged to 21-days, and Defendant's response to the complaint shall be due by NOVEMBER 8, 2017. Signed by Judge Colleen Kollar-Kotelly on 10/16/2017. (lcckk1) (Entered: 10/16/2017) |
| 10/16/2017 | 19 | RESPONSE re 18 MOTION for Extension of Time to File Answer *or Otherwise Respond / PLAINTIFFS OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND* filed by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC.. (Robeck, Mark) (Entered: 10/16/2017) |
| 10/24/2017 | | MINUTE ORDER. The Court has received the 11 Motion for Admission Pro Hac Vice of Attorney Michael C. Lynch. That Motion is GRANTED CONTINGENT on Mr. Lynch filing a declaration by October 30, 2017 certifying that he has reviewed and is familiar with the Local Rules of this Court.<br><br>The Court has received the 12 Motion for Admission Pro Hac Vice of Attorney Damon Suden. That Motion is GRANTED CONTINGENT on Mr. Suden filing a declaration by October 30, 2017 certifying that he has reviewed and is familiar with the Local Rules of this Court. Signed by Judge Colleen Kollar-Kotelly on 10/24/2017. (lcckk1) Modified to add event title on 10/25/2017 (znmw). (Entered: 10/24/2017) |
| 10/25/2017 | 20 | ANSWER to Complaint by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Rogers, Joshua) (Entered: 10/25/2017) |
| 10/25/2017 | 21 | NOTICE *of Filing* by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL re 20 Answer to Complaint (Attachments: # 1 Exhibit)(Rogers, Joshua) (Entered: 10/25/2017) |
| 10/25/2017 | 22 | AFFIDAVIT re Order on Motion for Leave to Appear Pro Hac Vice,,,,,, */ DECLARATION OF MICHAEL C. LYNCH* by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC.. (Lynch, Michael) (Entered: 10/25/2017) |
| 10/25/2017 | 23 | AFFIDAVIT re Order on Motion for Leave to Appear Pro Hac Vice,,,,,, */ DECLARATION OF DAMON W. SUDEN* by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC.. (Suden, Damon) (Entered: 10/25/2017) |
| | | |

| | | |
|---|---|---|
| 10/31/2017 | 24 | ORDER. The parties shall file the schedule not later than DECEMBER 4, 2017. Signed by Judge Colleen Kollar-Kotelly on October 31, 2017. (lcckk1) (Entered: 10/31/2017) |
| 10/31/2017 | | Set/Reset Deadlines: Joint Status Report due by 12/4/2017. (dot) (Entered: 11/01/2017) |
| 11/01/2017 | | Set/Reset Deadlines: Joint Status Report proposing a schedule due by 12/4/2017. (tb) (Entered: 11/01/2017) |
| 12/04/2017 | 25 | Joint STATUS REPORT by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC.. (Attachments: # 1 Exhibit A - FOIA Request, # 2 Exhibit B - Proposed Order) (Suden, Damon) (Entered: 12/04/2017) |
| 12/19/2017 | | MINUTE ORDER: The Court has received the parties' 25 Joint Status Report, which indicates that the parties have conferred and propose a schedule for production. The Court adopts this proposal with minor modifications. Defendant shall make monthly rolling productions to Plaintiff of responsive, non-exempt records by the fourth day of each month, beginning **JANUARY 4, 2018**. Defendant has agreed to review approximately 350 pages per month. The parties shall continue to meet and confer regarding the rate of review, and if the parties are unable to agree on the discrete issue of the monthly rate of the production of records, the parties shall brief the Court as necessary. The parties shall file a Joint Status Report with the Court every 30 days, beginning **JANUARY 9, 2018**, to apprise the Court of the status of Plaintiff's Freedom of Information Act Request, the total number of pages that were reviewed, how many pages were produced, and how many pages were withheld as exempt, if any. Within 30 days after the final production, the parties shall meet and confer and file a Joint Status Report identifying whether any further issues remain in the case and proposing a briefing schedule, if necessary. Signed by Judge Colleen Kollar-Kotelly on December 19, 2017. (lcckk1) (Entered: 12/19/2017) |
| 12/20/2017 | | Set/Reset Deadlines: Defendant's document production due 1/4/2018; Joint Status Report due by 1/9/2018. (kt) (Entered: 12/20/2017) |
| 01/09/2018 | 26 | Joint STATUS REPORT by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC.. (Suden, Damon) (Entered: 01/09/2018) |
| 02/08/2018 | 27 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Rogers, Joshua) (Entered: 02/08/2018) |
| 03/12/2018 | 28 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Rogers, Joshua) (Entered: 03/12/2018) |
| 04/10/2018 | 29 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Rogers, Joshua) (Entered: 04/10/2018) |
| 05/10/2018 | 30 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Rogers, Joshua) (Entered: 05/10/2018) |
| 06/08/2018 | 31 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Rogers, Joshua) (Entered: 06/08/2018) |
| 07/11/2018 | 32 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Rogers, Joshua) (Entered: 07/11/2018) |
| 08/10/2018 | 33 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. |

| | | |
|---|---|---|
| | | DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Rogers, Joshua) (Entered: 08/10/2018) |
| 09/04/2018 | 34 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Rogers, Joshua) (Entered: 09/04/2018) |
| 10/09/2018 | 35 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Rogers, Joshua) (Entered: 10/09/2018) |
| 11/08/2018 | 36 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Rogers, Joshua) (Entered: 11/08/2018) |
| 12/10/2018 | 37 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Rogers, Joshua) (Entered: 12/10/2018) |
| 12/11/2018 | 38 | NOTICE OF SUBSTITUTION OF COUNSEL by Joseph Dale Wilson, III on behalf of BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC. Substituting for attorney Mark R. Robeck (Attachments: # 1 Text of Proposed Order)(Wilson, Joseph) (Entered: 12/11/2018) |
| 12/14/2018 | | MINUTE ORDER: The Court has received Plaintiffs' 38 Motion to Substitute Counsel, which seeks to withdraw Mark R. Robeck's appearance. Because the Motion also seeks to substitute the appearance of Joseph D. Wilson, and Plaintiffs will continue to be represented by Michael C. Lynch and Damon Suden, the Court shall GRANT the 38 Motion. Signed by Judge Colleen Kollar-Kotelly on December 14, 2018. (lcckk1) (Entered: 12/14/2018) |
| 01/07/2019 | 39 | MOTION to Stay by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL (Attachments: # 1 Text of Proposed Order)(Coles-Huff, Doris) (Entered: 01/07/2019) |
| 01/08/2019 | | MINUTE ORDER: The Court has received Defendants' 39 Motion for Stay of All Proceedings in Light of Lapse of Appropriations. Plaintiffs have indicated that they will not oppose this relief. Accordingly, in an exercise of the Court's discretion, the Court shall GRANT Defendants' 39 Motion. The Court shall STAY the rolling deadlines for Defendants' productions and the parties' Joint Status Reports. The next Joint Status Report was otherwise due on January 9, 2019. These deadlines are tolled commensurate with the length of the lapse of appropriations to the U.S. Department of Justice. The parties shall file a notice within two business days of the restoration of the U.S. Department of Justice's funding and the resumption of its operations. Once operations resume, the Court shall set a new date for rolling productions. Signed by Judge Colleen Kollar-Kotelly on January 8, 2019. (lcckk1) (Entered: 01/08/2019) |
| 01/29/2019 | 40 | NOTICE *of Restored Funding* by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL (Rogers, Joshua) (Entered: 01/29/2019) |
| 01/30/2019 | | MINUTE ORDER: The Court has received Defendant's 40 Notice of Restored Government Funding. Accordingly, the Court hereby LIFTS the stay in this matter. Defendant shall make productions to Plaintiff by **FEBRUARY 8, 2019, and the eighth day of each month thereafter, unless and until the Court orders otherwise**. The parties shall submit Joint Status Reports by **FEBRUARY 13, 2019, and the thirteenth day of each month thereafter, unless and until the Court orders otherwise**. Except as modified here, the productions and Joint Status Reports should abide by the instructions in |

| | | |
|---|---|---|
| | | the Court's Minute Order of December 19, 2017. Within 30 days after the final production, the parties shall meet and confer and file a Joint Status Report identifying whether any further issues remain in the case and proposing a briefing schedule, if necessary. Signed by Judge Colleen Kollar-Kotelly on January 30, 2019. (lcckk1) (Entered: 01/30/2019) |
| 02/13/2019 | 41 | Joint STATUS REPORT *re: Defendant's production of materials responsive to Plaintiffs' request under the Freedom of Information Act* by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC.. (Suden, Damon) (Entered: 02/13/2019) |
| 02/15/2019 | 42 | Joint STATUS REPORT *(Amended)* by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Graham-Oliver, Heather) (Entered: 02/15/2019) |
| 02/21/2019 | 43 | NOTICE OF SUBSTITUTION OF COUNSEL by Diana Viggiano Valdivia on behalf of All Defendants (Valdivia, Diana) (Entered: 02/21/2019) |
| 03/13/2019 | 44 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Valdivia, Diana) (Entered: 03/13/2019) |
| 04/15/2019 | 45 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Valdivia, Diana) (Entered: 04/15/2019) |
| 05/13/2019 | 46 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Valdivia, Diana) (Entered: 05/13/2019) |
| 06/13/2019 | 47 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Valdivia, Diana) (Entered: 06/13/2019) |
| 07/15/2019 | 48 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Valdivia, Diana) (Entered: 07/15/2019) |
| 08/13/2019 | 49 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Valdivia, Diana) (Entered: 08/13/2019) |
| 09/13/2019 | 50 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Valdivia, Diana) (Entered: 09/13/2019) |
| 09/16/2019 | | MINUTE ORDER: The Court has received the parties' 50 Joint Status Report, which indicates that the Office of Foreign Assets Control "issued its seventh supplemental and final release to Plaintiffs." Defendant represents that its production is now complete. The parties request an extension of the thirty-day deadline from the date of final production for a Joint Status Report "identifying whether any further issues remain in the case and proposing a briefing schedule, if necessary" pursuant to this Court's December 19, 2017 and January 30, 2019 Minute Orders. In particular, the parties request an extension until November 12, 2019. Accordingly, and for good cause shown, the Court shall GRANT the extension. The parties shall file their Joint Status Report "identifying whether any further issues remain in the case and proposing a briefing schedule, if necessary" on or before NOVEMBER 12, 2019. Signed by Judge Colleen Kollar-Kotelly on September 16, 2019. (lcckk1) (Entered: 09/16/2019) |
| 09/16/2019 | | Set/Reset Deadlines: The parties shall file their Joint Status Report "identifying whether any further issues remain in the case and proposing a briefing schedule, if necessary" on or |

| | | |
|---|---|---|
| | | before NOVEMBER 12, 2019. (dot) (Entered: 09/17/2019) |
| 11/12/2019 | 51 | Joint STATUS REPORT by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Valdivia, Diana) (Entered: 11/12/2019) |
| 11/14/2019 | | MINUTE ORDER: The Court has received the parties' 51 Joint Status Report, which indicates that since the last Joint Status Report dated September 13, 2019, the parties have been meeting and conferring to identify any issues remaining in the case. Accordingly, the Court adopts the parties' proposal that they file an additional Joint Status Report on or before **NOVEMBER 25, 2019** identifying whether any further issues remain in the case and proposing a briefing schedule, if necessary. Signed by Judge Colleen Kollar-Kotelly on November 14, 2019. (lccck1) (Entered: 11/14/2019) |
| 11/14/2019 | | Set/Reset Deadlines: Joint Status Report due by 11/25/2019, identifying whether any further issues remain in the case and proposing a briefing schedule, if necessary. (dot) (Entered: 11/15/2019) |
| 11/25/2019 | 52 | Joint STATUS REPORT by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC.. (Suden, Damon) (Entered: 11/25/2019) |
| 11/27/2019 | 53 | SCHEDULING AND PROCEDURES ORDER setting schedule for Summary Judgment briefing. See Order for details. Signed by Judge Colleen Kollar-Kotelly on November 27, 2019. (lccck1) (Entered: 11/27/2019) |
| 11/27/2019 | | Set/Reset Deadlines: Defendants' Summary Judgment Motion due by 3/31/2020. Response to Motion for Summary Judgment due by 5/29/2020. Reply to Motion for Summary Judgment due by 7/31/2020. Plaintiffs' Cross Motion due by 5/29/2020. Response to Cross Motion due by 7/31/2020. Reply to Cross Motion due by 8/14/2020. (dot) (Entered: 11/27/2019) |
| 03/27/2020 | 54 | MOTION for Extension of Time to File *Motion for Summary Judgment in Light of the COVID-19 Pandemic's Effect on Federal Government Operations* by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL (Attachments: # 1 Declaration of MARSHALL H. FIELDS, JR., # 2 Text of Proposed Order)(Valdivia, Diana) (Entered: 03/27/2020) |
| 03/30/2020 | 55 | ORDER granting 54 Motion for Extension of Time to File Motion for Summary Judgment: Defendant's Motion due by 05/15/2020; Plaintiff's Opposition and Cross-Motion due by 7/13/2020; Defendant's Reply/Opposition to Cross-Motion due by 09/17/2020; Plaintiff's Reply due by 09/28/2020. The Vaughn Index is due by 5/15/2020. Signed by Judge Colleen Kollar-Kotelly on 03/30/2020. (DM) (Entered: 03/30/2020) |
| 05/12/2020 | 56 | MOTION for Extension of Time to File *Motion for Summary Judgment* by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL (Attachments: # 1 Declaration of Eric F. Stein, # 2 Text of Proposed Order)(Valdivia, Diana) (Entered: 05/12/2020) |
| 05/13/2020 | 57 | Memorandum in opposition to re 56 MOTION for Extension of Time to File *Motion for Summary Judgment* filed by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC.. (Lynch, Michael) (Entered: 05/13/2020) |
| 05/14/2020 | | MINUTE ORDER: The Court has received Defendant's 56 Motion for an Extension of Time to File Its Motion for Summary Judgment in Light of the COVID-19 Pandemic's Ongoing Effect on Federal Government Operations and Plaintiffs' 57 Memorandum of Law in Opposition to Defendant's Second Motion for an Extension of Time. In light of the upcoming deadline that Defendant seeks to extend, Defendant shall file any reply in |

| | | |
|---|---|---|
| | | support of its Motion by no later than **MAY 15, 2020**. Signed by Judge Colleen Kollar-Kotelly on May 14, 2020. (lccck1) (Entered: 05/14/2020) |
| 05/14/2020 | 58 | REPLY to opposition to motion re 56 MOTION for Extension of Time to File *Motion for Summary Judgment* filed by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL. (Valdivia, Diana) (Entered: 05/14/2020) |
| 06/01/2020 | 59 | ORDER granting 56 Motion for Extension of Time to File. Defendant's Motion for Summary Judgment and Vaughn Index shall be filed on or before JUNE 19, 2020; Plaintiff's Opposition and any Cross-Motion shall be filed on or before AUGUST 17, 2020; Defendant's Reply and Opposition to any Cross-Motion shall be filed on or before OCTOBER 19, 2020; and Plaintiff's Reply in support of any Cross-Motion shall be filed on or before NOVEMBER 2, 2020. Signed by Judge Colleen Kollar-Kotelly on June 1, 2020. (lccck1) (Entered: 06/01/2020) |
| 06/01/2020 | | Set/Reset Deadlines: Plaintiffs' Cross Motion due by 8/17/2020. Response to Cross Motion due by 10/19/2020. Reply to Cross Motion due by 11/2/2020. Defendants' Summary Judgment Motion due by 6/19/2020. Response to Motion for Summary Judgment due by 8/17/2020. Reply to Motion for Summary Judgment due by 10/10/2020. Defendants' Vaughn Index due by 6/19/2020. (dot) (Entered: 06/01/2020) |
| 06/19/2020 | 60 | MOTION for Summary Judgment by U.S. DEPARTMENT OF THE TREASURY, U.S. DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL (Attachments: # 1 Exhibit 1 (Fields Decl.), # 2 Exhibit A to Fields Decl. (FOIA Request), # 3 Exhibit B to Fields Decl. (Email of 2/16/2016), # 4 Exhibit C to Fields Decl. (Letter of 01/24/2017), # 5 Exhibit D to Fields Decl. (Letter of 03/01/2017), # 6 Exhibit E to Fields Decl. (Vaughn Index), # 7 Exhibit 2 (Stein Decl.), # 8 Exhibit 3 (Yancey Decl.), # 9 Exhibit 4 (Kelleher Decl.), # 10 Exhibit 5 (Campbell Decl.), # 11 Exhibit 6 (Howard Decl.), # 12 Exhibit 7 (Letter of 3/17/2017), # 13 Statement of Facts, # 14 Text of Proposed Order)(Hudak, Brian) (Entered: 06/19/2020) |
| 08/12/2020 | 61 | MOTION to Substitute *Counsel* by BACARDI & COMPANY LIMITED, BACARDI U.S.A., INC. (Attachments: # 1 Text of Proposed Order)(Argetsinger, Cameron) (Entered: 08/12/2020) |
| 08/16/2020 | | MINUTE ORDER: The Court has received Plaintiffs' 61 Motion to Substitute Counsel. It is hereby ordered that Mr. Joseph D. Wilson is withdrawn as counsel for Plaintiffs. The Court hereby permits the appearance of Mr. Cameron R. Argetsinger as counsel for Plaintiffs. Signed by Judge Colleen Kollar-Kotelly on August 16, 2020.(lcckk1) (Entered: 08/16/2020) |