# EXHIBIT 31



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

May 14, 2020

FOIA No.:  2016-01-157
OASIS No.:  1110551

Michael C. Lynch, Partner
Damon Suden, Partner
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

VIA ELECTRONIC MAIL: mlynch@kelleydrye.com; dsuden@kelleydrye.com

Re:   Bacardi & Company Limited, and Bacardi U.S.A Inc. v U. S. Department of the Treasury and its Office of Foreign Assets Control No. 1:17-cv-01828-CKK (D.D.C)

Dear Mr. Lynch and Mr. Suden:

This is our 8th supplemental release to your January 19, 2016 Freedom of Information Act (FOIA), 5 U.S.C. § 552, request to the Department of the Treasury (Treasury), seeking records related to Treasury's actions with respect to the issuance of license number CU-2015-323837-1 granted to Cubaexport on January 11, 2016.

In connection with the preparation of the Vaughn index for this litigation, the U.S. Trade Representative (USTR) re-reviewed bates pages 605 through 608, and 851 through 855, which were originally part of the 4th supplemental production of records. They have decided to make a discretionary release of their information previously withheld pursuant to FOIA exemption (b)(5) on bates pages 605 and 852. Accordingly, OFAC is re-releasing the above-mentioned pages, disclosing the information previously withheld by USTR.

If you have any questions or would like to discuss this matter, please feel free to contact Assistant United States Attorney Diana Valdivia at 202-252-2545.

Sincerely,

Marshall H. Fields Jr.
Digitally signed by Marshall H. Fields Jr.
Date: 2020.05.14 09:35:00 -04'00'

Marshall H. Fields, Jr.
Assistant Director
Information Disclosure and Records Management
Office of Sanctions Support and Operations
Office of Foreign Assets Control

Enclosure: Responsive Records (9 pages)
Cc: diana.valdivia@usdoj.gov