# EXHIBIT 32



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

June 18, 2020

FOIA No.:  2016-01-157
OASIS No.: 1125381

Michael C. Lynch, Partner
Damon Suden, Partner
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

<u>VIA ELECTRONIC MAIL:</u> mlynch@kelleydrye.com; dsuden@kelleydrye.com

Re:   Bacardi & Company Limited, and Bacardi U.S.A Inc. v U. S. Department of the Treasury and its Office of Foreign Assets Control No. 1:17-cv-01828-CKK (D.D.C)

Dear Mr. Lynch and Mr. Suden:

This letter serves as our 9th supplemental release to your January 19, 2016 Freedom of Information Act (FOIA), 5 U.S.C. § 552, request to the Department of the Treasury (Treasury). You are seeking records related to Treasury's actions with respect to the issuance of license number CU-2015-323837-1 granted to Cubaexport on January 11, 2016.  Treasury referred your FOIA request to the Office of Foreign Assets Control (OFAC) for processing on February 1, 2016.

The Office of Foreign Assets Control has re-reviewed the previously released documents and has determined to re- release Bates 990, 1269, and 1345 with changes to the redactions. OFAC has removed an error on bates 990 containing a (b)(6) FOIA exemption withholding the name of a law firm, and an error on bates 1345 containing a (b)(6) FOIA exemption withholding a publicly available name. OFAC is also making a full release of information previously withheld pursuant to FOIA exemption (b)(5) on bates 1269.

The State Department has likewise determined that certain withholdings from previous releases need to be revised due to errors.  These eight revised pages are also enclosed.

Mr, Lynch and Mr. Suden
Page 2


If you have any questions or would like to discuss this matter, please feel free to contact Assistant United States Attorney Brian Hudak, Deputy Chief, at 202-252-2549.

                         Sincerely,

                         **Marshall H. Fields Jr.**    Digitally signed by Marshall H. Fields Jr. Date: 2020.06.18 15:48:02 -04'00'

                         Marshall H. Fields, Jr.
                         Assistant Director
                         Information Disclosure and Records Management
                         Office of Sanctions Support and Operations
                         Office of Foreign Assets Control

Enclosure: Responsive Records (11 pages)

Cc: Brian.Hudak@usdoj.gov
diana.valdivia@usdoj.gov