# EXHIBIT 33



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

June 19, 2020

FOIA No.: 2016-01-157
OASIS No.: 1127177

Michael C. Lynch, Partner
Damon Suden, Partner
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

VIA ELECTRONIC MAIL: mlynch@kelleydrye.com; dsuden@kelleydrye.com

Re:   Bacardi & Company Limited, and Bacardi U.S.A Inc. v U. S. Department of the Treasury and its Office of Foreign Assets Control No. 1:17-cv-01828-CKK (D.D.C)

Dear Mr. Lynch and Mr. Suden:

This letter serves as our 10th supplemental release to your January 19, 2016 Freedom of Information Act (FOIA), 5 U.S.C. § 552, request to the Department of the Treasury (Treasury). You are seeking records related to Treasury's actions with respect to the issuance of license number CU-2015-323837-1 granted to Cubaexport on January 11, 2016. Treasury referred your FOIA request to the Office of Foreign Assets Control (OFAC) for processing on February 1, 2016.

During the course of Vaughn review, it came to OFAC's attention that one page (Bates 1869) was erroneously withheld under FOIA Exemption (b)(5). Accordingly, OFAC is releasing that page in full.

If you have any questions or would like to discuss this matter, please feel free to contact Assistant United States Attorney Brian Hudak, Deputy Chief, at 202-252-2549.

Sincerely,

Marshall H. Fields Jr.
Digitally signed by Marshall H. Fields Jr.
Date: 2020.06.19 12:55:21 -04'00'

Marshall H. Fields, Jr.
Assistant Director
Information Disclosure and Records Management
Office of Sanctions Support and Operations
Office of Foreign Assets Control

Enclosure: Responsive Records (1 pages)

Cc: Brian.Hudak@usdoj.gov
diana.valdivia@usdoj.gov