**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BACARDI & COMPANY LIMITED, and<br>BACARDI U.S.A., INC.,<br><br>                   *Plaintiffs,*<br><br>        v.<br><br>U.S. DEPARTMENT OF THE TREASURY<br>and its Office of Foreign Assets Control,<br><br><br>                   *Defendants.* | Civil Action No. 17-1828 (CKK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' cross-motion for summary judgment, and the entire record herein, it is hereby:

ORDERED that Plaintiffs' cross-motion is granted;

ORDERED that Defendants' motion for summary judgment is denied; and it is further

ORDERED that summary judgment is hereby granted in favor of Plaintiffs in this action. This is a final order.

SO ORDERED:

_____
Date

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge